UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASYLUMWORKS, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*,<br><br>   Defendants. | No. 2020-cv-03815-BAH<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs respectfully move for summary judgment on the third, fourth, fifth, and sixth claims in their amended complaint and for vacatur of the two final rules challenged in this action. In support of this motion, Plaintiffs submit a Memorandum of Law, a statement of Undisputed Material Facts, the declaration of Cristina dos Santos, the declaration of Adilene Nunez Huang, the declaration of Joan Hodges-Wu, the declaration of Brian McGrail together with the exhibits attached thereto, and a proposed order.

Dated: June 9, 2021

Respectfully submitted,

By:  /s/ Keren Zwick

| | |
|---|---|
| Deepa Acharya (D.C. Bar No. 996412)<br>Carl Spilly (D.C. Bar No. 230830)<br>Brian McGrail (D.C. Bar No. 1672349)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>202-538-8000<br>deepaacharya@quinnemanuel.com<br>carlspilly@quinnemanuel.com<br>brianmcgrail@quinnemanuel.com | Keren Zwick (D.D.C. Bar. No. IL0055)<br>Mark Fleming*<br>Gianna Borroto*<br>Drew Heckman<br>NATIONAL IMMIGRANT JUSTICE CENTER<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604<br>312-660-1370<br>kzwick@heartlandalliance.org<br>mfleming@heartlandalliance.org<br>gborroto@heartlandalliance.org<br>dheckman@heartlandalliance.org |
| Nicholas A. S. Hoy<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>nicholashoy@quinnemanuel.com | Jamie Crook (D.C. Bar No. 1002504)<br>Annie Daher<br>CENTER FOR GENDER & REFUGEE STUDIES<br>200 McAllister St.<br>San Francisco, CA 94102<br>415-565-4877<br>crookjamie@uchastings.edu<br>daherannie@uchastings.edu |
| Julie Carpenter (D.C. Bar No. 418768)***<br>Richard Caldarone***<br>TAHIRIH JUSTICE CENTER<br>6400 Arlington Blvd., Suite 400<br>Falls Church, VA 22042<br>571-282-6161<br>richardc@tahirih.org<br>juliec@tahirih.org | Scott Shuchart (D.C. Bar No. 1531377)**<br>KIDS IN NEED OF DEFENSE<br>1201 L St., NW, Floor 2<br>Washington, DC 20005<br>202-318-0595<br>sshuchart@supportkind.org |
| *Certification to practice pursuant to LCvR 83.2(g) to be submitted*<br><br>**Counsel for Individual Plaintiffs only*<br><br>****Counsel for Tahirih Justice Center only* | Wendy Wylegala**<br>KIDS IN NEED OF DEFENSE<br>252 West 37th Street, Floor 15<br>New York, NY 10018<br>646-970-2913<br>wwylegala@supportkind.org<br><br>*Counsel for Plaintiffs* |