UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASYLUMWORKS, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*,<br><br>      Defendants. | No. 2020-cv-03815-BAH |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for partial summary judgment, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____

Beryl A. Howell

Chief United States District Judge