**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ASYLUMWORKS, *et al.*,

Plaintiffs,

v.

ALEJANDRO N. MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*,

Defendants.

No. 2020-cv-03815-BAH

**DECLARATION OF BRIAN MCGRAIL**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an attorney representing the Plaintiffs in the above-mentioned action.

2. Attached as Exhibit 1 is a true and correct copy of Executive Order 13753 in Federal Register Vol. 81, No. 240, dated December 9, 2016.

3. Attached as Exhibit 2 is a true and correct copy of DHS Delegation Number 00106, Issue Date December 15, 2016, Revision Number 08, Updated Date December 15, 2016. ("Johnson Delegation")

4. Attached as Exhibit 3 is a true and correct copy of a Congress.gov Record of the Confirmation of Kirstjen M. Nielsen as Secretary of Homeland Security, dated December 5, 2017.

5. Attached as Exhibit 4 is a true and correct copy of DHS Delegation Number 00106, Issue Date December 15, 2016, Revision Number 08.4, Updated Date February 15, 2019. ("February 2019 Delegation")

6. Attached as Exhibit 5 is a true and correct copy of the U.S. Government Accountability Decision, dated August 14, 2020, pertaining to the Matter of "Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security." ("GAO Report")

7. Attached as Exhibit 6 is a true and correct copy of the Resignation Letter from Kirstjen M. Nielsen, Secretary of Homeland Security, dated April 7, 2019, to Donald J. Trump, President.

8. Attached as Exhibit 7 is a true and correct copy of a Tweet by Donald J. Trump on April 7, 2019.

9. Attached as Exhibit 8 is a true and correct copy of a Tweet by Kirstjen M. Nielsen on April 9, 2019.

10. Attached as Exhibit 9 is a true and correct copy of a memorandum entitled "Designation of an Order of Succession for the Secretary," signed by Kirstjen M. Nielsen, dated April 9, 2019. ("April 2019 Order")

11. Attached as Exhibit 10 is a true and correct copy of DHS Delegation Number 00106, Issue Date December 15, 2016, Revision Number 08.4, Updated Date April 10, 2019. ("April 2019 Delegation")

12. Attached as Exhibit 11 is a true and correct copy of a Letter from Neal J. Swartz, Associate General Counsel for General Law, DHS, to the Honorable Michael R. Pence, President of the Senate, dated April 11, 2019.

13.     Attached as Exhibit 12 is a true and correct copy of the Amendment to the Order of Succession for the Secretary of Homeland Security, signed by Kevin K. McAleenan, dated November 8, 2019. ("November 2019 Delegation")

14.     Attached as Exhibit 13 is a true and correct copy of the Declaration of Juliana Blackwell, dated August 3, 2020, filed in the matter *Casa de Maryland v. Wolf*, No. 8:20-cv-2218 (D. Md.), Dkt. 41-1.

15.     Attached as Exhibit 14 is a true and correct copy of the archived DHS.gov "Leadership" webpage as of November 13, 2019.

16.     Attached as Exhibit 15 is a true and correct copy of a Department of Homeland Security Press Release, dated November 13, 2019, titled "Chad Wolf Confirmed as Under Secretary of Homeland Security Office of Strategy, Policy, and Plans."

17.     Attached as Exhibit 16 is a true and correct copy of the DHS.gov webpage for Chad F. Wolf as of May 24, 2021.

18.     Attached as Exhibit 17 is a true and correct copy of DHS Delegation Number 00106, Issue Date December 15, 2016, Revision Number 08.6, Updated Date November 14, 2019.

19.     Attached as Exhibit 18 is a true and correct copy of a Congress.gov Record of the Confirmation of John M. Mitnick as General Counsel, Department of Homeland Security, dated February 15, 2018.

20.     Attached as Exhibit 19 is a true and correct copy of the archived DHS.gov "Leadership" webpage as of September 16, 2019.

21.     Attached as Exhibit 20 is a true and correct copy of the archived DHS.gov "Leadership" webpage as of September 21, 2019.

22.     Attached as Exhibit 21 is a true and correct copy of the archived DHS.gov "Leadership" webpage as of February 11, 2020.

23.     Attached as Exhibit 22 is a true and correct copy of the archived DHS.gov "Leadership" webpage as of February 19, 2020.

24.     Attached as Exhibit 23 is a true and correct copy of a Letter from Chad Mizelle, Senior Official Performing the Duties of the General Counsel of Homeland Security, dated August 17, 2020, to Thomas Armstrong, General Counsel for the U.S. Government Accountability Office.

25.     Attached as Exhibit 24 is a true and correct copy of the U.S. Government Accountability Decision, dated August 21, 2020, pertaining to the Matter of "Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security—Reconsideration."

26.     Attached as Exhibit 25 is a true and correct copy of a Tweet by Donald J. Trump on August 25, 2020.

27.     Attached as Exhibit 26 is a true and correct copy of a Congress.gov Record of the Nomination of Chad F. Wolf to be Secretary of Homeland Security, dated January 3, 2021.

28.     Attached as Exhibit 27 is a true and correct copy of the Order Designating the Order of Succession for the Secretary of Homeland Security, signed by Peter T. Gaynor, dated September 10, 2020. ("First Gaynor Memo")

29.     Attached as Exhibit 28 is a true and correct copy of a letter from the Department of Homeland Security to the Honorable Nicholas G. Garaufis, filed in *Batalla Vidal v. Wolf*, No. 16-cv-4756 (NGG) (VMS), Dkt. 341, dated November 13, 2020.

30.     Attached as Exhibit 29 is a true and correct copy of a memorandum entitled "Order Designating the Order of Succession for the Secretary of Homeland Security," signed by Peter T. Gaynor, dated November 14, 2020. ("Second Gaynor Memo")

31.     Attached as Exhibit 30 is a true and correct copy of a memorandum entitled "Ratification of Actions Taken by the Acting Secretary of Homeland Security," signed by Chad F. Wolf, published in Federal Register Vol. 85, No. 185, dated September 17, 2020. ("First Ratification Memo")

32.     Attached as Exhibit 31 is a true and correct copy of a memorandum entitled "Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow," signed by Chad F. Wolf, published in Federal Register Vol. 85, No. 201, dated October 7, 2020. ("Second Ratification Memo")

33.     Attached as Exhibit 32 is a true and correct copy of a memorandum entitled "Ratification of Actions Taken by the Acting Secretary of Homeland Security," signed by Chad F. Wolf, published in Federal Register Vol. 85, No. 201, dated November 16, 2020. ("Third Ratification Memo")

34.     Attached as Exhibit 33 is a true and correct copy of a memorandum entitled "Order Designating the Order of Succession for the Secretary of Homeland Security," signed by Chad F. Wolf, dated January 11, 2021. ("January Designation")

35.     Attached as Exhibit 34 is a true and correct copy of a memorandum entitled "Ratification," signed by Chad F. Wolf, dated January 14, 2021. ("January 2021 Ratification")

36.     Attached as Exhibit 35 is a true and correct copy of a Message from Acting Secretary Chad F. Wolf, dated January 11, 2021. ("Wolf Resignation Message")

37.     Attached as Exhibit 36 is a true and correct copy of DHS Delegation Number 23028, Issue Date January 12, 2021, Revision Number 00. ("January Delegation")

38.     Attached as Exhibit 37 is a true and correct copy of a Congress.gov Record of the Confirmation of Alejandro N. Mayorkas as Secretary of Homeland Security, dated February 2, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2021.

*/s/ Brian McGrail*
Brian McGrail

# EXHIBIT 1

Federal Register / Vol. 81, No. 240 / Wednesday, December 14, 2016 / Presidential Documents 90667

# Presidential Documents

**Executive Order 13753 of December 9, 2016**

## Amending the Order of Succession in the Department of Homeland Security

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Federal Vacancies Reform Act of 1998, 5 U.S.C. 3345, *et seq.*, it is hereby ordered as follows:

**Section 1**. Section 88 of Executive Order 13286 of February 28, 2003 ("Amendment of Executive Orders, and Other Actions, in Connection With the Transfer of Certain Functions to the Secretary of Homeland Security"), is amended by striking the text of such section in its entirety and inserting the following in lieu thereof:

"Sec. 88. Order of Succession.

Subject to the provisions of subsection (b) of this section, the officers named in subsection (a) of this section, in the order listed, shall act as, and perform the functions and duties of the office of, the Secretary of Homeland Security (Secretary), if they are eligible to act as Secretary under the provisions of the Federal Vacancies Reform Act of 1998, 5 U.S.C. 3345 *et seq.* (Vacancies Act), during any period in which the Secretary has died, resigned, or otherwise become unable to perform the functions and duties of the office of Secretary.

(a) Order of Succession.

(i) Deputy Secretary of Homeland Security;

(ii) Under Secretary for Management;

(iii) Administrator of the Federal Emergency Management Agency;

(iv) Under Secretary for National Protection and Programs;

(v) Under Secretary for Science and Technology;

(vi) Under Secretary for Intelligence and Analysis;

(vii) Commissioner of U.S. Customs and Border Protection;

(viii) Administrator of the Transportation Security Administration;

(ix) Director of U.S. Immigration and Customs Enforcement;

(x) Director of U.S. Citizenship and Immigration Services;

(xi) Assistant Secretary for Policy;

(xii) General Counsel;

(xiii) Deputy Under Secretary for Management;

(xiv) Deputy Commissioner of U.S. Customs and Border Protection;

(xv) Deputy Administrator of the Transportation Security Administration;

(xvi) Deputy Director of U.S. Immigration and Customs Enforcement;

(xvii) Deputy Director of U.S. Citizenship and Immigration Services; and

(xviii) Director of the Federal Law Enforcement Training Center.

(b) Exceptions.

(i) No individual who is serving in an office listed in subsection (a) in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this section.

90668 **Federal Register** / Vol. 81, No. 240 / Wednesday, December 14, 2016 / Presidential Documents

(ii) Notwithstanding the provisions of this section, the President retains discretion, to the extent permitted by the Vacancies Act, to depart from this order in designating an acting Secretary."

**Sec. 2**. Executive Order 13442 of August 13, 2007 ("Amending the Order of Succession in the Department of Homeland Security"), is hereby revoked.

THE WHITE HOUSE,
*December 9, 2016.*

[FR Doc. 2016–30272
Filed 12–13–16; 11:15 am]
Billing code 3295–F7–P

# EXHIBIT 2

**Department of Homeland Security**
**DHS Delegation Number: 0106**
**Revision Number: 08**
**Issue Date: 12/15/2016**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I. Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II. Succession Order/Delegation

A.    In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B.    I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.    The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AD.

D.    I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AD to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E. In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President. The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998. If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F. For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G. Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AD are eligible, subject to modification in accordance with Section II.I. Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H. The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation. Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

**I.** Each Annex may be updated separately. A Component head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary. At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J. The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AD.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

# IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 06, 12/15/2016 |
| Annex B | Deputy Secretary, Office of the | Revision 06, 09/14/2016 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex H | Domestic Nuclear Detection Office | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Health Affairs, Office of | Revision 06, 09/14/2016 |
| Annex N | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex O | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex P | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex Q | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex R | Management Directorate | Revision 06, 09/14/2016 |
| Annex S | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex T | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex U | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex V | Policy, Office of | Revision 06, 09/14/2016 |
| Annex W | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex X | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Y | Science and Technology | Revision 07, 01/19/2017 |
| Annex Z | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex AA | Transportation Security Administration | Revision 08, 07/11/2017 |
| Annex AB | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AC | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AD | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Executive Order 13753 (December 9, 2016)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Administrator of the Federal Emergency Management Agency
4. Under Secretary for National Protection and Programs
5. Under Secretary for Science and Technology
6. Under Secretary for Intelligence and Analysis
7. Commissioner of U.S. Customs and Border Protection
8. Administrator of the Transportation Security Administration
9. Director of U.S. Immigration and Customs Enforcement
10. Director of U.S. Citizenship and Immigration Services
11. Assistant Secretary for Policy
12. General Counsel
13. Deputy Under Secretary for Management
14. Deputy Commissioner of U.S. Customs and Border Protection
15. Deputy Administrator of the Transportation Security Administration
16. Deputy Director of U.S. Immigration and Customs Enforcement
17. Deputy Director of U.S. Citizenship and Immigration Services
18. Director of the Federal Law Enforcement Training Center

ANNEX B
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Deputy Secretary, Office of the** | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Administrator, Federal Emergency Management Agency | S |
| 4 | Under Secretary, National Programs and Protection Directorate | S |
| 5 | Under Secretary, Science and Technology | S |
| 6 | Under Secretary, Intelligence and Analysis | S |
| 7 | Commissioner, U.S. Customs and Border Protection | S |
| 8 | Assistant Secretary/Administrator, Transportation Security Administration | S |
| 9 | Assistant Secretary, U.S. Immigration and Customs Enforcement | S |
| 10 | Director, U.S. Citizenship and Immigration Services | S |
| 11 | Assistant Secretary, Office of Policy | S |
| 12 | General Counsel | S |
| 13 | Deputy Under Secretary for Management | C |
| 14 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 15 | Deputy Administrator, Transportation Security Administration | C |
| 16 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 17 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 18 | Director, Federal Law Enforcement Training Center | C |

ANNEX C
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services Ombudsman** | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

ANNEX D
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services, United States** | |
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Associate Director, Management Directorate | C |
| 4 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 5 | Associate Director, Service Center Operations Directorate | C |
| 6 | Associate Director, Field Operations Directorate | C |
| 7 | Director, National Benefits Center | C |

ANNEX E
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Civil Rights and Civil Liberties, Office for** | | |
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Executive Officer | C |

ANNEX F
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Coast Guard, United States** | | |
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

ANNEX G
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Customs and Border Protection, United States** | |
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Executive Assistant Commissioner, Office of Field Operations | C |
| 4 | Chief, U.S. Border Patrol | C |
| 5 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 6 | Executive Assistant Commissioner, Trade | C |
| 7 | Executive Assistant Commissioner, Operations Support | C |
| 8 | Executive Assistant Commissioner, Enterprise Services | C |

ANNEX H
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Domestic Nuclear Detection Office** | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Assistant Director, Assessments Directorate | C |
| 4 | Assistant Director, Operations Support Directorate | C |
| 5 | Chief of Staff | C |
| 6 | Assistant Director, Transformational and Applied Research | C |

ANNEX I
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Executive Secretariat** | |
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

ANNEX J
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Emergency Management Agency** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

ANNEX K
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Law Enforcement Training Center** | |
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

ANNEX L
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | | Career Status |
|---|---|---|---|
| **General Counsel, Office of the** | | | |
| 1 | General Counsel | | S |
| 2 | Principal Deputy General Counsel* | | C |
| 3 | Deputy General Counsel | [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | | C |
| 7 | Associate General Counsel, Operations and Enforcement | | C |
| 8 | Associate General Counsel, General Law | | C |
| 9 | Chief Counsel, Transportation Security Administration | | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | | C |

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

ANNEX M
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Health Affairs, Office of** | | |
| 1 | Assistant Secretary for Health Affairs and Chief Medical Officer | P |
| 2 | Principal Deputy Assistant Secretary and Deputy Chief Medical Officer | C |
| 3 | Associate Chief Medical Officer and Division Director, Workforce Health and Medical Support | C |
| 4 | Deputy Assistant Secretary and Division Director, Health Threats Resilience | C |

Case 1:19-cv-03283-RDM Document 59-3 Filed 06/18/20 Page 24 of 55

ANNEX N
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Immigration and Customs Enforcement, United States** | |
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

ANNEX O
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Inspector General, Office of** | |
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

Case 1:20-cv-02283 Document 55-3 Filed 08/18/20 Page 20 of 53

ANNEX P
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Intelligence and Analysis, Office of** | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

ANNEX Q
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Legislative Affairs, Office of** | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

ANNEX R
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Management Directorate** | |
| 1 | Under Secretary for Management | S |
| 2 | Deputy Under Secretary for Management* | C |
| 3 | Chief Financial Officer | S |
| 4 | Chief Information Officer | P |
| 5 | Chief Human Capital Officer | C |
| 6 | Chief Procurement Officer | C |
| 7 | Chief Readiness Support Officer | C |
| 8 | Chief Security Officer | C |
| 9 | Chief of Staff | C |
| 10 | Deputy Director, Federal Law Enforcement Training Center | C |

ANNEX S
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **National Protection and Programs Directorate** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX T
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Operations Coordination, Office of** | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

ANNEX U
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Partnership and Engagement, Office of** | |
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

ANNEX V
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Policy, Office of** | | |
| 1 | Assistant Secretary | S |
| 2 | Assistant Secretary for International Affairs and Chief Diplomatic Officer* | N |
| 3 | Principal Deputy Assistant Secretary | N |
| 4 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 5 | Assistant Secretary for Border, Immigration, and Trade | N |
| 6 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 7 | Assistant Secretary for Strategy, Plans, Analysis, and Risk | C |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

ANNEX W
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Privacy Officer, Chief** | | |
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

ANNEX X
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Public Affairs, Office of** | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4 | Deputy Assistant Secretary for Strategic Communications | N |
| 5 | Director of Communications | N |
| 6 | Chief of Staff | C |
| 7 | Director, Incident Communications | C |

ANNEX Y
ISSUE DATE: 1/19/2017 APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Science and Technology** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

Case 1:19-cv-03283-RDM Document 25-3 Filed 09/18/20 Page 40 of 55

ANNEX Z
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Secret Service, United States** | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

ANNEX AA
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Transportation Security Administration** | |
| 1 | Assistant Secretary/ Administrator | S |
| 2 | Deputy Administrator* | C |
| 3 | Chief of Staff | C |
| 4 | Chief of Operations | C |
| 5 | Assistant Administrator, Office of Security Operations | C |
| 6 | Assistant Administrator, Office of Law Enforcement/Federal Air Marshal Service | C |
| 7 | Assistant Administrator, Office of Global Strategies | C |
| 8 | Regional Director, Atlanta, Office of Security Operations | C |
| 9 | Regional Director, Dallas, Office of Security Operations | C |
| 10 | Federal Security Director, Denver International Airport | C |
| 11 | Federal Air Marshal/Supervisory Air Marshal in Charge, Los Angeles | C |

ANNEX AB
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| **Chief Financial Officer (DHS)** | | |
| 1 | Chief Financial Officer | S |
| 2 | Deputy Chief Financial Officer* | C |

ANNEX AC
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | | |
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

ANNEX AD
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

# EXHIBIT 3

CONGRESS.GOV

# PN1095 — Kirstjen Nielsen — Department of Homeland Security

115th Congress (2017-2018)

**Description**

Kirstjen Nielsen, of Virginia, to be Secretary of Homeland Security, vice John F. Kelly, resigned.

**Organization**

Department of Homeland Security

**Latest Action**

12/05/2017 - Confirmed by the Senate by Yea-Nay Vote. 62 - 37. Record Vote Number: 305.

**Committee**

Senate Homeland Security and Governmental Affairs

Sort by Newest to Oldest

| Date | Senate Actions |
|---|---|
| 12/05/2017 | Confirmed by the Senate by Yea-Nay Vote. 62 - 37. Record Vote Number: 305. |
| 12/05/2017 | By unanimous consent agreement, vote 12/5/2017. |
| 12/05/2017 | Considered by Senate. |
| 12/04/2017 | By unanimous consent agreement, debate 12/5/2017. |
| 12/04/2017 | Cloture invoked in Senate by Yea-Nay Vote. 59 - 33. Record Vote Number: 304. |
| 12/04/2017 | Considered by Senate. |
| 12/02/2017 | By unanimous consent agreement, debate 12/4/2017. |
| 12/02/2017 | By unanimous consent agreement, mandatory quorum required under Rule XXII waived. |
| 12/02/2017 | Cloture motion presented in Senate. |
| 12/02/2017 | Motion to proceed to executive session to consideration of nomination in Senate by Voice Vote. |
| 11/14/2017 | Placed on Senate Executive Calendar. Calendar No. 495. Subject to nominee's commitment to respond to requests to appear and testify before any duly constituted committee of the Senate. |
| 11/14/2017 | Reported by Senator Johnson, Committee on Homeland Security and Governmental Affairs, without printed report. |
| 11/14/2017 | Committee on Homeland Security and Governmental Affairs. Ordered to be reported favorably. |
| 11/08/2017 | Committee on Homeland Security and Governmental Affairs. Hearings held. Hearings printed: S.Hrg. 115-392. |
| 10/16/2017 | Received in the Senate and referred to the Committee on Homeland Security and Governmental Affairs. |

# EXHIBIT 4

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.4**
**Issue Date: 12/15/2016**
**Updated Date: 02/15/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I.    Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II.    Succession Order/Delegation

A.    In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B.    I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.    The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D.    I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E. In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President. The individual serving in the position identified as the first to succeed is designated the “First Assistant” for the purposes of the Federal Vacancies Reform Act of 1998. If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F. For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G. Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I. Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H. The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation. Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

**I.** Each Annex may be updated separately. A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary. At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J. The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

# IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 06, 12/15/2016 |
| Annex B | Deputy Secretary, Office of the | Revision 06, 09/14/2016 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

Case 1:17-cv-03515-BAH Document 21-1 Filed 06/10/20 Page 53 of 329

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Executive Order 13753 (December 9, 2016)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Administrator of the Federal Emergency Management Agency
4. Under Secretary for National Protection and Programs
5. Under Secretary for Science and Technology
6. Under Secretary for Intelligence and Analysis
7. Commissioner of U.S. Customs and Border Protection
8. Administrator of the Transportation Security Administration
9. Director of U.S. Immigration and Customs Enforcement
10. Director of U.S. Citizenship and Immigration Services
11. Assistant Secretary for Policy
12. General Counsel
13. Deputy Under Secretary for Management
14. Deputy Commissioner of U.S. Customs and Border Protection
15. Deputy Administrator of the Transportation Security Administration
16. Deputy Director of U.S. Immigration and Customs Enforcement
17. Deputy Director of U.S. Citizenship and Immigration Services
18. Director of the Federal Law Enforcement Training Center

ANNEX B
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Deputy Secretary, Office of the** | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Administrator, Federal Emergency Management Agency | S |
| 4 | Under Secretary, National Programs and Protection Directorate | S |
| 5 | Under Secretary, Science and Technology | S |
| 6 | Under Secretary, Intelligence and Analysis | S |
| 7 | Commissioner, U.S. Customs and Border Protection | S |
| 8 | Assistant Secretary/Administrator, Transportation Security Administration | S |
| 9 | Assistant Secretary, U.S. Immigration and Customs Enforcement | S |
| 10 | Director, U.S. Citizenship and Immigration Services | S |
| 11 | Assistant Secretary, Office of Policy | S |
| 12 | General Counsel | S |
| 13 | Deputy Under Secretary for Management | C |
| 14 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 15 | Deputy Administrator, Transportation Security Administration | C |
| 16 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 17 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 18 | Director, Federal Law Enforcement Training Center | C |

ANNEX C
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services Ombudsman** | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

ANNEX D
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services, United States** | |
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Associate Director, Management Directorate | C |
| 4 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 5 | Associate Director, Service Center Operations Directorate | C |
| 6 | Associate Director, Field Operations Directorate | C |
| 7 | Director, National Benefits Center | C |

ANNEX E
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Civil Rights and Civil Liberties, Office for** | |
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Executive Officer | C |

ANNEX F
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Coast Guard, United States** | | |
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

ANNEX G
ISSUE DATE: 05/21/2018 APPROVAL: 05/21/2018

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Countering Weapons of Mass Destruction Office** | |
| 1 | Assistant Secretary | P |
| 2 | Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Director, Domestic Nuclear Detection Office | C |
| 6 | Deputy Director, Office of Health Affairs | C |

ANNEX H
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Customs and Border Protection, United States** | | |
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Executive Assistant Commissioner, Office of Field Operations | C |
| 4 | Chief, U.S. Border Patrol | C |
| 5 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 6 | Executive Assistant Commissioner, Trade | C |
| 7 | Executive Assistant Commissioner, Operations Support | C |
| 8 | Executive Assistant Commissioner, Enterprise Services | C |

ANNEX I
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Executive Secretariat** | |
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

ANNEX J
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Emergency Management Agency** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

Case 1:17-cv-02325-JDB Document 21-1 Filed 01/09/20 Page 63 of 349

ANNEX K
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Federal Law Enforcement Training Center** | | |
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

ANNEX L
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | | Career Status |
|---|---|---|---|
| **General Counsel, Office of the** | | | |
| 1 | General Counsel | | S |
| 2 | Principal Deputy General Counsel* | | C |
| 3 | Deputy General Counsel | [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | | C |
| 7 | Associate General Counsel, Operations and Enforcement | | C |
| 8 | Associate General Counsel, General Law | | C |
| 9 | Chief Counsel, Transportation Security Administration | | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | | C |

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

ANNEX M
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Immigration and Customs Enforcement, United States** | |
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

ANNEX N
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Inspector General, Office of** | |
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

ANNEX O
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Intelligence and Analysis, Office of** | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

ANNEX P
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Legislative Affairs, Office of** | | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

ANNEX Q
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Management Directorate** | |
| 1 | Under Secretary for Management | S |
| 2 | Deputy Under Secretary for Management* | C |
| 3 | Chief Financial Officer | S |
| 4 | Chief Information Officer | P |
| 5 | Chief Human Capital Officer | C |
| 6 | Chief Procurement Officer | C |
| 7 | Chief Readiness Support Officer | C |
| 8 | Chief Security Officer | C |
| 9 | Chief of Staff | C |
| 10 | Deputy Director, Federal Law Enforcement Training Center | C |

ANNEX R
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **National Protection and Programs Directorate** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX S
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Operations Coordination, Office of** | | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

S-1

Delegation # 00106
Revision # 06

ANNEX T
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Partnership and Engagement, Office of** | |
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

ANNEX U
ISSUE DATE: 2/15/2019 APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Strategy, Policy, & Plans, Office of** | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

ANNEX V
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Privacy Officer, Chief** | | |
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

ANNEX W
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Public Affairs, Office of** | | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4 | Deputy Assistant Secretary for Strategic Communications | N |
| 5 | Director of Communications | N |
| 6 | Chief of Staff | C |
| 7 | Director, Incident Communications | C |

ANNEX X
ISSUE DATE: 1/19/2017 APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Science and Technology** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

ANNEX Y
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Secret Service, United States** | | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

Case 1:20-cv-03825-BAH Document 21-1 Filed 06/09/20 Page 78 of 349

ANNEX Z
ISSUE DATE: 10/23/2018 APPROVAL: 10/23/2018

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Transportation Security Administration** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

Case 1:17-cv-03825-BAH Document 21-1 Filed 06/19/20 Page 79 of 349

ANNEX AA
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| **Chief Financial Officer (DHS)** | | |
| 1 | Chief Financial Officer | S |
| 2 | Deputy Chief Financial Officer* | C |

ANNEX AB
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | | |
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

Case 1:17-cv-03518-AHA Document 124-1 Filed 06/09/22 Page 80 of 349

ANNEX AC
ISSUE DATE: 09/14/2016 APPROVAL: 09/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

# EXHIBIT 5

 GAO
U.S. GOVERNMENT ACCOUNTABILITY OFFICE

441 G St. N.W.
Washington, DC 20548

# Decision

**Matter of:** **Department of Homeland Security**—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security

**File:** B-331650

**Date:** August 14, 2020

## DIGEST

The Federal Vacancies Reform Act of 1998 (Vacancies Reform Act) provides for temporarily filling vacant executive agency positions that require presidential appointment with Senate confirmation. 5 U.S.C. § 3345. GAO's role under the Vacancies Reform Act is to collect information agencies are required to report to GAO, and GAO uses this information to report to Congress any violations of the time limitations on acting service imposed by the Vacancies Reform Act. 5 U.S.C. § 3349. As part of this role, we issue decisions on agency compliance with the Vacancies Reform Act when requested by Congress. The Vacancies Reform Act is generally the exclusive means for filling a vacancy in a presidentially appointed, Senate confirmed position unless another statute provides an exception. 5 U.S.C. § 3347. The Homeland Security Act of 2002 provides an order of succession outside of the Vacancies Reform Act when a vacancy arises in the position of Secretary of the Department of Homeland Security (DHS). 6 U.S.C. § 113(g).

Upon Secretary Kirstjen Nielsen's resignation on April 10, 2019, the official who assumed the title of Acting Secretary had not been designated in the order of succession to serve upon the Secretary's resignation. Because the incorrect official assumed the title of Acting Secretary at that time, subsequent amendments to the order of succession made by that official were invalid and officials who assumed their positions under such amendments, including Chad Wolf and Kenneth Cuccinelli, were named by reference to an invalid order of succession. We have not reviewed the legality of other actions taken by these officials; we are referring the matter to the Inspector General of DHS for review.

## DECISION

This responds to a request from the Chairman of the Committee on Homeland Security and the Acting Chairwoman of the Committee of Oversight and Reform regarding the legality of the appointment of Chad Wolf as Acting Secretary of the Department of Homeland Security (DHS) and Ken Cuccinelli as Senior Official Performing the Duties of Deputy Secretary. Letter from Chairman, Committee on Homeland Security, U.S. House of Representatives and Acting Chairwoman, Committee on Oversight and Reform, U.S. House of Representatives to Comptroller General (Nov. 15, 2019). Specifically, we consider whether the appointments were authorized pursuant to the Secretary's designation of an order of succession under the Homeland Security Act of 2002 (HSA). Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (Nov. 25, 2002), *as amended by* National Defense Authorization Act for Fiscal Year 2017, Pub. L. No. 114-328, § 1903, 130 Stat. 2000, 2672 (Dec. 23, 2016), *codified at* 6 U.S.C. § 113(g)(2).

As explained below, we conclude that in the case of vacancies in the positions of Secretary, Deputy Secretary, and Undersecretary for Management, HSA provides a means for an official to assume the title of Acting Secretary pursuant to a designation of further order of succession by the Secretary. However, upon the resignation of Secretary Kirstjen Nielsen, the express terms of the then existing designation required the Director of the Cybersecurity and Infrastructure Security Agency (CISA) to assume that title instead of the Commissioner of Customs and Border Protection (CBP), Kevin McAleenan. As such, the subsequent appointments of Under Secretary for Strategy, Policy, and Plans, Chad Wolf and Principal Deputy Director of U.S. Citizenship and Immigration Services (USCIS) Ken Cuccinelli were also improper because they relied on an amended designation made by Mr. McAleenan.[1]

Under the Federal Vacancies Reform Act of 1998 (Vacancies Reform Act), GAO collects information agencies are required to report to GAO, and GAO uses this information to report to Congress any violations of the time limitations on acting service imposed by the Vacancies Reform Act. 5 U.S.C. § 3349. As part of this

[1] We have only been asked to address the designation of Messers. Wolf and Cuccinelli, so we do not otherwise address the consequences of any official's improper service. We are referring that question to the DHS Inspector General for his review. In that regard, we are aware that certain actions taken by Acting Secretary Wolf and his authority to take them are currently the subject of litigation. *See, e.g. A.B-B v. Morgan*, Docket No. 1:20-cv-0846 (D.D.C. 2020); *Casa De Maryland v. Wolf*, Docket No. 8:20-cv-02118 (D. Md. 2020); *Don't Shoot Portland v. Wolf*, Docket No. 1:20-cv-02040 (D.D.C. 2020). We are also aware that in March, 2020, the U.S. District Court for the District of Columbia ruled that Mr. Cuccinnelli's separate appointment as acting director of USCIS was illegal. *See L.M.-M v. Cuccinelli*, 442 F. Supp. 3d 1, 29 (D.D.C. 2020). That question was not before us.

role, we issue decisions on agency compliance with the Vacancies Reform Act when requested by Congress.  Our practice when rendering decisions is to contact the relevant agencies and obtain their legal views on the subject of the request.  GAO, *Procedures and Practices for Legal Decisions and Opinions*, GAO-06-1064SP (Washington, D.C.: Sept. 5, 2006), *available at* www.gao.gov/products/GAO-06-1064SP.  We contacted DHS to obtain the agency's views.  Letter from Managing Associate General Counsel, GAO, to General Counsel, DHS (Dec. 6, 2019).  We received DHS's response on December 20, 2019.  Letter from Associate General Counsel for General Law, DHS, to Managing Associate General Counsel, GAO (Dec. 20, 2019) (Response Letter).

BACKGROUND

The Vacancies Reform Act permits certain individuals to serve as acting officials in vacant presidentially appointed, Senate confirmed positions (PAS) for limited periods of time.  5 U.S.C. §§ 3345, 3346.  The Vacancies Reform Act is generally the exclusive means for filling a vacancy in a PAS position unless another statute provides an exception.[2]  Pursuant to the Vacancies Reform Act, the first assistant to a PAS position automatically becomes the acting official in case of a vacancy unless the President designates another individual who meets the Vacancies Reform Act's eligibility requirements.  5 U.S.C. § 3345.

HSA created DHS to prevent terrorist attacks within the United States and reduce the nation's vulnerabilities to such attacks, among other critical missions. Pub. L. No. 107-297, title I, § 101.  At the head of the department, HSA created the position of Secretary of Homeland Security who is vested with all the functions of all officers, employees, and organizational units of DHS.  HSA, Pub. L. No. 107-296, title I, § 102.  HSA also created the position of Deputy Secretary and made the Deputy Secretary the first assistant for purposes of the Vacancies Reform Act. Pub. L. No. 107-297, title I, § 103.

On December 23, 2016, HSA was amended to establish an order of succession outside the Vacancies Reform Act for the position of Secretary.  National Defense Authorization Act for Fiscal Year 2017, Pub. L. No. 114-328, div. A, title XIX, § 1903, 130 Stat. 2000, 2672 (2016).  Under the amendment, the Under Secretary for Management is next in line to be Acting Secretary in the case of absence, disability, or vacancy in the positions of Secretary and Deputy Secretary.  6 U.S.C. § 113(g)(1).  Beyond this mandated order, "the Secretary may designate such other officers of the Department in further order of succession to serve as Acting

---

[2] A statute only qualifies as an exception if the statutory provision expressly authorizes the President or the head of an executive department to designate an official to perform the functions and duties of a specified office temporarily in an acting capacity or it designates an acting official.  5 U.S.C. § 3347(a)(1).

Secretary."[3] 6 U.S.C. § 113(g)(2). These succession provisions take effect "[n]otwithstanding" the provisions of the Vacancies Reform Act.[4] 6 U.S.C. § 113(g).

On December 5, 2017, Kirstjen Nielsen was confirmed as Secretary of DHS. On April 10, 2019, Secretary Nielsen resigned from her position. At this time, the Deputy Secretary position had been vacant since April 14, 2018, and the Under Secretary for Management resigned on April 10, 2019, as well, leaving that position vacant. GAO, *Federal Executive Vacancy System Database*, *available at* https://www.gao.gov/legal/other-legal-work/federal-vacancies-reform-act.[5] Upon the Secretary's resignation, the Commissioner of Customs and Border Protection, Kevin McAleenan, assumed the title of Acting Secretary.

On November 13, 2019, Acting Secretary McAleenan resigned, and the Under Secretary for Strategy, Policy, and Plans, Chad Wolf assumed the title of Acting Secretary. The same day, Mr. Wolf designated the Principal Deputy Director of USCIS, Kenneth Cuccinelli, as the Senior Official Performing the Duties of Deputy Secretary of Homeland Security (Deputy Secretary).[6]

DISCUSSION

Article II of the U.S. Constitution provides that "[The President] shall nominate, and by and with the Advice and Consent of the Senate, shall appoint . . . all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law." U.S. Const. art. II, § 2. As noted previously, when there is a vacancy in these presidentially appointed, Senate confirmed (PAS) positions, the Vacancies Reform Act is generally the exclusive means for filling them temporarily with an acting official, unless another statute provides an exception.

---

[3] The amendment did not impose time limitations on an individual serving as Acting Secretary under HSA.

[4] HSA does not establish an order of succession outside the Vacancies Reform Act for the position of Deputy Secretary. However, HSA establishes the Under Secretary for Management as the first assistant to the Deputy Secretary for purposes of the Vacancies Reform Act. 6 U.S.C. § 113(a)(1)(F).

[5] Under the Vacancies Reform Act, agencies are required to report to GAO certain information regarding vacancies in PAS positions. 5 U.S.C. § 3349(a). GAO compiles the information from these reports and makes them available to the public through its Executive Vacancy System.

[6] Regarding Mr. Cuccinelli, this decision only addresses his service as the Senior Official Performing the Duties of Deputy Secretary and does not address any other positions which he may also hold.

Here, HSA provides such an exception.  HSA requires the Under Secretary for Management to serve as Acting Secretary if there is a vacancy in the offices of Secretary and Deputy Secretary.  6 U.S.C. § 113.  By providing an initial order of succession for the Secretary and allowing the Secretary to make further designations, HSA qualifies as an exception to the Vacancies Reform Act's exclusivity provision.

At the time the Secretary resigned, the positions specified in HSA were vacant as well, permitting DHS to turn to the Secretary's designation of further officials to serve as Acting Secretary when Secretary Nielsen resigned and the position of Secretary became vacant.  6 U.S.C. § 113(g)(1), (2).  Hence, to determine whether Chad Wolf and Ken Cuccinelli are properly serving, we must examine whether DHS adhered to the order of succession in the Secretary's delegation in force at the time Mr. McAleenan and Mr. Wolf each assumed the title of Acting Secretary.  As explained further below, we conclude DHS did not.

<u>HSA Delegation 00106</u>

In its response to us, DHS stated that Secretary Nielsen had exercised the HSA power to designate an order of succession through Delegation 00106.  *See* Response Letter.  Secretary Nielsen issued this delegation on February 15, 2019 (February Delegation).[7]  In this February Delegation, there were two grounds for assuming the position of Acting Secretary.  The first ground was in the case of the Secretary's death, resignation, or inability to perform the functions of the office. February Delegation § II.A.  The second ground was if the Secretary was unavailable to act during a disaster or catastrophic emergency.  *Id.* § II.B.

Each ground had its own order of succession.  In cases of the Secretary's death, resignation, or inability to perform the functions of the office, the February Delegation stated the order of succession was governed by Executive Order 13753 (E.O. 13753).  *Id.* § II.A.  E.O. 13753 included an order of succession for officers who would act and perform the duties of the Secretary during any period in which the Secretary has died, resigned, or otherwise become unable to perform the functions and duties of the Office of Secretary.  In cases where the Secretary is unavailable to act during a disaster or catastrophic emergency, Annex A to the February Delegation governed the order of succession.  *Id.* § II.B.  At that time, the orders of succession found in E.O. 13753 and Annex A were the same.  The figure in appendix 1 attached to this decision illustrates the legal framework that could be used to designate an Acting Secretary at the time of the February Delegation.

---

[7] DHS, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, DHS Delegation No. 00106, Revision No. 08.4 (Feb. 15, 2019).

Under E.O. 13753 and Annex A, the first four positions in the order of succession were as follows:  (1) Deputy Secretary, (2) Under Secretary for Management, (3) Administrator of the Federal Emergency Management Agency (FEMA), and (4) Director of CISA.[8]

The February Delegation also listed positions in an order of succession for Deputy Secretary in Annex B.  The first four positions were as follows:  (1) Under Secretary for Management, (2) Administrator of FEMA, (3) Director of CISA, and (4) Under Secretary of Science and Technology. [9]

The February Delegation further stated acting officials in the listed positions are ineligible to serve and, therefore, the order of succession would fall to the next designated official in the approved order of succession.  *Id.* § II.G.

<u>Nielsen's Resignation</u>

According to DHS, on April 9, 2019, the day before her resignation, Secretary Nielsen established a new order of succession.  Delegation 00106 was updated the following day, reflecting the changes (April Delegation).[10]  The April Delegation on its face maintained the two separate grounds for designation.  Vacancies due to the Secretary's death, resignation, or inability to perform the functions of the office were still governed by the order of succession under E.O. 13753, and vacancies due to the Secretary's unavailability to act during a disaster or catastrophic emergency were still governed by Annex A to the Delegation.  April Delegation §§ II.A, II.B.  Secretary Nielsen did however amend the orders of succession for the Secretary and Deputy Secretary in Annexes A and B, respectively.  The figure in appendix 1 attached to this decision illustrates the legal framework that could be used to designate an Acting Secretary at the time of the April Delegation.

---

[8] Both E.O 13753 and Annex A list more positions than those indicated here. However, they are not relevant for purposes of this decision. Public Law 115-278 renamed the position of Under Secretary for National Protection and Programs to be Director of the Cybersecurity and Infrastructure Security Agency.  Cybersecurity and Infrastructure Security Agency Act of 2018, Pub. L. No. 115-278, § 2(a), 132 Stat. 4168, 4169 (Nov. 16, 2018), *codified at* 6 U.S.C. § 652(a), (b).

[9] The Secretary may provide for an order of succession for the Deputy position under general management authorities granted the Secretary in HSA.  6 U.S.C. § 112.  However, any order of succession for the Deputy position must reflect that the Under Secretary for Management is the first assistant for purposes of the Vacancies Act, in accordance with HSA.  6 U.S.C. § 113(a)(1)(F).

[10] DHS, *Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106, Revision No. 08.5 (Apr. 10, 2019).

The first four positions in the order of succession for Acting Secretary in revised Annex A (disaster or catastrophic emergency) were as follows:  (1) Deputy Secretary, (2) Under Secretary for Management, (3) Commissioner of CBP, and (4) Administrator of FEMA.  April Delegation Annex A.  The April Delegation removed the CISA director from for the order of succession.  The April Delegation added the Commissioner to be third in the order, making the Administrator fourth in the order.

In amending Annex A, the Secretary effectively established two different orders of succession.  Annex A only applies to the Secretary's unavailability as a result of a disaster or catastrophic emergency.  Because the Secretary did not amend the order of succession established in E.O. 13753 otherwise, the Delegation maintained the order set out therein whenever the position became vacant as a result of the Secretary's death, resignation, or inability to perform the functions of the office: (1) Deputy Secretary, (2) Under Secretary for Management, (3) Administrator of FEMA, and (4) Director of CISA.

Secretary Nielsen also changed the order of succession for Deputy Secretary in Annex B.  The first four positions in the order of succession were changed to be:  (1) Under Secretary for Management, (2) Administrator of the Transportation Security Administration (TSA), (3) Administrator of FEMA, and (4) the Director of CISA.  *Id.* Annex B.

On April 10, Secretary Nielsen and the Under Secretary for Management resigned.  The Deputy Secretary had resigned a year earlier.  In its response to us, DHS stated that it referred to the April Delegation to fill the Acting Secretary position.    *See* Response Letter.  Apparently, DHS mistakenly referred to Annex A, rather than E.O. 13753.  Mr. McAleenan served as the previously confirmed Commissioner of U.S. Customs and Border Protection at the time.  Mr. McAleenan would have been the appropriate official had Secretary Nielsen been unavailable to act during a disaster or catastrophic emergency.  That was not the case here.  Secretary Nielsen resigned.  A Secretary's resignation is addressed in E.O. 13753, not Annex A.

Applying the plain language of the April Delegation, the governing order of succession therefore, should have been that provided under E.O. 13753 and not Annex A.  The April Delegation explicitly stated, "In case of the Secretary's death, *resignation*, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016." April Delegation § II.A (emphasis added).  Annex A only applied to when the Secretary was unavailable to act during a disaster or catastrophic emergency.  *Id.* § II.B.

The first previously confirmed official in the order of succession in E.O. 13753 was the Director of CISA.[11]  However, instead of following the order of succession in E.O. 13753, DHS applied the one in Annex A.  If DHS had invoked the April Delegation due to the Secretary's unavailability to act during a disaster or catastrophic emergency, then Mr. McAleenan would have been the designated official.  However, here the vacancy was due to Secretary Nielsen's resignation.  Accordingly, under the express terms of Delegation 00106, the incorrect individual assumed the position of Acting Secretary.

In its response to us, DHS stated that Secretary Nielsen used the authority provided by HSA to establish an order of succession with Mr. McAleenan's position—the Commissioner of Customs and Border Protection—as next in the order of succession, after the positions of Deputy Secretary and Under Secretary for Management.  Response Letter.  DHS further stated that the order of succession was not governed by E.O. 13753 because the executive order was superseded when the Secretary established an order of succession pursuant to HSA.  *Id.*

DHS asserted that the direction from the Secretary to change the order of succession applied to any vacancy in the position of the Secretary.  In support, DHS provided a memorandum from the DHS General Counsel to Secretary Nielsen.  Memorandum from General Counsel, DHS, to Secretary of Homeland Security (Apr. 9, 2019) (Memorandum).

The Memorandum included the revised order of succession for Annex A which provides:

> "By the authority vested in me as Secretary of Homeland Security, including [HSA], 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security as follows:  Annex A of . . . Delegation No. 00106, is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof."

*Id.*  This Memorandum includes additional text from the then-General Counsel summarizing Secretary Nielsen's desire to "designate certain officers of [DHS] in order of succession to serve as Acting Secretary," and that "[b]y approving the attached document, you will designate your desired order of succession for the Secretary . . . in accordance with your authority pursuant to [HSA]."  *Id.*  A discussion section in this memorandum was redacted before DHS provided it to us.

---

[11] The confirmed Director of CISA at the time of Secretary Nielsen's resignation was Christopher Krebs.  GAO, *Federal Executive Vacancy System Database*, *available at* https://www.gao.gov/legal/other-legal-work/federal-vacancies-reform-act.  The Administrator of FEMA was listed third in the order of succession, but the Administrator resigned on March 3, 2019, before Secretary Nielsen resigned.  *Id.*

Notwithstanding the General Counsel's statement in the Memorandum asserting the Secretary's intentions in amending the April Delegation, the plain language of the delegation controls, and it speaks for itself. When Secretary Nielsen issued the April Delegation, she only amended Annex A, placing the Commissioner of U.S. Customs and Border Protection as the next position in the order of succession in cases of the Secretary's unavailability to act during a disaster or catastrophic emergency. April Delegation Annex A. She did not change the ground for which Annex A would apply. DHS did not provide evidence of Secretary Nielsen's designation under HSA in the case of her death, resignation, or inability to perform the functions of the office.

We are mindful that the timing of Secretary Nielsen's resignation the next day and the subsequent actions and statements of officials—such as Secretary Nielsen's farewell message to DHS[12]—may suggest that she intended for Mr. McAleenan to become the Acting Secretary upon her resignation. However, it would be inappropriate, in light of the clear express directive of the April Delegation, to interpret the order of succession based on post-hoc actions. *See N.L.R.B. v. SW General, Inc.*, 137 S. Ct. 929, 941–42 (2017) (providing that when the text is clear, the court need not consider post-enactment practice); *Bruesewitz v. Wyeth LLC*, 562 U.S. 223, 242 (2011) ("Post-enactment legislative history (a contradiction in terms) is not a legitimate tool of statutory interpretation.") (internal citations omitted); *Weinberger v. Rossi*, 456 U.S. 25, 35 (1982) ("Such *post hoc* statements of a congressional Committee are not entitled to much weight.") (internal citations omitted). The April Delegation was the only existing exercise of the Secretary's authority to designate a successor pursuant to HSA. As such, Mr. McAleenan was not the designated Acting Secretary because, at the time, the Director of CISA was designated the Acting Secretary under the April Delegation.

McAleenan's Resignation

On November 8, 2019, shortly before he resigned, Mr. McAleenan revised the Delegation (November Delegation).[13] The November Delegation maintained the two grounds for serving, but substituted Annex A for E.O. 13753 as governing the order of succession in cases of the Secretary's death, resignation, or inability to perform the functions of the office. November Delegation §§ II.A, II.B. This change meant Annex A governed both grounds for assuming the title of Acting Secretary, including the Secretary's inability to act during a disaster or catastrophic emergency. The figure in the appendix illustrates the legal framework that could be used to designate an Acting Secretary at the time of the November Delegation.

---

[12] Press Release, DHS, *Farewell Message from Secretary Kirstjen M. Nielsen* (Apr. 10, 2019), *available at* https://www.dhs.gov/news/2019/04/10/farewell-message-secretary-kirstjen-m-nielsen.

[13] DHS, *Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106, Revision No. 08.6 (Nov. 8, 2019).

Mr. McAleenan also changed the officials listed in the order of succession found in Annex A as follows: (1) Deputy Secretary, (2) Under Secretary for Management, (3) Commissioner of CBP; and (4) Under Secretary for Strategy, Policy, and Plans. *Id.* Annex A. As a consequence, the revision removed the FEMA Administrator and CISA Director from the order of succession, replacing them with the CBP Commissioner and the Under Secretary for Strategy, Policy, and Plans respectively.

On November 13, Mr. McAleenan resigned as both Acting Secretary and Commissioner of U.S. Customs and Border Protection. In its response to us, DHS stated Mr. Wolf became the Acting Secretary pursuant to the November Delegation. Response Letter. At this time, the positions of Secretary, Deputy Secretary, Under Secretary for Management, and Commissioner of CBP were all vacant. Mr. Wolf was serving as the previously confirmed Under Secretary for Strategy, Policy, and Plans at the time he assumed the title of Acting Secretary. DHS told us this was the first position that was filled with a previously confirmed official in the order of succession. *Id.* Mr. Wolf currently serves as the Acting Secretary.

On November 13, 2019, Mr. Wolf amended the order of succession for Deputy Secretary in Annex B, as follows: (1) Under Secretary for Management, (2) Principal Deputy Director of USCIS, (3) Administrator of TSA, and (4) Administrator of FEMA. *Id.*; November Delegation Annex B. The revision removed the CISA Director from the order of succession, installed the Principal Deputy Director of USCIS next in the order, and shifted TSA and FEMA to third and fourth. Subsequently, Mr. Cuccinelli assumed the title of the Senior Official Performing the Duties of Deputy Secretary, as he was the Principal Deputy Director of USCIS. Mr. Cuccinelli currently serves as the Senior Official Performing the Duties of Deputy Secretary.

Under HSA, the Secretary, or properly serving Acting Secretary, has the authority to designate the order of succession for Acting Secretary. 6 U.S.C. § 113(g)(2). Based on the analysis above, Mr. McAleenan was not the proper Acting Secretary which means he did not have the authority to amend the April Delegation. When Mr. McAleenan issued the November Delegation, he did so without the proper authority. *See generally Utility Air Regulatory Group v. EPA,* 573 U.S. 302 (2014) (holding agency actions exceeding statutory authority are invalid). Because Mr. Wolf draws his authority to serve as Acting Secretary from the November Delegation, Mr. Wolf cannot, therefore, rely upon it to serve as the Acting Secretary.

Mr. Wolf altered the order of succession for Deputy Secretary in the November Delegation to permit Mr. Cuccinelli to serve as the Senior Official Performing the Duties of Deputy Secretary.[14] According to DHS, Mr. Wolf did this under his

[14] Because the Vacancies Reform Act governs the Deputy Secretary, the 210-day limitation on acting service had already passed. This means the position had to remain vacant and no one could serve as Acting Deputy Secretary. However, under the Vacancies Reform Act, the department could designate an official to perform the

authority as Acting Secretary. Response Letter. As discussed previously, Mr. McAleenan did not have the authority to alter the order of succession; therefore, Mr. Wolf also does not have the authority to alter it as well. The last valid order of succession to serve in that capacity was Annex B to the April Delegation, which did not include Mr. Cuccinelli's position.

CONCLUSION

In the case of vacancy in the positions of Secretary, Deputy Secretary, and Under Secretary for Management, the HSA provides a means for an official to assume the title of Acting Secretary pursuant to a designation of further order of succession by the Secretary. Mr. McAleenan assumed the title of Acting Secretary upon the resignation of Secretary Nielsen, but the express terms of the existing designation required another official to assume that title. As such, Mr. McAleenan did not have the authority to amend the Secretary's existing designation. Accordingly, Messrs. Wolf and Cuccinelli were named to their respective positions of Acting Secretary and Senior Official Performing the Duties of Deputy Secretary by reference to an invalid order of succession.

In this decision we do not review the consequences of Mr. McAleenan's service as Acting Secretary, other than the consequences of the November delegation, nor do we review the consequences of Messers. Wolf and Cuccinelli service as Acting Secretary and Senior Official Performing the Duties of Deputy Secretary respectively. We are referring the question as to who should be serving as the Acting Secretary and the Senior Official Performing the Duties of Deputy Secretary to the DHS Office of Inspector General for its review. We also refer to the Inspector General the question of consequences of actions taken by these officials, including consideration of whether actions taken by these officials may be ratified by the Acting Secretary and Senior Official Performing the Duties of Deputy Secretary as designated in the April Delegation.

Thomas H. Armstrong

Thomas H. Armstrong
General Counsel

---

duties of the Deputy Secretary so long as the official does not perform any non-delegable duties of the position. DHS indicated to us that, to the department's knowledge, no one performed any of the position's non-delegable duties. Response Letter.

# Appendix 1: Figure Illustrating the Legal Framework for Designating an Acting Secretary of Homeland Security, Calendar Year 2019

Source: GAO analysis of DHS documents. | B-331650.

[a] The Federal Vacancies Reform Act of 1998 (Vacancies Reform Act) is the default framework to designate acting officials for presidentially appointed, Senate confirmed positions. 5 U.S.C. §§ 3345–3349d.
[b] The Homeland Security Act of 2002, as amended, (HSA) provides an order of succession outside of the Vacancies Reform Act when a vacancy arises in the position of Secretary of Homeland Security (Secretary). 6 U.S.C. § 113(g). This includes authority for the Secretary to designate officers to serve as Acting Secretary, which the Secretary implemented through DHS Delegation 00106 and its various revisions.
[c] The President issued Executive Order 13753 providing an order of succession to serve as Acting Secretary under the Vacancies Reform Act. Exec. Order 13753, *Amending the Order of Succession in the Department of Homeland Security*, 81 Fed. Reg. 90,667 (Dec. 9, 2016).

# EXHIBIT 6

*Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528



Mr. President,

I hereby resign from the position of Secretary of the U.S. Department of Homeland Security (DHS), effective April 7th 2019. It has been my great honor to lead the men and women of the Department as its sixth Secretary. I could not be prouder of and more humbled by their service, dedication, and commitment to keep our country safe from all threats and hazards. I join all Americans in thanking them for their sacrifices and those of their families.

For more than two years of service beginning during the Presidential Transition, I have worked tirelessly to advance the goals and missions of the Department. I am immensely proud of our successes in transforming DHS to keep pace with our enemies and adversaries — whether it is in cyberspace or against emerging threats from new technologies.

Despite our progress in reforming homeland security for a new age, I have determined that it is the right time for me to step aside. I hope that the next Secretary will have the support of Congress and the courts in fixing the laws which have impeded our ability to fully secure America's borders and which have contributed to discord in our nation's discourse. Our country - and the men and women of DHS - deserve to have all the tools and resources they need to execute the mission entrusted to them.

I can say with confidence our homeland is safer today than when I joined the Administration. We have taken unprecedented action to protect Americans. We have implemented historic efforts to defend our borders, combat illegal immigration, obstruct

*Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

the inflow of drugs, and uphold our laws and values. We have responded decisively to record-breaking natural disasters and helped Americans rebuild. We have prevented the disruption of U.S. elections and guarded against foreign interference in our democracy. We have replaced complacency with consequences in cyberspace, we are holding digital intruders accountable, and we are stepping up our protection of American networks. We have thwarted terrorist plotting against our homeland and launched new efforts to block terrorists and criminals from reaching our shores. And we have ramped up security measures to make it harder for our enemies and adversaries to attack us, whether it is with drones, chemical and biological weapons, or through other means.

Thank you again for the privilege to serve the American people and to lead the outstanding men and women of the Department of Homeland Security. Supporting these patriots has been the honor of a lifetime.

Sincerely,

Kirstjen M. Nielsen

Secretary of Homeland Security

# EXHIBIT 7



Donald J. Trump
@realDonaldTrump

....I am pleased to announce that Kevin McAleenan, the current U.S. Customs and Border Protection Commissioner, will become Acting Secretary for @DHSgov. I have confidence that Kevin will do a great job!

6:02 PM · Apr 7, 2019 · Twitter for iPhone

# EXHIBIT 8



Secretary Kirstjen M. Nielsen
@SecNielsen

I have agreed to stay on as Secretary through Wednesday, April 10th to assist with an orderly transition and ensure that key DHS missions are not impacted.

10:36 PM · Apr 7, 2019 · Twitter Web Client

# EXHIBIT 9

*Office of the General Counsel*
**U.S. Department of Homeland Security**
Washington, DC 20528

April 9, 2019

**MEMORANDUM FOR THE SECRETARY**

**FROM**: John M. Mitnick
General Counsel

**SUBJECT**: Designation of an Order of Succession for the Secretary

**Summary**: Pursuant to your authority set forth in section 113 of title 6, United States Code, you have expressed your desire to designate certain officers of the Department of Homeland Security (DHS) in order of succession to serve as Acting Secretary. Your approval of the attached document will accomplish such designation.

**Discussion**: [redacted]

[redacted]

The redacted information contains attorney-client communications and attorney work product which is privileged and not subject to disclosure.

**Action**: By approving the attached document, you will designate your desired order of succession for the Secretary of Homeland Security in accordance with your authority pursuant to Section 113(g)(2) of title 6, United States Code.

Approve/date____________________ Disapprove/date____________________

Modify/date ____________________ Needs discussion/date____________________

Attachment: Annex A

**Amending the Order of Succession in the Department of Homeland Security**

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Annex A of DHS Orders of Succession and Delegations of Authorities for Named Positions, Delegation No. 00106, is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A. Order for Delegation of Authority by the Secretary of the Department of Homeland Security.

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of U.S. Customs and Border Protection;

4. Administrator of the Federal Emergency Management Agency;

5. Director of the Cybersecurity and Infrastructure Security Agency;

6. Under Secretary for Science and Technology;

7. Under Secretary for Intelligence and Analysis

8. Administrator of the Transportation Security Administration;

9. Director of U.S. Immigration and Customs Enforcement;

10. Director of U.S. Citizenship and Immigration Services;

11. Under Secretary for Strategy, Policy, and Plans;

12. General Counsel;

13. Deputy Under Secretary for Management;

14. Deputy Commissioner of U.S. Customs and Border Protection;

15. Deputy Administrator of the Transportation Security Administration;

16. Deputy Director of U.S. Immigration and Customs Enforcement;

17. Deputy Director of U.S. Citizenship and Immigration Services;

18. Director of the Federal Law Enforcement Training Center.

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

# EXHIBIT 10

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.5**
**Issue Date: 12/15/2016**
**Updated Date: 04/10/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I.  Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II.  Succession Order/Delegation

A.  In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B.  I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.  The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D.  I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E. In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President. The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998. If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F. For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G. Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I. Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H. The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation. Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

**I.** Each Annex may be updated separately. A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary. At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J. The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

## III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

## IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.5, 04/10/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.5, 04/10/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Commissioner of U.S. Customs and Border Protection
4. Administrator of the Federal Emergency Management Agency
5. Director of the Cybersecurity and Infrastructure Security Agency
6. Under Secretary for Science and Technology
7. Under Secretary for Intelligence and Analysis
8. Administrator of the Transportation Security Administration
9. Director of U.S. Immigration and Customs Enforcement
10. Director of U.S. Citizenship and Immigration Services
11. Under Secretary for Strategy, Policy, and Plans
12. General Counsel
13. Deputy Under Secretary for Management
14. Deputy Commissioner of U.S. Customs and Border Protection
15. Deputy Administrator of the Transportation Security Administration
16. Deputy Director of U.S. Immigration and Customs Enforcement
17. Deputy Director of U.S. Citizenship and Immigration Services
18. Director of the Federal Law Enforcement Training Centers

ANNEX B
ISSUE DATE: 04/10/2019 APPROVAL: 04/10/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Deputy Secretary, Office of the** | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Administrator, Transportation Security Administration | S |
| 4 | Administrator, Federal Emergency Management Agency | S |
| 5 | Under Secretary, National Programs and Protection Directorate | S |
| 6 | Under Secretary, Science and Technology | S |
| 7 | Under Secretary, Intelligence and Analysis | S |
| 8 | Commissioner, U.S. Customs and Border Protection | S |
| 9 | Director, U.S. Immigration and Customs Enforcement | S |
| 10 | Director, U.S. Citizenship and Immigration Services | S |
| 11 | Under Secretary, Office of Strategy, Policy, and Plans | S |
| 12 | General Counsel | S |
| 13 | Deputy Under Secretary for Management | C |
| 14 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 15 | Deputy Administrator, Transportation Security Administration | C |
| 16 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 17 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 18 | Director, Federal Law Enforcement Training Centers | C |

ANNEX C
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Citizenship and Immigration Services Ombudsman** | | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

ANNEX D
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services, United States** | |
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Associate Director, Management Directorate | C |
| 4 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 5 | Associate Director, Service Center Operations Directorate | C |
| 6 | Associate Director, Field Operations Directorate | C |
| 7 | Director, National Benefits Center | C |

ANNEX E
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Civil Rights and Civil Liberties, Office for** | |
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Executive Officer | C |

ANNEX F
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Coast Guard, United States** | | |
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Countering Weapons of Mass Destruction Office** | |
| 1 | Assistant Secretary | P |
| 2 | Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Director, Domestic Nuclear Detection Office | C |
| 5 | Deputy Director, Office of Health Affairs | C |

ANNEX H
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Customs and Border Protection, United States** | |
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Executive Assistant Commissioner, Office of Field Operations | C |
| 4 | Chief, U.S. Border Patrol | C |
| 5 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 6 | Executive Assistant Commissioner, Trade | C |
| 7 | Executive Assistant Commissioner, Operations Support | C |
| 8 | Executive Assistant Commissioner, Enterprise Services | C |

ANNEX I
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Executive Secretariat** | |
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

ANNEX J
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Emergency Management Agency** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

ANNEX K
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Law Enforcement Training Centers** | |
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

ANNEX L
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | | Career Status |
|---|---|---|---|
| **General Counsel, Office of the** | | | |
| 1 | General Counsel | | S |
| 2 | Principal Deputy General Counsel* | | C |
| 3 | Deputy General Counsel | [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | | C |
| 7 | Associate General Counsel, Operations and Enforcement | | C |
| 8 | Associate General Counsel, General Law | | C |
| 9 | Chief Counsel, Transportation Security Administration | | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | | C |

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

ANNEX M
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Immigration and Customs Enforcement, United States** | |
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

ANNEX N
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Inspector General, Office of** | |
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

ANNEX O
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Intelligence and Analysis, Office of** | | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

ANNEX P
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Legislative Affairs, Office of** | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

ANNEX Q
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Management Directorate** | | |
| 1 | Under Secretary for Management | S |
| 2 | Deputy Under Secretary for Management* | C |
| 3 | Chief Financial Officer | S |
| 4 | Chief Information Officer | P |
| 5 | Chief Human Capital Officer | C |
| 6 | Chief Procurement Officer | C |
| 7 | Chief Readiness Support Officer | C |
| 8 | Chief Security Officer | C |
| 9 | Chief of Staff | C |
| 10 | Deputy Director, Federal Law Enforcement Training Center | C |

ANNEX R
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **National Protection and Programs Directorate** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX S
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Operations Coordination, Office of** | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

ANNEX T
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Partnership and Engagement, Office of** | |
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

ANNEX U
ISSUE DATE: 2/15/2019 APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Strategy, Policy, & Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

Case 8:20-cv-02118-PX Document 41-2 Filed 08/03/20 Page 32 of 45

ANNEX V
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Privacy Officer, Chief** | |
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

ANNEX W
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Public Affairs, Office of** | | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4 | Deputy Assistant Secretary for Strategic Communications | N |
| 5 | Director of Communications | N |
| 6 | Chief of Staff | C |
| 7 | Director, Incident Communications | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Science and Technology** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

ANNEX Y
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Secret Service, United States** | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Transportation Security Administration** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

ANNEX AA
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Chief Financial Officer (DHS)** | | |
| 1 | Chief Financial Officer | S |
| 2 | Deputy Chief Financial Officer* | C |

AA-1

Delegation # 00106
Revision # 06

Case 8:20-cv-02118-PX Document 41-2 Filed 08/03/20 Page 38 of 45

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| | **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | |
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

ANNEX AC
ISSUE DATE: 09/14/2016 APPROVAL: 09/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| | **Protection and National Preparedness (FEMA)** | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

# EXHIBIT 11

**Office of the General Counsel**
**Department of Homeland Security**
Washington, DC 20528

Homeland
Security

APR 1 1 2019

The Honorable Michael R. Pence
President of the Senate
S-212, Capitol Building
Washington, DC 20510

Re: Federal Vacancies Reform Act Submissions

Dear Mr. Vice President:

On behalf of the Department, I submit forms for a *vacancy and designation of an acting officer* for positions that are covered by the Federal Vacancies Reform Act of 1998, Pub. L. No. 105-277 as codified in 5 U.S.C. § 3345 *et seq*.

Should you have any questions or otherwise require agency contact in this matter, please contact Mr. Leo Boucher at (202) 447-3623 or via email at leo.boucher@hq.dhs.gov.

Sincerely,

Neal J. Swartz
Associate General Counsel for General Law

Attachments:
Vacancy and Designation of an acting officer, DHS - Secretary

# Submission Under the Federal Vacancies Reform Act

**Addressees**

● President of the United States Senate   ○ Speaker of the U.S. House of Representatives   ○ Comptroller General of the United States

**This Report Provides Notification of:**

● Vacancy   ● Designation of acting officer   ○ Nomination   ○ Action on nomination

○ Change in previously submitted reported information   ○ Discontinuation of service in acting role (date: ______________)

Name of Department or Agency and Any Suborganization

U.S. Department of Homeland Security, Office of the Secretary

| Vacancy Title | | Date Vacancy Began |
|---|---|---|
| Secretary | | 04/10/19 |
| **Name of Acting Officer** | **Date Service Began** | **Authority for Acting Designation if Other Than Vacancies Act** |
| Kevin K. McAleenan | 04/11/19 | 6 U.S.C. § 113(g)(2) |

| Name of Nominee for Position | Date Nomination Submitted |
|---|---|
| | |

Action on Nomination: ○ Confirmed ○ Rejected, withdrawn, returned   Date of Action

**Agency Contact**

Name and Title

Leo E. Boucher III, Asst. General Counsel, Administrative Law, General Law Division

Contact's Address

Department of Homeland Security

| Contact's Phone Number | Contact's E-Mail Address |
|---|---|
| (202) 447-3623 | leo.boucher@hq.dhs.gov |

**Submitted By**

| Name and Title | Telephone Number |
|---|---|
| Neal J. Swartz, Associate General Counsel for General Law | (202) 282-8377 |
| **Signature** | **Date** |
| [signature] | APR 1 1 2019 |

**For Congressional Use Only**

Committee of Jurisdiction

Date Received

**For GAO Use Only**

GAO Control Number

2/8/00

# EXHIBIT 12

**Amendment to the Order of Succession for the Secretary of Homeland Security**

Section II.A of DHS Delegation No. 00106, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, is amended hereby to state as follows: "In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A."

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security by amending Annex A of DHS *Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106. Annex A is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A, Order for Delegation of Authority by the Secretary of the Department of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of the U.S. Customs and Border Protection;

4. Under Secretary for Strategy, Policy, and Plans;

5. Administrator and Assistant Secretary of the Transportation Security Administration;

6. Administrator of the Federal Emergency Management Agency;

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

Dated: 11/08/19

Kevin K. McAleenan
Acting Secretary of Homeland Security

# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASA DE MARYLAND, INC., *et al.*,

Plaintiffs,

v.

CHAD F. WOLF, *et al.*,

Defendants.

Civil Action No. 8:20-cv-2118

**DECLARATION OF JULIANA BLACKWELL**

I, Juliana Blackwell, make the following declaration.

1. I am the Deputy Executive Secretary, within the Office of the Executive Secretary, U.S. Department of Homeland Security (DHS). I have worked in this office since February 2007. I am responsible for maintaining official documents approved or signed by the Secretary and Deputy Secretary of Homeland Security. I also know when a Secretary of Homeland Security vacates the office, and when a new Secretary of Homeland Security begins service as the Secretary. This declaration is based on my personal knowledge and on information that I reviewed in the course of my official duties as an employee of DHS.

2. The document, attached as Exhibit 1, is a true and correct copy of DHS Delegation Number 00106, Revision Number 08.5 titled "DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS", issued December 15, 2016, and updated April 10, 2019.

3. The document, attached as Exhibit 2, is a true and correct copy of DHS Delegation Number 00106, Revision Number 08.6 titled "DHS ORDERS OF SUCCESSION AND

DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS", issued December 15, 2016, and updated November 14, 2019.

4. The document, attached as Exhibit 3, is a true and correct copy of a memorandum titled "Designation of an Order of Succession for the Secretary", issued by then General Counsel John M. Mitnick and dated April 9, 2019, signed by then Secretary Kirstjen Nielsen on April 9, 2019.

5. The document, attached as Exhibit 4, is a true and correct copy of the "Amendment to the Order of Succession for the Secretary of Homeland Security" issued by then Acting Secretary Kevin K. McAleenan and dated November 8, 2019.

6. Kirstjen Nielsen was confirmed as the Secretary of Homeland Security on December 5, 2017 and remained as the Secretary until she vacated the position on April 10, 2019.

7. Kevin K. McAleenan resigned as Acting Secretary of Homeland Security on November 13, 2019.

In accordance with 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of August, 2020 in Washington, D.C.

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.5**
**Issue Date: 12/15/2016**
**Updated Date: 04/10/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I. Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II. Succession Order/Delegation

A. In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B. I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C. The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D. I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E. In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President. The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998. If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F. For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G. Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I. Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H. The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation. Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

**I.** Each Annex may be updated separately. A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary. At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J. The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

## III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

## IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.5, 04/10/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.5, 04/10/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Commissioner of U.S. Customs and Border Protection
4. Administrator of the Federal Emergency Management Agency
5. Director of the Cybersecurity and Infrastructure Security Agency
6. Under Secretary for Science and Technology
7. Under Secretary for Intelligence and Analysis
8. Administrator of the Transportation Security Administration
9. Director of U.S. Immigration and Customs Enforcement
10. Director of U.S. Citizenship and Immigration Services
11. Under Secretary for Strategy, Policy, and Plans
12. General Counsel
13. Deputy Under Secretary for Management
14. Deputy Commissioner of U.S. Customs and Border Protection
15. Deputy Administrator of the Transportation Security Administration
16. Deputy Director of U.S. Immigration and Customs Enforcement
17. Deputy Director of U.S. Citizenship and Immigration Services
18. Director of the Federal Law Enforcement Training Centers

ANNEX B
ISSUE DATE: 04/10/2019 APPROVAL: 04/10/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Deputy Secretary, Office of the** | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Administrator, Transportation Security Administration | S |
| 4 | Administrator, Federal Emergency Management Agency | S |
| 5 | Under Secretary, National Programs and Protection Directorate | S |
| 6 | Under Secretary, Science and Technology | S |
| 7 | Under Secretary, Intelligence and Analysis | S |
| 8 | Commissioner, U.S. Customs and Border Protection | S |
| 9 | Director, U.S. Immigration and Customs Enforcement | S |
| 10 | Director, U.S. Citizenship and Immigration Services | S |
| 11 | Under Secretary, Office of Strategy, Policy, and Plans | S |
| 12 | General Counsel | S |
| 13 | Deputy Under Secretary for Management | C |
| 14 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 15 | Deputy Administrator, Transportation Security Administration | C |
| 16 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 17 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 18 | Director, Federal Law Enforcement Training Centers | C |

ANNEX C
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Citizenship and Immigration Services Ombudsman** | | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

ANNEX D
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services, United States** | |
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Associate Director, Management Directorate | C |
| 4 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 5 | Associate Director, Service Center Operations Directorate | C |
| 6 | Associate Director, Field Operations Directorate | C |
| 7 | Director, National Benefits Center | C |

ANNEX E
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Civil Rights and Civil Liberties, Office for** | | |
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Executive Officer | C |

ANNEX F
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Coast Guard, United States** | | |
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

Delegation # 00106
Revision # 06

ANNEX G
ISSUE DATE: 05/21/2018 APPROVAL: 05/21/2018

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Countering Weapons of Mass Destruction Office** | |
| 1 | Assistant Secretary | P |
| 2 | Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Director, Domestic Nuclear Detection Office | C |
| 5 | Deputy Director, Office of Health Affairs | C |

ANNEX H
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Customs and Border Protection, United States** | |
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Executive Assistant Commissioner, Office of Field Operations | C |
| 4 | Chief, U.S. Border Patrol | C |
| 5 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 6 | Executive Assistant Commissioner, Trade | C |
| 7 | Executive Assistant Commissioner, Operations Support | C |
| 8 | Executive Assistant Commissioner, Enterprise Services | C |

ANNEX I
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Executive Secretariat** | | |
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

ANNEX J
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Emergency Management Agency** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

ANNEX K
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Law Enforcement Training Centers** | |
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

ANNEX L
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | | Career Status |
|---|---|---|---|
| **General Counsel, Office of the** | | | |
| 1 | General Counsel | | S |
| 2 | Principal Deputy General Counsel* | | C |
| 3 | Deputy General Counsel | [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | | C |
| 7 | Associate General Counsel, Operations and Enforcement | | C |
| 8 | Associate General Counsel, General Law | | C |
| 9 | Chief Counsel, Transportation Security Administration | | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | | C |

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

ANNEX M
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Immigration and Customs Enforcement, United States** | |
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

ANNEX N
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Inspector General, Office of** | |
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

Case 8:20-cv-02118-PX Document 41-1 Filed 08/03/20 Page 21 of 71

ANNEX O
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Intelligence and Analysis, Office of** | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

ANNEX P
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Legislative Affairs, Office of** | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

ANNEX Q
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Management Directorate** | |
| 1 | Under Secretary for Management | S |
| 2 | Deputy Under Secretary for Management* | C |
| 3 | Chief Financial Officer | S |
| 4 | Chief Information Officer | P |
| 5 | Chief Human Capital Officer | C |
| 6 | Chief Procurement Officer | C |
| 7 | Chief Readiness Support Officer | C |
| 8 | Chief Security Officer | C |
| 9 | Chief of Staff | C |
| 10 | Deputy Director, Federal Law Enforcement Training Center | C |

ANNEX R
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **National Protection and Programs Directorate** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX S
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Operations Coordination, Office of** | | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

ANNEX T
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Partnership and Engagement, Office of** | |
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

ANNEX U
ISSUE DATE: 2/15/2019 APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Strategy, Policy, & Plans, Office of** | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

ANNEX V
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Privacy Officer, Chief** | |
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

ANNEX W
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Public Affairs, Office of** | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4 | Deputy Assistant Secretary for Strategic Communications | N |
| 5 | Director of Communications | N |
| 6 | Chief of Staff | C |
| 7 | Director, Incident Communications | C |

ANNEX X
ISSUE DATE: 1/19/2017 APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Science and Technology** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

ANNEX Y
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Secret Service, United States** | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Transportation Security Administration** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

ANNEX AA
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| **Chief Financial Officer (DHS)** | | |
| 1 | Chief Financial Officer | S |
| 2 | Deputy Chief Financial Officer* | C |

ANNEX AB
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| | **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | |
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.6**
**Issue Date: 12/15/2016**
**Updated Date: 11/14/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I. Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II. Succession Order/Delegation

A. In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A.

B. I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C. The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D. I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E. In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President. The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998. If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F. For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G. Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I. Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H. The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation. Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

**I.** Each Annex may be updated separately. A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary. At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J. The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

C. Title 6, U.S.C., § 113(g) (Other Officers)

# IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.6, 11/08/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.6, 11/13/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 08.6, 06/10/2019 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 08.6, 11/14/2019 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Commissioner of U.S. Customs and Border Protection
4. Under Secretary for Strategy, Policy, and Plans
5. Administrator and Assistant Secretary of the Transportation Security Administration
6. Administrator of the Federal Emergency Management Agency

ANNEX B
ISSUE DATE: 11/13/2019 APPROVAL: 11/13/2019

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Deputy Secretary, Office of the** | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Principal Deputy Director, U.S. Citizenship and Immigration Services | N |
| 4 | Administrator, Transportation Security Administration | S |
| 5 | Administrator, Federal Emergency Management Agency | S |
| 6 | Director, Cybersecurity and Infrastructure Agency | S |
| 7 | Under Secretary, Science and Technology | S |
| 8 | Under Secretary, Intelligence and Analysis | S |
| 9 | Commissioner, U.S. Customs and Border Protection | S |
| 10 | Director, U.S. Immigration and Customs Enforcement | S |
| 11 | Director, U.S. Citizenship and Immigration Services | S |
| 12 | Under Secretary, Office of Strategy, Policy, and Plans | S |
| 13 | General Counsel | S |
| 14 | Deputy Under Secretary for Management | C |
| 15 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 16 | Deputy Administrator, Transportation Security Administration | C |
| 17 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 18 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 19 | Director, Federal Law Enforcement Training Centers | C |

ANNEX C
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services Ombudsman** | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

ANNEX D
ISSUE DATE: 06/10/2019 APPROVAL: 06/10/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services, United States** | |
| 1 | Director | S |
| 2 | Principal Deputy Director* | N |
| 3 | Deputy Director | C |
| 4 | Associate Director, Management Directorate | C |
| 5 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 6 | Associate Director, Service Center Operations Directorate | C |
| 7 | Associate Director, Field Operations Directorate | C |
| 8 | Director, National Benefits Center | C |

ANNEX E
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Civil Rights and Civil Liberties, Office for** | | |
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Executive Officer | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Coast Guard, United States** | | |
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

Case 8:20-cv-02118-PX Document 41-1 Filed 08/03/20 Page 46 of 71

ANNEX G
ISSUE DATE: 05/21/2018 APPROVAL: 05/21/2018

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Countering Weapons of Mass Destruction Office** | |
| 1 | Assistant Secretary | P |
| 2 | Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Director, Domestic Nuclear Detection Office | C |
| 5 | Deputy Director, Office of Health Affairs | C |

ANNEX H
ISSUE DATE: 11/14/2019 APPROVAL: 11/14/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Customs and Border Protection, United States** | |
| 1 | Commissioner | S |
| 2 | Chief Operations Officer* | N |
| 3 | Deputy Commissioner | C |
| 4 | Executive Assistant Commissioner, Office of Field Operations | C |
| 5 | Chief, U.S. Border Patrol | C |
| 6 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 7 | Executive Assistant Commissioner, Trade | C |
| 8 | Executive Assistant Commissioner, Operations Support | C |
| 9 | Executive Assistant Commissioner, Enterprise Services | C |

ANNEX I
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Executive Secretariat** | | |
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

ANNEX J
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Federal Emergency Management Agency** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

J-1

Delegation # 00106
Revision # 06

ANNEX K
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Law Enforcement Training Centers** | |
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

ANNEX L
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | | Career Status |
|---|---|---|---|
| **General Counsel, Office of the** | | | |
| 1 | General Counsel | | S |
| 2 | Principal Deputy General Counsel* | | C |
| 3 | Deputy General Counsel | [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | | C |
| 7 | Associate General Counsel, Operations and Enforcement | | C |
| 8 | Associate General Counsel, General Law | | C |
| 9 | Chief Counsel, Transportation Security Administration | | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | | C |

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

ANNEX M
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Immigration and Customs Enforcement, United States** | |
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

ANNEX N
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Inspector General, Office of** | |
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

ANNEX O
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Intelligence and Analysis, Office of** | | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

ANNEX P
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Legislative Affairs, Office of** | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

ANNEX Q
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Management Directorate** | |
| 1 | Under Secretary for Management | S |
| 2 | Deputy Under Secretary for Management* | C |
| 3 | Chief Financial Officer | S |
| 4 | Chief Information Officer | P |
| 5 | Chief Human Capital Officer | C |
| 6 | Chief Procurement Officer | C |
| 7 | Chief Readiness Support Officer | C |
| 8 | Chief Security Officer | C |
| 9 | Chief of Staff | C |
| 10 | Deputy Director, Federal Law Enforcement Training Center | C |

ANNEX R
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **National Protection and Programs Directorate** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX S
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Operations Coordination, Office of** | | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

ANNEX T
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Partnership and Engagement, Office of** | |
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

ANNEX U
ISSUE DATE: 2/15/2019 APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Strategy, Policy, & Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

ANNEX V
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Privacy Officer, Chief** | | |
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

V-1

Delegation # 00106
Revision # 06

ANNEX W
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Public Affairs, Office of** | | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4 | Deputy Assistant Secretary for Strategic Communications | N |
| 5 | Director of Communications | N |
| 6 | Chief of Staff | C |
| 7 | Director, Incident Communications | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Science and Technology** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

ANNEX Y
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Secret Service, United States** | | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Transportation Security Administration** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

ANNEX AA
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Chief Financial Officer (DHS)** | | |
| 1 | Chief Financial Officer | S |
| 2 | Deputy Chief Financial Officer* | C |

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | | |
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

ANNEX AC
ISSUE DATE: 09/14/2016 APPROVAL: 09/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

*Office of the General Counsel*
**U.S. Department of Homeland Security**
Washington, DC 20528

April 9, 2019

**MEMORANDUM FOR THE SECRETARY**

**FROM**: John M. Mitnick
General Counsel

**SUBJECT**: Designation of an Order of Succession for the Secretary

**Summary**: Pursuant to your authority set forth in section 113 of title 6, United States Code, you have expressed your desire to designate certain officers of the Department of Homeland Security (DHS) in order of succession to serve as Acting Secretary. Your approval of the attached document will accomplish such designation.

**Discussion**:

The redacted information contains attorney-client communications and attorney work product which is privileged and not subject to disclosure.

**Action**: By approving the attached document, you will designate your desired order of succession for the Secretary of Homeland Security in accordance with your authority pursuant to Section 113(g)(2) of title 6, United States Code.

Approve/date________________________ Disapprove/date________________________

Modify/date ________________________ Needs discussion/date____________________

Attachment: Annex A

**Amending the Order of Succession in the Department of Homeland Security**

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Annex A of DHS Orders of Succession and Delegations of Authorities for Named Positions, Delegation No. 00106, is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A. Order for Delegation of Authority by the Secretary of the Department of Homeland Security.

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of U.S. Customs and Border Protection;

4. Administrator of the Federal Emergency Management Agency;

5. Director of the Cybersecurity and Infrastructure Security Agency;

6. Under Secretary for Science and Technology;

7. Under Secretary for Intelligence and Analysis

8. Administrator of the Transportation Security Administration;

9. Director of U.S. Immigration and Customs Enforcement;

10. Director of U.S. Citizenship and Immigration Services;

11. Under Secretary for Strategy, Policy, and Plans;

12. General Counsel;

13. Deputy Under Secretary for Management;

14. Deputy Commissioner of U.S. Customs and Border Protection;

15. Deputy Administrator of the Transportation Security Administration;

16. Deputy Director of U.S. Immigration and Customs Enforcement;

17. Deputy Director of U.S. Citizenship and Immigration Services;

18. Director of the Federal Law Enforcement Training Center.

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

**Amendment to the Order of Succession for the Secretary of Homeland Security**

Section II.A of DHS Delegation No. 00106, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, is amended hereby to state as follows: "In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A."

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security by amending Annex A of DHS *Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106. Annex A is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A, Order for Delegation of Authority by the Secretary of the Department of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of the U.S. Customs and Border Protection;

4. Under Secretary for Strategy, Policy, and Plans;

5. Administrator and Assistant Secretary of the Transportation Security Administration;

6. Administrator of the Federal Emergency Management Agency;

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

Dated: 11/08/19

Kevin K. McAleenan
Acting Secretary of Homeland Security

# EXHIBIT 14

5/24/2021 Case 1:20-cv-03815-BAH Document 25-4 Filed 06/09/21 Page 216 of 349
Leadership | Homeland Security

The Wayback Machine - https://web.archive.org/web/20191113112609/https://www.dhs.gov/leadership

Official website of the Department of Homeland Security

Contact Us | Quick Links | Site Map | A-Z Index

U.S. DEPARTMENT OF HOMELAND SECURITY

Topics
News
Leadership
The Secretary
In Focus
How Do I?
Get Involved
About DHS

Enter Search Term
On DHS.gov

> About DHS > Leadership

Leadership
The Secretary

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary (acting), Kevin K. McAleenan | Secretary's Corner
  - Deputy Secretary (vacant), David P. Pekoske, Senior Official Performing the Duties of the Deputy Secretary
  - Chief of Staff (acting), Brandon Wales
  - Executive Secretary (acting), Juliana Blackwell
  - General Counsel (acting), Joseph B. Maher
  - Military Advisor, Rear Admiral Brendan C. McPherson

- Under Secretary, Management (vacant), Randolph D. "Tex" Alles, Senior Official Performing the Duties of the Under Secretary for Management
  - Deputy Under Secretary for Management, Randolph D. "Tex" Alles
  - Chief Financial Officer (acting), Stacy Marcott

https://web.archive.org/web/20191113112609/https://www.dhs.gov/leadership 1/6

- Chief Human Capital Officer, Angela Bailey
- Chief Information Officer, Dr. John A. Zangardi
- Chief Procurement Officer, Soraya Correa
- Chief Readiness Support Officer, Tom Chaleki
- Chief Security Officer, Richard D. McComb
- Executive Director, Office of Program Accountability and Risk Management, Debra Cox
- Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon
- Director, Federal Protective Service (FPS), L. Eric Patterson

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy

- Under Secretary, Office of Strategy, Policy, and Plans (vacant), Chad Wolf, Senior Official Performing the Duties of the Under Secretary, Office of Strategy, Policy, and Plans
  - Deputy Under Secretary, James W. McCament
  - Assistant Secretary, International Affairs, Valerie Boyd
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Bryan Ware
  - Assistant Secretary, Border, Immigration, and Trade Policy, Scott Glabe
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf

- Director, U.S. Citizenship and Immigration Services (acting), Ken Cuccinelli
  - Deputy Director, U.S. Citizenship and Immigration Services, Mark Koumans

- Commandant, U.S. Coast Guard, Admiral Karl L. Schultz
  - Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray

- Commissioner, U.S. Customs and Border Protection, Kevin K. McAleenan (currently serving as Acting Secretary, Department of Homeland Security)
  - Chief Operating Officer and Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection, Mark A. Morgan
  - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs
  - Deputy Director, Matthew Travis
  - Assistant Director for Cybersecurity Division (CSD), Jeanette Manfra
  - Assistant Director for Infrastructure Security Division (ISD), Brian Harrell
  - Assistant Director for Emergency Communications (ECD), Ronald Hewitt
  - Assistant Director, National Risk Management Center (NRMC), Bob Kolasky

- Administrator, Federal Emergency Management Agency (acting), Pete T. Gaynor
  - Deputy Administrator, Pete T. Gaynor
  - Deputy Administrator for Resilience, Daniel Kaniewski
  - U.S. Fire Administrator, Keith Bryant

- Director, Federal Law Enforcement Training Centers,
  Thomas J. Walters
  - Deputy Director, Federal Law Enforcement Training
    Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE),
  (vacant), Matthew T. Albence, Senior Official Performing
  the Duties of the Director, U.S. Immigration and Customs
  Enforcement
  - Deputy Director, Matthew T. Albence

- Director, U.S. Secret Service, James M. Murray
  - Deputy Director, U.S. Secret Service, Leonza "Leon"
    Newsome III

- Administrator, Transportation Security Administration,
  David P. Pekoske
  - Deputy Administrator (acting), Transportation
    Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass
  Destruction Office (acting), Gary Rasicot
  - Principal Deputy Assistant Secretary, Countering
    Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine M.
  Ciccone
  - Deputy Assistant Secretary, David Wonnenberg
    (Senate)
  - Deputy Assistant Secretary, Uyen Dinh (House)

- Assistant Secretary, Office of Partnership and Engagement,
  John H. Hill
  - Deputy Assistant Secretary, Office for State and
    Local Law Enforcement, Brian Dorow

- Deputy Assistant Secretary, Intergovernmental Affairs, Cherie N. Short
- Deputy Assistant Secretary, Private Sector Office, Matt Hayden
- Executive Director, Homeland Security Advisory Council, Matt Hayden
- Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
- Director, Committee Management Office, Traci Silas

- Assistant Secretary, Office of Public Affairs (acting), Heather N. Swift
  - Deputy Assistant Secretary, Media Operations, Vacant
  - Deputy Assistant Secretary, Strategic Communications, Michael Bars

- Executive Director, Joint Requirements Council, Joseph D. Wawro
- Director, Operations Coordination, Christopher J. Tomney
- Chief Privacy Officer (acting), Jonathan Cantor
- Citizenship and Immigration Services Ombudsman, Michael T. Dougherty
- Officer for Civil Rights & Civil Liberties, Cameron Quinn
- Inspector General, Joseph V. Cuffari

Last Published Date: November 8, 2019

Was this page helpful?

○ Yes ○ No

Submit

> About DHS > Leadership

Topics Get Involved How Do I? News About DHS Site Links

DHS Components Accountability Privacy FOIA No Fear Act Accessibility Plain Writing Plug-ins Inspector General The White House USA.gov

# EXHIBIT 15



Official website of the Department of Homeland Security

U.S. Department of
Homeland Security

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

# Chad Wolf Confirmed as Under Secretary of Homeland Security Office of Strategy, Policy, and Plans

**Release Date:** November 13, 2019

WASHINGTON- Today the United States Senate confirmed Chad F. Wolf to become the Under Secretary of the Department of Homeland Security (DHS) Office of Strategy, Policy, and Plans (PLCY) with a bipartisan vote of 54-41. President Donald J. Trump nominated Wolf to the position in February 2019. Under Secretary Wolf has served at the Department in various senior leadership positions since its inception and he brings more than 20 years of experience in the government and private sector to the position.

"I want to thank the President for nominating me to this critical position and for the U.S. Senate for taking action. I have served the Department since inauguration day and am honored to serve as the first Under Secretary for Policy," said Under Secretary Wolf. "I am continually inspired by the tireless and exemplary work of the men and women of the Office of Policy in support of the Department's mission."

Topics: Homeland Security Enterprise (/topics/homeland-security-enterprise)

Keywords: Planning (/keywords/planning) , Policy (/keywords/policy) , Strategy (/keywords/strategy)

Last Published Date: November 13, 2019

# EXHIBIT 16



Official website of the Department of Homeland Security

U.S. Department of
Homeland Security

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

# Chad F. Wolf

*Chad F. Wolf*

On November 13, 2019, Chad F. Wolf was designated as the Acting Secretary of Homeland Security by President Donald J. Trump and was also confirmed as the first Under Secretary of the U.S. Department of Homeland Security's (DHS) Office of Strategy, Policy, and Plans (PLCY). Previously, he served as the Acting Under Secretary.

As the senior official for PLCY, Mr. Wolf leads the Department's policymaking process to develop and coordinate strategies and policies that advance the homeland security mission and protect the American public.

Since his selection by the President, Mr. Wolf has advanced many of the Administration's critical priorities across the entire homeland security mission. Mr. Wolf oversaw the completion of the recently released DHS Strategic Plan, which establishes the Department's long-term strategic goals and objectives to inform key leadership decisions. Additionally, he led several significant initiatives to counter international and domestic terrorism, prevent terrorist travel, safeguard the U.S. electoral process, and protect American trade interests. As part of his duties, Mr. Wolf led and coordinated the Department's engagement with international partners to protect American homeland security interests at home and abroad.

During his tenure, Mr. Wolf has made significant progress to strengthen U.S. border security, address the humanitarian crisis on the U.S. Southwest Border, and improve the integrity of the U.S. immigration system. As a result of these efforts, Mr. Wolf and his staff have implemented

policies that protect American communities from transnational criminal organizations and safeguard American workers.

With over 20 years of policy development and management experience in both the public and private sectors, Mr. Wolf is an effective leader and policymaker on a variety of complex issues. During the Trump Administration, he served as the Chief of Staff for the Transportation Security Administration (TSA), Deputy Chief of Staff and Chief of Staff for the Department. For his leadership and management of complex national issues, Mr. Wolf received the U.S. Secretary of Homeland Security Distinguished Service Medal. Shortly after the terrorist attack on September 11, 2001, Mr. Wolf served as the Assistant Administrator of Transportation Security Policy in which he played a leading role in establishing the Transportation Security Administration.

Beyond his service in the executive branch, Mr. Wolf served as Vice President and Senior Director at Wexler & Walker, a bipartisan public policy consultancy, and held staff positions in the U.S. Senate.

Mr. Wolf earned his Bachelor of Arts in History from Southern Methodist University, and holds a Master's Certificate in Government Contract Management from Villanova University.

Last Published Date: January 29, 2018

# EXHIBIT 17

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.6**
**Issue Date: 12/15/2016**
**Updated Date: 11/14/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I.    Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II.    Succession Order/Delegation

A.       In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A.

B.       I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.       The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D.       I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E. In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President. The individual serving in the position identified as the first to succeed is designated the “First Assistant” for the purposes of the Federal Vacancies Reform Act of 1998. If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F. For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G. Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I. Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H. The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation. Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

**I.** Each Annex may be updated separately. A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary. At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J. The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

C. Title 6, U.S.C., § 113(g) (Other Officers)

# IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.6, 11/08/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.6, 11/13/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 08.6, 06/10/2019 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 08.6, 11/14/2019 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Commissioner of U.S. Customs and Border Protection
4. Under Secretary for Strategy, Policy, and Plans
5. Administrator and Assistant Secretary of the Transportation Security Administration
6. Administrator of the Federal Emergency Management Agency

ANNEX B
ISSUE DATE: 11/13/2019 APPROVAL: 11/13/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Deputy Secretary, Office of the** | | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Principal Deputy Director, U.S. Citizenship and Immigration Services | N |
| 4 | Administrator, Transportation Security Administration | S |
| 5 | Administrator, Federal Emergency Management Agency | S |
| 6 | Director, Cybersecurity and Infrastructure Agency | S |
| 7 | Under Secretary, Science and Technology | S |
| 8 | Under Secretary, Intelligence and Analysis | S |
| 9 | Commissioner, U.S. Customs and Border Protection | S |
| 10 | Director, U.S. Immigration and Customs Enforcement | S |
| 11 | Director, U.S. Citizenship and Immigration Services | S |
| 12 | Under Secretary, Office of Strategy, Policy, and Plans | S |
| 13 | General Counsel | S |
| 14 | Deputy Under Secretary for Management | C |
| 15 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 16 | Deputy Administrator, Transportation Security Administration | C |
| 17 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 18 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 19 | Director, Federal Law Enforcement Training Centers | C |

ANNEX C
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services Ombudsman** | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

ANNEX D
ISSUE DATE: 06/10/2019 APPROVAL: 06/10/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigration Services, United States** | |
| 1 | Director | S |
| 2 | Principal Deputy Director* | N |
| 3 | Deputy Director | C |
| 4 | Associate Director, Management Directorate | C |
| 5 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 6 | Associate Director, Service Center Operations Directorate | C |
| 7 | Associate Director, Field Operations Directorate | C |
| 8 | Director, National Benefits Center | C |

ANNEX E
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Civil Rights and Civil Liberties, Office for** | |
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Executive Officer | C |

ANNEX F
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Coast Guard, United States** | |
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

ANNEX G
ISSUE DATE: 05/21/2018 APPROVAL: 05/21/2018

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Countering Weapons of Mass Destruction Office** | |
| 1 | Assistant Secretary | P |
| 2 | Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Director, Domestic Nuclear Detection Office | C |
| 5 | Deputy Director, Office of Health Affairs | C |

ANNEX H
ISSUE DATE: 11/14/2019 APPROVAL: 11/14/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Customs and Border Protection, United States** | | |
| 1 | Commissioner | S |
| 2 | Chief Operations Officer* | N |
| 3 | Deputy Commissioner | C |
| 4 | Executive Assistant Commissioner, Office of Field Operations | C |
| 5 | Chief, U.S. Border Patrol | C |
| 6 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 7 | Executive Assistant Commissioner, Trade | C |
| 8 | Executive Assistant Commissioner, Operations Support | C |
| 9 | Executive Assistant Commissioner, Enterprise Services | C |

ANNEX I
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Executive Secretariat** | | |
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

ANNEX J
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Federal Emergency Management Agency** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

ANNEX K
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Federal Law Enforcement Training Centers** | |
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

ANNEX L
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | | Career Status |
|---|---|---|---|
| **General Counsel, Office of the** | | | |
| 1 | General Counsel | | S |
| 2 | Principal Deputy General Counsel* | | C |
| 3 | Deputy General Counsel | [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel | [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | | C |
| 7 | Associate General Counsel, Operations and Enforcement | | C |
| 8 | Associate General Counsel, General Law | | C |
| 9 | Chief Counsel, Transportation Security Administration | | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | | C |

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

ANNEX M
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Immigration and Customs Enforcement, United States** | |
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

ANNEX N
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Inspector General, Office of** | |
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

ANNEX O
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Intelligence and Analysis, Office of** | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

ANNEX P
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Legislative Affairs, Office of** | | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

ANNEX Q
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Management Directorate** | | |
| 1 | Under Secretary for Management | S |
| 2 | Deputy Under Secretary for Management* | C |
| 3 | Chief Financial Officer | S |
| 4 | Chief Information Officer | P |
| 5 | Chief Human Capital Officer | C |
| 6 | Chief Procurement Officer | C |
| 7 | Chief Readiness Support Officer | C |
| 8 | Chief Security Officer | C |
| 9 | Chief of Staff | C |
| 10 | Deputy Director, Federal Law Enforcement Training Center | C |

ANNEX R
ISSUE DATE: 07/11/2017 APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **National Protection and Programs Directorate** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX S
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

## DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Operations Coordination, Office of** | | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

ANNEX T
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Partnership and Engagement, Office of** | |
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

ANNEX U
ISSUE DATE: 2/15/2019 APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Strategy, Policy, & Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

ANNEX V
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Privacy Officer, Chief** | |
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

V-1

Delegation # 00106
Revision # 06

ANNEX W
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Public Affairs, Office of** | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4 | Deputy Assistant Secretary for Strategic Communications | N |
| 5 | Director of Communications | N |
| 6 | Chief of Staff | C |
| 7 | Director, Incident Communications | C |

ANNEX X
ISSUE DATE: 1/19/2017 APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Science and Technology** | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

ANNEX Y
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Secret Service, United States** | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Transportation Security Administration** | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

ANNEX AA
ISSUE DATE: 9/14/2016 APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| | **Chief Financial Officer (DHS)** | |
| 1 | Chief Financial Officer | S |
| 2 | Deputy Chief Financial Officer* | C |

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| | Position | Career Status |
|---|---|---|
| | **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | |
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

# EXHIBIT 18

# PN860 — John Marshall Mitnick — Department of Homeland Security

115th Congress (2017-2018)

**Description**

John Marshall Mitnick, of Virginia, to be General Counsel, Department of Homeland Security, vice Stevan Eaton Bunnell.

**Organization**

Department of Homeland Security

**Latest Action**

02/15/2018 - Confirmed by the Senate by Voice Vote.

**Committee**

Senate Homeland Security and Governmental Affairs

Sort by Newest to Oldest

| Date | Senate Actions |
|---|---|
| 02/15/2018 | Confirmed by the Senate by Voice Vote. |
| 02/15/2018 | Considered by Senate. |
| 10/04/2017 | Placed on Senate Executive Calendar. Calendar No. 359. Subject to nominee's commitment to respond to requests to appear and testify before any duly constituted committee of the Senate. |
| 10/04/2017 | Reported by Senator Johnson, Committee on Homeland Security and Governmental Affairs, without printed report. |
| 10/04/2017 | Committee on Homeland Security and Governmental Affairs. Ordered to be reported favorably. |
| 10/03/2017 | Committee on Homeland Security and Governmental Affairs. Hearings held. Hearings printed: S.Hrg. 115-360. |
| 08/02/2017 | Received in the Senate and referred to the Committee on Homeland Security and Governmental Affairs. |

# EXHIBIT 19

Official website of the Department of Homeland Security

U.S. Department of
Homeland Security

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary (acting), Kevin K. McAleenan (/web/20190916031424/https://www.dhs.gov/person/kevin-k-mcaleenan) | Secretary's Corner (/web/20190916031424/https://www.dhs.gov/secretary)
  - Deputy Secretary (vacant), David P. Pekoske (https://web.archive.org/web/20190916031424/https://www.tsa.gov/leader-bios/administrator) , Senior Official Performing the Duties of the Deputy Secretary
  - Chief of Staff (acting), Brandon Wales
  - Executive Secretary, Christina G. Bobb (/web/20190916031424/https://www.dhs.gov/person/christina-bobb)
  - General Counsel, John M. Mitnick (/web/20190916031424/https://www.dhs.gov/person/john-m-mitnick)
  - Military Advisor, Rear Admiral Brendan C. McPherson (/web/20190916031424/https://www.dhs.gov/person/rear-admiral-brendan-c-mcpherson)

- Under Secretary, Management (acting), Randolph D. "Tex" Alles
  - Deputy Under Secretary for Management, Randolph D. "Tex" Alles (/web/20190916031424/https://www.dhs.gov/person/randolph-d-tex-alles)
  - Chief Financial Officer (acting), Stacy Marcott
  - Chief Human Capital Officer, Angela Bailey
  - Chief Information Officer, Dr. John A. Zangardi (/web/20190916031424/https://www.dhs.gov/person/dr-john-zangardi)
  - Chief Procurement Officer, Soraya Correa (/web/20190916031424/https://www.dhs.gov/person/soraya-correa)
  - Chief Readiness Support Officer, Tom Chaleki

- Chief Security Officer, Richard D. McComb (/web/20190916031424/https://www.dhs.gov/person/richard-d-mccomb)
- Executive Director, Office of Program Accountability and Risk Management, Debra Cox
- Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon (/web/20190916031424/https://www.dhs.gov/person/shonnie-r-lyon)

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe (/web/20190916031424/https://www.dhs.gov/person/david-j-glawe)
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy (/web/20190916031424/https://www.dhs.gov/person/brian-murphy)

- Under Secretary, Office of Strategy, Policy, and Plans (vacant), Chad Wolf, Senior Official Performing the Duties of the Under Secretary, Office of Strategy, Policy, and Plans
  - Deputy Under Secretary, James W. McCament (/web/20190916031424/https://www.dhs.gov/person/james-w-mccament)
  - Assistant Secretary, International Affairs, Dimple Shah (/web/20190916031424/https://www.dhs.gov/person/dimple-r-shah)
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Bryan Ware (/web/20190916031424/https://www.dhs.gov/person/bryan-s-ware)
  - Assistant Secretary, Border, Immigration, and Trade Policy, Michael Dougherty (/web/20190916031424/https://www.dhs.gov/person/michael-t-dougherty)
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann (/web/20190916031424/https://www.dhs.gov/person/elizabeth-neumann)
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf (/web/20190916031424/https://www.dhs.gov/person/chad-wolf)

- Director, U.S. Citizenship and Immigration Services (acting), Kenneth Cuccinelli
  - Deputy Director, U.S. Citizenship and Immigration Services (acting), Mark Koumans

- Commandant, U.S. Coast Guard, Admiral Karl L. Schultz (https://web.archive.org/web/20190916031424/https://www.uscg.mil/Leadership/Senior-Leadership/Commandant/)
  - Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray (https://web.archive.org/web/20190916031424/https://www.uscg.mil/Leadership/Senior-Leadership/Vice-Commandant/)

- Commissioner, U.S. Customs and Border Protection, Kevin K. McAleenan (https://web.archive.org/web/20190916031424/https://www.cbp.gov/about/leadership-organization/commissioner) (currently serving as Acting Secretary, Department of Homeland Security)
  - Chief Operating Officer and Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection, Mark A. Morgan (https://web.archive.org/web/20190916031424/https://www.cbp.gov/about/leadership-organization)
  - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez (https://web.archive.org/web/20190916031424/https://www.cbp.gov/about/leadership-organization/deputy-commissioner)

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs (/web/20190916031424/https://www.dhs.gov/person/christopher-c-krebs)
  - Deputy Director, Matthew Travis (/web/20190916031424/https://www.dhs.gov/person/matthew-travis)
  - Assistant Director for Cybersecurity Division (CSD), Jeanette Manfra (/web/20190916031424/https://www.dhs.gov/person/jeanette-manfra)
  - Assistant Director for Infrastructure Security Division (ISD), Brian Harrell (/web/20190916031424/https://www.dhs.gov/person/brian-harrell)
  - Assistant Director for Emergency Communications (ECD), Ronald Hewitt (/web/20190916031424/https://www.dhs.gov/person/ronald-t-hewitt)
  - Assistant Director, National Risk Management Center (NRMC), Bob Kolasky (/web/20190916031424/https://www.dhs.gov/person/bob-kolasky)
  - Assistant Director, Integrated Operations Division (IOD), John Felker (/web/20190916031424/https://www.dhs.gov/person/john-felker)
  - Assistant Director, Stakeholder Engagement Division (SED) (acting), Bradford Willke

- Director, Federal Protective Service (FPS), L. Eric Patterson (/web/20190916031424/https://www.dhs.gov/person/l-eric-patterson)

- Administrator, Federal Emergency Management Agency (acting), Pete T. Gaynor
  - Deputy Administrator, Pete T. Gaynor (https://web.archive.org/web/20190916031424/https://www.fema.gov/peter-gaynor)
  - Deputy Administrator for Resilience, Daniel Kaniewski (https://web.archive.org/web/20190916031424/https://www.fema.gov/daniel-kaniewski)
  - U.S. Fire Administrator, Keith Bryant (https://web.archive.org/web/20190916031424/https://www.usfa.fema.gov/about/administrator.html)

- Director, Federal Law Enforcement Training Centers, Thomas J. Walters (https://web.archive.org/web/20190916031424/https://www.fletc.gov/our-leadership)
  - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), Matthew T. Albence, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
  - Deputy Director, Matthew T. Albence (https://web.archive.org/web/20190916031424/https://www.ice.gov/leadership)

- Director, U.S. Secret Service, James M. Murray (https://web.archive.org/web/20190916031424/https://www.secretservice.gov/about/leadership/#director)
  - Deputy Director, U.S. Secret Service, Leonza "Leon" Newsome III

- Administrator, Transportation Security Administration, David P. Pekoske (https://web.archive.org/web/20190916031424/https://www.tsa.gov/leader-bios/administrator)
  - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office, James F. McDonnell (/web/20190916031424/https://www.dhs.gov/person/james-f-mcdonnell)
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine M. Ciccone
  (/web/20190916031424/https://www.dhs.gov/person/christine-m-ciccone)
  - Deputy Assistant Secretary, David Wonnenberg
    (/web/20190916031424/https://www.dhs.gov/person/david-wonnenberg) (Senate)
  - Deputy Assistant Secretary, Uyen Dinh
    (/web/20190916031424/https://www.dhs.gov/person/uyen-dinh-esq) (House)

- Assistant Secretary, Office of Partnership and Engagement, John H. Hill
  (/web/20190916031424/https://www.dhs.gov/person/john-h-hill)
  - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow
  - Deputy Assistant Secretary (acting), Intergovernmental Affairs, Brian Hyer
  - Deputy Assistant Secretary, Private Sector Office, Matt Hayden
  - Executive Director, Homeland Security Advisory Council, Matt Hayden
  - Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
  - Director, Committee Management Office, Traci Silas

- Assistant Secretary, Office of Public Affairs (acting), Andrew Meehan
  - Deputy Assistant Secretary, Media Operations, Vacant
  - Deputy Assistant Secretary, Strategic Communications, Michael Bars

- Executive Director, Joint Requirements Council, Joseph D. Wawro
  (/web/20190916031424/https://www.dhs.gov/person/joseph-d-wawro)
- Director, Operations Coordination, Christopher J. Tomney
  (/web/20190916031424/https://www.dhs.gov/person/rear-admiral-christopher-j-tomney-uscg-ret)
- Chief Privacy Officer (acting), Jonathan Cantor
- Citizenship and Immigration Services Ombudsman, Julie Kirchner
  (/web/20190916031424/https://www.dhs.gov/person/julie-kirchner)
- Officer for Civil Rights & Civil Liberties, Cameron Quinn
  (/web/20190916031424/https://www.dhs.gov/person/cameron-quinn)
- Inspector General, Joseph V. Cuffari

Last Published Date: September 6, 2019

# EXHIBIT 20

The Wayback Machine - https://web.archive.org/web/20190921063546/https://www.dhs.gov/leadership

Official website of the Department of Homeland Security

Contact Us | Quick Links | Site Map | A-Z Index

    

Topics News Leadership

In Focus The Secretary

How Do I?

Get Involved

About DHS

Enter Search Term

On DHS.gov

> About DHS > Leadership

Leadership

The Secretary

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary (acting), Kevin K. McAleenan | Secretary's Corner
  - Deputy Secretary (vacant), David P. Pekoske, Senior Official Performing the Duties of the Deputy Secretary
  - Chief of Staff (acting), Brandon Wales
  - Executive Secretary (acting), Juliana Blackwell
  - General Counsel (acting), Joseph B. Maher
  - Military Advisor, Rear Admiral Brendan C. McPherson

- Under Secretary, Management (acting), Randolph D. "Tex" Alles
  - Deputy Under Secretary for Management, Randolph D. "Tex" Alles
  - Chief Financial Officer (acting), Stacy Marcott

- Chief Human Capital Officer, Angela Bailey
- Chief Information Officer, Dr. John A. Zangardi
- Chief Procurement Officer, Soraya Correa
- Chief Readiness Support Officer, Tom Chaleki
- Chief Security Officer, Richard D. McComb
- Executive Director, Office of Program Accountability and Risk Management, Debra Cox
- Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy

- Under Secretary, Office of Strategy, Policy, and Plans (vacant), Chad Wolf, Senior Official Performing the Duties of the Under Secretary, Office of Strategy, Policy, and Plans
  - Deputy Under Secretary, James W. McCament
  - Assistant Secretary, International Affairs, Dimple Shah
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Bryan Ware
  - Assistant Secretary, Border, Immigration, and Trade Policy, Michael Dougherty
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf

- Director, U.S. Citizenship and Immigration Services (acting), Kenneth Cuccinelli
  - Deputy Director, U.S. Citizenship and Immigration Services (acting), Mark Koumans

- Commandant, U.S. Coast Guard, Admiral Karl L. Schultz
  - Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray

- Commissioner, U.S. Customs and Border Protection, Kevin K. McAleenan (currently serving as Acting Secretary, Department of Homeland Security)
  - Chief Operating Officer and Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection, Mark A. Morgan
  - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs
  - Deputy Director, Matthew Travis
  - Assistant Director for Cybersecurity Division (CSD), Jeanette Manfra
  - Assistant Director for Infrastructure Security Division (ISD), Brian Harrell
  - Assistant Director for Emergency Communications (ECD), Ronald Hewitt
  - Assistant Director, National Risk Management Center (NRMC), Bob Kolasky
  - Assistant Director, Integrated Operations Division (IOD), John Felker
  - Assistant Director, Stakeholder Engagement Division (SED) (acting), Bradford Willke
  - Director, Federal Protective Service (FPS), L. Eric Patterson

- Administrator, Federal Emergency Management Agency (acting), Pete T. Gaynor
  - Deputy Administrator, Pete T. Gaynor
  - Deputy Administrator for Resilience, Daniel Kaniewski
  - U.S. Fire Administrator, Keith Bryant

- Director, Federal Law Enforcement Training Centers, Thomas J. Walters
  - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), Matthew T. Albence, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
  - Deputy Director, Matthew T. Albence

- Director, U.S. Secret Service, James M. Murray
  - Deputy Director, U.S. Secret Service, Leonza "Leon" Newsome III

- Administrator, Transportation Security Administration, David P. Pekoske
  - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office, James F. McDonnell
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine M. Ciccone
  - Deputy Assistant Secretary, David Wonnenberg (Senate)

- Deputy Assistant Secretary, Uyen Dinh (House)

- Assistant Secretary, Office of Partnership and Engagement, John H. Hill
  - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow
  - Deputy Assistant Secretary (acting), Intergovernmental Affairs, Brian Hyer
  - Deputy Assistant Secretary, Private Sector Office, Matt Hayden
  - Executive Director, Homeland Security Advisory Council, Matt Hayden
  - Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
  - Director, Committee Management Office, Traci Silas

- Assistant Secretary, Office of Public Affairs (acting), Andrew Meehan
  - Deputy Assistant Secretary, Media Operations, Vacant
  - Deputy Assistant Secretary, Strategic Communications, Michael Bars

- Executive Director, Joint Requirements Council, Joseph D. Wawro
- Director, Operations Coordination, Christopher J. Tomney
- Chief Privacy Officer (acting), Jonathan Cantor
- Citizenship and Immigration Services Ombudsman, Julie Kirchner
- Officer for Civil Rights & Civil Liberties, Cameron Quinn
- Inspector General, Joseph V. Cuffari

Last Published Date: September 20, 2019

## Was this page helpful?

Yes No

Submit

> About DHS > Leadership

Topics Get Involved How Do I? News About DHS Site Links

DHS Components Accountability Privacy FOIA No Fear Act Accessibility Plain Writing Plug-ins Inspector General The White House USA.gov

# EXHIBIT 21

5/26/2021 Case 1:20-cv-03815-BAH Document 25-4 Filed 06/09/21 Page 277 of 349
Leadership | Homeland Security

The Wayback Machine - https://web.archive.org/web/20200211202218/https://www.dhs.gov/leadership

Official website of the Department of Homeland Security

Contact Us | Quick Links | Site Map | A-Z Index

U.S. DEPARTMENT OF HOMELAND SECURITY

Topics
News
Leadership
The Secretary
In Focus
How Do I?
Get Involved
About DHS

Enter Search Term
On DHS.gov

> About DHS > Leadership

Leadership
The Secretary

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary (acting), Chad F. Wolf | Secretary's Corner
  - Deputy Secretary (vacant), Ken Cuccinelli, Senior Official Performing the Duties of the Deputy Secretary
  - Chief of Staff (acting), Chad Mizelle
  - Executive Secretary (acting), Juliana Blackwell
  - General Counsel (acting), Joseph B. Maher
  - Military Advisor, Rear Admiral Brendan C. McPherson

- Under Secretary, Management (vacant), Randolph D. "Tex" Alles, Senior Official Performing the Duties of the Under Secretary for Management
  - Deputy Under Secretary for Management, Randolph D. "Tex" Alles
  - Chief Financial Officer (acting), Stacy Marcott

https://web.archive.org/web/20200211202218/https://www.dhs.gov/leadership 1/6

- Chief Human Capital Officer, Angela Bailey
- Chief Information Officer (acting), Elizabeth A. Cappello
- Chief Procurement Officer, Soraya Correa
- Chief Readiness Support Officer, Tom Chaleki
- Chief Security Officer, Richard D. McComb
- Executive Director, Office of Program Accountability and Risk Management, Debra Cox
- Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon
- Director, Federal Protective Service (FPS), L. Eric Patterson

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy

- Under Secretary, Office of Strategy, Policy, and Plans, Chad Wolf
  - Deputy Under Secretary, James W. McCament
  - Assistant Secretary, International Affairs, Valerie Boyd
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Sam Kaplan
  - Assistant Secretary, Border, Immigration, and Trade Policy, Scott Glabe
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf

- Director, U.S. Citizenship and Immigration Services (vacant), Ken Cuccinelli, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services
  - Deputy Director, U.S. Citizenship and Immigration Services, Mark Koumans

- Commandant, U.S. Coast Guard, Admiral Karl L. Schultz
  - Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray

- Commissioner, U.S. Customs and Border Protection (acting), Mark A. Morgan
  - Chief Operating Officer, U.S. Customs and Border Protection, Mark A. Morgan
  - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs
  - Deputy Director, Matthew Travis
  - Assistant Director for Cybersecurity, Bryan Ware
  - Assistant Director for Infrastructure Security, Brian Harrell
  - Assistant Director for Emergency Communications, Ronald Hewitt
  - Assistant Director, National Risk Management Center (NRMC), Bob Kolasky

- Administrator, Federal Emergency Management Agency, Pete T. Gaynor
  - Deputy Administrator (acting), Daniel Kaniewski
  - Deputy Administrator for Resilience, Daniel Kaniewski
  - U.S. Fire Administrator, Keith Bryant

- Director, Federal Law Enforcement Training Centers, Thomas J. Walters
  - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), Matthew T. Albence, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
  - Deputy Director, Matthew T. Albence

- Director, U.S. Secret Service, James M. Murray
  - Deputy Director, U.S. Secret Service, Leonza “Leon” Newsome III

- Administrator, Transportation Security Administration, David P. Pekoske
  - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office (acting), Gary Rasicot
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine M. Ciccone
  - Deputy Assistant Secretary, Natalie McGarry (Senate)
  - Deputy Assistant Secretary, Aaron Calkins (House)

- Assistant Secretary, Office of Partnership and Engagement, John H. Hill
  - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow
  - Deputy Assistant Secretary, Intergovernmental Affairs, Cherie N. Short

- Deputy Assistant Secretary (acting), Private Sector Office, Charles L. Wollenhaupt
  - Executive Director (acting), Homeland Security Advisory Council, Mike Miron
  - Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
  - Director, Committee Management Office, Traci Silas

- Assistant Secretary, Office of Public Affairs (acting), Heather N. Swift
  - Deputy Assistant Secretary, Media Operations, Heather N. Swift
  - Deputy Assistant Secretary, Strategic Communications, Michael Bars

- Executive Director, Joint Requirements Council, Joseph D. Wawro
- Director, Operations Coordination, Christopher J. Tomney
- Chief Privacy Officer (acting), Jonathan Cantor
- Citizenship and Immigration Services Ombudsman, Michael T. Dougherty
- Officer for Civil Rights & Civil Liberties, Cameron Quinn
- Inspector General, Joseph V. Cuffari

Last Published Date: February 6, 2020

Was this page helpful?

Yes No

Submit

Topics Get Involved How Do I? News About DHS Site Links

DHS Components Accountability Privacy FOIA No Fear Act Accessibility Plain Writing Plug-ins Inspector General The White House USA.gov

# EXHIBIT 22

5/24/2021 Case 1:20-cv-03815-BAH Document 25-4 Filed 06/09/21 Page 284 of 349
Leadership | Homeland Security

The Wayback Machine - https://web.archive.org/web/20200219011544/https://www.dhs.gov/leadership

Official website of the Department of Homeland Security

Contact Us | Quick Links | Site Map | A-Z Index

Topics
In Focus
How Do I?
Get Involved
About DHS

News

Leadership
The Secretary

Enter Search Term
On DHS.gov

> About DHS > Leadership

Leadership
The Secretary

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary (acting), Chad F. Wolf | Secretary's Corner
  - Deputy Secretary (vacant), Ken Cuccinelli, Senior Official Performing the Duties of the Deputy Secretary
  - Chief of Staff (acting), John Gountanis
  - Executive Secretary (acting), Juliana Blackwell
  - General Counsel (acting), Chad Mizelle
  - Military Advisor, Rear Admiral Brendan C. McPherson

- Under Secretary, Management (vacant), Randolph D. "Tex" Alles, Senior Official Performing the Duties of the Under Secretary for Management
  - Deputy Under Secretary for Management, Randolph D. "Tex" Alles
  - Chief Financial Officer (acting), Stacy Marcott

https://web.archive.org/web/20200219011544/https://www.dhs.gov/leadership 1/6

- Chief Human Capital Officer, Angela Bailey
- Chief Information Officer (acting), Elizabeth A. Cappello
- Chief Procurement Officer, Soraya Correa
- Chief Readiness Support Officer, Tom Chaleki
- Chief Security Officer, Richard D. McComb
- Executive Director, Office of Program Accountability and Risk Management, Debra Cox
- Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon
- Director, Federal Protective Service (FPS), L. Eric Patterson

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy

- Under Secretary, Office of Strategy, Policy, and Plans, Chad Wolf
  - Deputy Under Secretary, James W. McCament
  - Assistant Secretary, International Affairs, Valerie Boyd
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Sam Kaplan
  - Assistant Secretary, Border, Immigration, and Trade Policy, Scott Glabe
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf

- Director, U.S. Citizenship and Immigration Services (vacant), Ken Cuccinelli, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services
  - Deputy Director, U.S. Citizenship and Immigration Services, Mark Koumans

- Commandant, U.S. Coast Guard, Admiral Karl L. Schultz
  - Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray

- Commissioner, U.S. Customs and Border Protection (acting), Mark A. Morgan
  - Chief Operating Officer, U.S. Customs and Border Protection, Mark A. Morgan
  - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs
  - Deputy Director, Matthew Travis
  - Assistant Director for Cybersecurity, Bryan Ware
  - Assistant Director for Infrastructure Security, Brian Harrell
  - Assistant Director for Emergency Communications, Ronald Hewitt
  - Assistant Director, National Risk Management Center (NRMC), Bob Kolasky

- Administrator, Federal Emergency Management Agency, Pete T. Gaynor
  - Deputy Administrator (acting), Daniel Kaniewski
  - Deputy Administrator for Resilience, Daniel Kaniewski
  - U.S. Fire Administrator, Keith Bryant

- Director, Federal Law Enforcement Training Centers, Thomas J. Walters
  - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), Matthew T. Albence, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
  - Deputy Director, Matthew T. Albence

- Director, U.S. Secret Service, James M. Murray
  - Deputy Director, U.S. Secret Service, Leonza "Leon" Newsome III

- Administrator, Transportation Security Administration, David P. Pekoske
  - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office (acting), Gary Rasicot
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine M. Ciccone
  - Deputy Assistant Secretary, Natalie McGarry (Senate)
  - Deputy Assistant Secretary, Aaron Calkins (House)

- Assistant Secretary, Office of Partnership and Engagement, John H. Hill
  - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow
  - Deputy Assistant Secretary, Intergovernmental Affairs, Cherie N. Short

- Deputy Assistant Secretary (acting), Private Sector Office, Charles L. Wollenhaupt
  - Executive Director (acting), Homeland Security Advisory Council, Mike Miron
  - Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
  - Director, Committee Management Office, Traci Silas

- Assistant Secretary, Office of Public Affairs (acting), Heather N. Swift
  - Deputy Assistant Secretary, Media Operations, Heather N. Swift
  - Deputy Assistant Secretary, Strategic Communications, Michael Bars

- Executive Director, Joint Requirements Council, Joseph D. Wawro
- Director, Operations Coordination, Christopher J. Tomney
- Chief Privacy Officer (acting), Jonathan Cantor
- Citizenship and Immigration Services Ombudsman, Michael T. Dougherty
- Officer for Civil Rights & Civil Liberties, Cameron Quinn
- Inspector General, Joseph V. Cuffari

Last Published Date: February 18, 2020

Was this page helpful?

Yes No

Submit

> About DHS > Leadership

Topics Get Involved How Do I? News About DHS Site Links

DHS Components Accountability Privacy FOIA No Fear Act Accessibility Plain Writing Plug-ins Inspector General The White House USA.gov

# EXHIBIT 23

*Office of the General Counsel*
**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland
Security

August 17, 2020

Dear Mr. Armstrong:

Under the Homeland Security Act of 2002 (HSA), Acting Secretary Chad F. Wolf and Senior Official Performing the Duties of Deputy Secretary (SOPDDS) Kenneth T. Cuccinelli II are lawfully performing their current roles at DHS. We request that the GAO immediately rescind its Report claiming otherwise, as the Report's conclusion is fundamentally erroneous.

*

In response to congressional requests from Democrat leadership in the House of Representatives, on August 14, 2020, the GAO issued a Report concerning the appointments of Acting Secretary Wolf and SOPDDS Cuccinelli.[1] The Report does not allege that Acting Secretary Wolf and SOPDDS Cuccinelli are ineligible, unfit, unqualified, unable, or incapable of serving in their current roles. Rather, the GAO claims, based on its preferred (but not exclusive) reading of an internal DHS document, that former Secretary Kirstjen M. Nielsen's order of succession required the appointment of a different successor than the one that she designated in that order, personally swore into office, and announced to the public, and whom DHS, as directed by then-Secretary Nielsen, actually and ultimately installed. In doing so, the GAO neglects relevant evidence and subsequent designations.

The GAO's conclusions are baseless and baffling. Baseless because the GAO glosses over the import of DHS's unique order-of-succession authority found in the HSA; disregards key statements made by then-Secretary Nielsen; and ignores each piece of evidence that makes clear whom then-Secretary Nielsen was choosing as her successor, including express statements by Secretary Nielsen and President Trump that then-U.S. Customs and Border Protection (CBP) Commissioner Kevin K. McAleenan had been selected to serve as Acting Secretary and Secretary Nielsen's swearing-in of Commissioner McAleenan to serve in that role. Baffling because the GAO staff admitted that even if then-Secretary Nielsen's April 9, 2019, memorandum is considered in isolation, DHS's interpretation of its own internal memorandum was "a possible interpretation." Yet, despite the obvious fact that the agency is entitled to interpret its own internal memoranda, the GAO improperly rejected DHS's reading. Instead, the GAO decided that its preferred interpretation should displace that of everyone else's at DHS, including both the Agency head and the Agency's highest-ranking attorney.

*

[1] *Matter of: Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland* Security, GAO, File: B-331650 (Aug. 14, 2020).

August 17, 2020

As an initial matter, GAO's authority to issue the Report is questionable. As its source of authority, the GAO states that the Report was issued pursuant to 5 U.S.C. § 3349, a section of the Federal Vacancies Reform Act of 1998 (FVRA) that gives the GAO the authority to report to Congress if "an officer [designated under the FVRA] is serving longer than the 210-day period" maximum allowed under the FVRA.[2] The GAO confirmed the claim to this source of authority by posting its Report on its website under the section for the FVRA.[3] The Report, however, did not concern an appointment under the FVRA and the GAO is not claiming that any official at DHS exceeded the 210-day maximum. Instead, the Report concerned an appointment under § 103 of the HSA.[4] The GAO has no authority under § 3349 to opine on the application of the HSA. For this reason alone, the Report should be rescinded.

*

The Report is premised on multiple errors. Most prominently, it rests on the faulty contention that when then-Secretary Nielsen stated that then-Commissioner McAleenan would be her successor and swore him in as her successor, those actions had no legal significance in determining whom she actually chose as her successor. That error doomed the Report.

Then-Secretary Nielsen legally changed the succession order for the Secretary in April 2019 as evidenced by three official acts. First, on April 9, 2019, then-Secretary Nielsen issued a document designating the order of succession for any and all vacancies in the position of the Secretary, which provided that then-Commissioner McAleenan would be her successor (the Nielsen Memorandum). Second, then-Secretary Nielsen reaffirmed this change in a message to the entire agency when she stated that "Kevin McAleenan will now lead DHS as your Acting Secretary." Finally, then-Secretary Nielsen personally executed her order of succession when she swore in then-Commissioner McAleenan as the Acting Secretary.

The relevant statute in this area is the HSA. Section 103(g)(2) of the HSA allows the Secretary of Homeland Security "to designate such other officers of the Department in further order of succession to serve as Acting Secretary." This statute vests *exclusive* authority in the Secretary—not in the GAO—to determine the order of succession.

The order of succession established by then-Secretary Nielsen provided that then-Commissioner McAleenan was to serve as Acting Secretary when she resigned. In the Nielsen Memorandum, then-Secretary Nielsen designated as follows: "By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security as follows," after which she listed the order of succession for any and all vacancies in the position of the Secretary.

---

[2] Chapter 33 of Title 5.

[3] https://www.gao.gov/legal/other-legal-work/federal-vacancies-reform-act#violation_letters.

[4] Homeland Security Act of 2002, Pub. L. No. 107-296, § 103, 116 Stat. 2135 (Nov. 25, 2002), *as amended by* National Defense Authorization Act for Fiscal Year 2017, Pub. L. No. 114-328, § 1903, 130 Stat. 2000, 2672 (Dec. 23, 2016), codified at 6 U.S.C. § 113.

August 17, 2020

For context, on December 15, 2016, then Secretary Jeh Johnson published an order of succession/delegation—before 6 USC §§ 113(g)(1) and (2) were added to the HSA—which distinguished between the two different scenarios that occurred under the FVRA —an order of succession and an order of delegation. First, in section II.A, he provided for an order of succession consistent with 5 U.S.C. § 3345(a), which stated that the *order of succession* in case of the Secretary's death, resignation, or inability to perform followed Executive Order 13753. This was necessary because under the existing law at the time (the FVRA), only the President could provide for an order of succession in these circumstances. Second, in section II.B and Annex A, Secretary Johnson provided a separate *order for delegation of authority*, which would apply during a disaster or catastrophic emergency—circumstances not covered by the FVRA.

Although the Nielsen Memorandum did not expressly revoke the language in section II.A that referred to an order of succession issued by the President under the FVRA in December 2016, it did supersede both aspects of Secretary Johnson's order by creating a single list, designated by the Secretary, of the officials who would be both in the "order of succession for the Secretary" (superseding section II.A) and recipients of the delegation of authority (revising Annex A). This was possible because 6 USC §§ 113(g)(1) and (2) now allowed Secretary Nielsen to change her order of succession in all circumstances, not just during a disaster or catastrophic emergency.

Four aspects of the text of Nielsen's one-page Memorandum establish that, contrary to the conclusion in the GAO Report, she changed both the *order of succession* and *order for delegation of authority*—not just the *order for delegation of authority*. First, the title of the document said it was "Amending the Order of Succession." That title makes no sense if she was only amending the *order for delegation of authority*. Second, the first line invoked the Secretary's authority under 6 U.S.C. § 113(g)(2), which is a power to designate officials in "order of succession to serve as Acting Secretary," notwithstanding the FVRA, thus demonstrating her intention to supersede the FVRA, not simply to revise a delegation of secretarial authority for use when there is not a vacancy for FVRA purposes. Third, she said "I hereby designate *the order of succession* for the Secretary of Homeland Security as follows." And fourth, the decision document attached to the Nielsen Memorandum, which Secretary Nielsen signed, makes this unambiguously clear: "By approving the attached document, you will designate *your desired order of succession for the Secretary* . . . in accordance with your authority pursuant to the [HSA]." Accordingly, consistent with the HSA, then-Secretary Nielsen established a single order of succession for all vacancies that may arise. Under this amended order of succession the Commissioner of CBP was to become the Acting Secretary in case of a vacancy.[5]

Then-Secretary Nielsen's designation of then-Commissioner McAleenan to serve as Acting Secretary was subsequently confirmed by her official statements and actions. As part of her

[5] The source of the Report's confusion appears to be that the "follow[ing]" list of officials was then preceded by a separate introductory clause noting that Annex A — the list associated with the delegation — was also being "amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof." In context, however, the two different introductory clauses for the same list of officials simply showed that Secretary Nielsen was creating one list that would serve both the order-of-succession purposes of section II.A and the delegation-of-authority purposes of section II.B. This is supported by all of the other evidence about Secretary Nielsen's intention at the time.

amendment to the order of succession, then-Secretary Nielsen clearly and unambiguously articulated her intent when she stated in her farewell message to the entire agency: "Kevin McAleenan will now lead DHS as your Acting Secretary." This was consistent with the public announcement from President Trump that "Kevin McAleenan, the current U.S. Customs and Border Protection Commissioner, will become Acting Secretary."[6] Further, on April 10, 2019, Secretary Nielsen made her designation unambiguous and clear when she personally swore in Commissioner McAleenan to serve as the new Acting Secretary.[7]

Posted on DHS's Twitter account (@DHSgov) on April 10, 2019

Few things constitute a more unambiguous designation of a successor than personally swearing your successor in. Even if the GAO were correct that the Nielsen Memorandum did not designate then-Commissioner McAleenan as then-Secretary Nielsen's successor—which it is not—the swearing in of then-Commissioner McAleenan (and the accompanying announcement) unequivocally supplanted that prior designation.

It follows, then, that Acting Secretary Wolf and SOPDDS Cuccinelli are lawfully performing their current roles at DHS. Invoking the HSA, then-Acting Secretary McAleenan later amended the order of succession, resulting in Acting Secretary Wolf's taking office. Acting Secretary Wolf subsequently amended the order of succession for Deputy Secretary, enabling Ken Cuccinelli to assume the role of the SOPDDS. The Report does not contend these subsequent actions were unlawful, and if the GAO had not ignored then-Secretary Nielsen's words and actions, then this letter would be unnecessary.

---

[6] https://twitter.com/realDonaldTrump/status/1115011885303312386

[7] https://theborderobserver.wordpress.com/2019/04/11/cbp-commissioner-kevin-mcaleenan-sworn-in-as-the-acting-dhs-secretary/

August 17, 2020

*

The moment that Secretary Nielsen invoked her authority, she overrode all past designations, including Former Secretary Jeh C. Johnson's 2016 order of succession, which had been issued under the FVRA, *not* the HSA. This intentional and deliberate act by Secretary Nielsen was understood by all at DHS and across the Administration to have the scope that DHS has understood it to have. The GAO must accept this permissible interpretation. The GAO cannot ignore that interpretation to choose a different, preferred interpretation of its own in order to suit partisan ends. In reaching a contrary conclusion, the Report commits several egregious errors.

First, the GAO erred in failing to defer to DHS's interpretation of its own internal memorandum. The Nielsen memorandum is a wholly internal DHS document that does not have the binding effect of law, like a regulation governing the public, nor is its interpretation subject to challenge. Rather, the proper interpretation of the memorandum is solely within the authority of the Agency.[8] To that end, courts have found that not only do "the internal guidelines of a federal agency . . . not confer substantive rights on any party,"[9] but also it would be inappropriate for anyone "to second guess the Government[’s]" interpretation of its own policies and internal memoranda "or demand that the Government" comply with its own "non-binding manual[s]" or internal memoranda.[10]

However, at a minimum, the GAO should have at least followed the Supreme Court's reasoning in *Kisor v. Wilkie* (2019)[11] and afforded the Department's interpretation deference. In fact, the Supreme Court explicitly held in *Kisor* and *Ford Motor Credit Co. v. Milhollin* (1980)[12] that such deference was owed *even to* official staff memoranda "never approved by the agency head."[13] This principle undergirding the Supreme Court's prevailing precedents entitles DHS in this matter to even more robust deference because the Nielsen Memorandum was, for the reasons DHS has given, "approved by the agency head" herself.[14]

At a minimum, DHS's interpretation of the Nielsen Memorandum should have received "'controlling weight'" unless it was plainly erroneous or inconsistent with internal DHS regulations or federal law.[15] Yet, as the GAO admitted, DHS's interpretation was neither plainly erroneous nor inconsistent with regulations or laws. Indeed, during a telephonic briefing with GAO staff on August 14, 2020, GAO officials responsible for the Report's drafting conceded that DHS's construction of the Nielsen Memorandum was a "possible interpretation." It was more than just a

---

[8] *See California. v. F.C.C.*, 39 F.3d 919, 925 (9th Cir. 1994) (citations omitted).
[9] *United States v. Craveiro*, 907 F.2d 260, 264 (1st Cir. 1990), *cert. denied*, 498 U.S. 1015 (1990); *see also United States v. Ivic*, 700 F.2d 51, 64 (2d Cir. 1983) (stating that "non-compliance with internal departmental guidelines is not, of itself, a ground of which defendants can complain").
[10] *United States v. Cason*, 2015 WL 4988206, *8 (N.D. W. Va. Aug. 19, 2015); *see also Northwest Motorcycle Assoc. v. U.S. Dept. of Agriculture*, 18 F.3d 1468, 1479 (9th Cir. 1994) (concluding that an agency's decision should be upheld even if it is "of less than ideal clarity," as long as "the agency's path may be reasonably discerned").
[11] 139 S. Ct. 2400.
[12] 444 U.S. 555.
[13] *Kisor*, 139 S. Ct. at 2417 (citing *Ford Motor Credit Co.*, 444 U.S. at 566, n. 9).
[14] *Id.* (citing *Ford Motor Credit Co.*, 444 U.S. at 566, n. 9).
[15] *Id.* at 2416 (quoting *Christopher v. SmithKline Beecham Corp.*, 567 U.S. 142, 155 (2012)).

possible interpretation—it remains the *only* interpretation given by senior political and career officials at DHS. This key concession should have ended the inquiry.

Second, the Report refused to consider the official acts or statements of the key decision-maker: then-Secretary Nielsen. The HSA confers the Secretary with the exclusive authority to "designate such other officers of the Department . . . as Acting Secretary." Based on the statute, one would expect that the words and actions of then-Secretary Nielsen would be highly relevant to determining whom she was "designat[ing] . . . as Acting Secretary." Not, however, for the GAO. Relying on Supreme Court cases discussing post-enactment legislative history in the context of *statutory* interpretation, the Report claims that it would be inappropriate to consider then-Secretary Nielsen's words and actions.[16] This analysis misses a key distinction: The GAO was not interpreting a statute; it was interpreting an *internal agency memorandum* about whom then-Secretary Nielsen designated as her successor. Then-Secretary Nielsen was acting through that memorandum under a statute that gave her exclusive authority to set the order of succession. To ignore her words and her acts about the meaning of her memorandum was inexcusable and indefensible error.

Lastly, even if the GAO were correct that the Nielsen Memorandum did not designate Commissioner McAleenan as the successor—certainly, GAO is gravely mistaken in this view—then-Secretary Nielsen twice confirmed her designation when she sent her farewell message and when she swore in then-Commissioner McAleenan. Apart from confirming her intent, those acts, if somehow seen as inconsistent with the Nielsen Memorandum, would have *supplanted* the Nielsen Memorandum as Secretary Nielsen's designation. Thus, although the most logical interpretation of these three actions is that they were all done consistently and together, even if the GAO continues to unreasonably deny it, then the GAO still must concede that the last designation in time—Secretary Nielsen's direction to DHS that "Kevin McAleenan will now lead DHS as your Acting Secretary" and swearing in Commissioner McAleenan as the Acting Secretary—controlled.

*

Regrettably, the GAO's actions surrounding the issuance of the Report could cause an objective observer to question its motivations.

First, the timing of the Report is suspect. The Report was released a mere 80 days before the Presidential election—but 274 days after the GAO had been asked by congressional Democrats to investigate the matter.[17] Although the Report argues that the purported illegality of Acting Secretary Wolf's appointment is "clear,"[18] the GAO took more than nine months to determine it. Clear and obvious legal answers do not take 274 days to divine, particularly for an agency like the GAO, which has approximately 3,000 employees and a $706 million annual budget.[19]

---

[16] Report at p. 9.

[17] Letter from Chairman, Committee on Homeland Security, U.S. House of Representatives and Acting Chairwoman, Committee on Oversight and Reform, U.S. House of Representatives to Comptroller General (Nov. 15, 2019).

[18] Report at p. 9.

[19] Fiscal Year 2021 Budget Request, U.S. Government Accountability Office (THE GAO), *available at* https://www.gao.gov/assets/710/704924.pdf.

Second, GAO's staffing of this Report is suspect. In an August 14, 2020, call between the GAO and DHS staff, GAO held out a junior staffer as the "author" of the Report. This staffer appears to have limited experience practicing law—having graduated from law school only three years ago. He also previously worked on a Democratic campaign and the partisan Senate Democratic Steering and Outreach Committee. Surely, few things could be more significant than the appointment of the head of a cabinet-level agency. It should have been easy to find a more seasoned attorney (whose past political work would not have created even the appearance of impropriety) among the GAO's 3,000 employees.

Third, the GAO's recent history is suspect. The GAO is frequently criticized[20] for its "substantive legal and methodological errors."[21] Indeed, a private-sector analysis found that the GAO had "inappropriately conducted, analyzed and reported" information.[22] However, and most problematically, the GAO has recently come under fire for allegedly partisan behavior. The GAO was accused of inappropriately participating in the attempted impeachment of the President and of changing a decades-long legal opinion in order to intentionally disfavor the President.[23] Unfortunately, the issuance of this most recent Report exacerbates legitimate concerns of political partisanship at the GAO.

*

The Report takes the reader on a march through a marsh. At each refusal to rely on key evidence, the morass thickens and the water deepens, as crucial questions lurking just underneath the surface begin to emerge: Is the ignored evidence and failure to afford DHS deference more than just a good faith disagreement? Does the timing of this Report suggest that something else is motivating this opinion? Does the GAO's unfortunate recent history of issuing partisan and inaccurate reports perhaps explain what is going on? As the reader reaches the Report's conclusion, he is left with the sinking and inescapable feeling that something is afoot in the swamp.

---

[20] *See, e.g.*, Lisa Snell, *Why the GAO Study on Special Education in Charter Schools Gets It Wrong*, Reason Foundation, June 20, 2012, *available at* https://reason.org/commentary/why-the-GAO-study-on-special-educat/.

[21] CURTIS W. COPELAND, ERRORS AND INCONSISTENCIES IN THE GAO'S REPORTS ON THE CONGRESSIONAL REVIEW ACT, Harvard Law School: Environmental and Energy Law Program, July 10, 2018, *available at* http://eelp.law.harvard.edu/wp-content/uploads/GAO-and-the-CRA.pdf.

[22] Jean Norris, *GAO bias evident in report on for-profit college industry*, The Hill, Jan. 14, 2011, *available at* https://thehill.com/blogs/congress-blog/education/137995-gao-bias-evident-in-report-on-for-profit-college-industry.

[23] https://www.newsmax.com/scotfaulkner/government-accountability-office-trump-report-ukraine/2020/01/17/id/950282/.

August 17, 2020

The GAO should rescind its erroneous report immediately.

Very Truly Yours,

Chad Mizelle
Senior Official Performing the Duties of the General Counsel

# EXHIBIT 24

GAO U.S. GOVERNMENT ACCOUNTABILITY OFFICE

441 G St. N.W.
Washington, DC 20548

Comptroller General
of the United States

# Decision

**Matter of:** Department of Homeland Security─Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security─Reconsideration

**File:** B-332451

**Date:** August 21, 2020

## DIGEST

The Department of Homeland Security's (DHS) request that we rescind our August 14, 2020, decision is denied, as DHS has not shown that our decision contains either material errors of fact or law, nor has DHS provided information not previously considered that warrants reversal or modification of the decision.

## DECISION

The Department of Homeland Security (DHS) requests reconsideration of our decision in Department of Homeland Security─Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security, B-331650, August 14, 2020 (Decision), asking that we rescind the decision. Letter from Senior Official Performing the Duties of the General Counsel to General Counsel, GAO (Aug. 17, 2020). In our decision, we concluded that the appointments of both officials were issued under an invalid order of succession. GAO will modify or reverse a prior decision only if it contains a material error of fact or law. GAO, *Procedures and Practices for Legal Decisions and Opinions*, GAO-06-1064SP (Washington, D.C.: Sept. 2006), *available at* https://www.gao.gov/products/GAO-06-1064SP. As explained below, DHS did not identify any material errors of fact or law and we decline to reverse or modify the decision.

BACKGROUND

The Homeland Security Act (HSA) provides a means for an official to assume the title of Acting Secretary pursuant to a designation of further order of succession by the Secretary. 6 U.S.C. § 113(g)(2). Secretary Kirstjen Nielsen exercised this power on April 9, 2019, the day before her resignation, when she established a new order of

succession for Acting Secretary as reflected in DHS 00106 (April Delegation).[1] However, upon her resignation, the official who assumed the title of Acting Secretary—Mr. Kevin McAleenan—was not the official designated in the April Delegation order of succession to serve upon the Secretary's resignation. As a result, we concluded Mr. McAleenan's subsequent amendments to the April Delegation order of succession were invalid and the subsequent appointments of Chad Wolf and Kenneth Cuccinelli who assumed their positions under such amendments were also improper.

While we concluded the appointments were improper, we did not review or make conclusions regarding the consequences of actions taken by these officials. We referred this question to the DHS Office of Inspector General. In that regard, we specifically suggested consideration of whether actions taken by these officials could be ratified by properly serving individuals as designated in the April Delegation to be the Acting Secretary and Senior Official Performing the Duties of the Deputy Secretary.

DECISION

In its August 17, 2020, letter, DHS asserts that our decision is "fundamentally erroneous," but in doing so did not point to any facts which we relied upon that were in error or provide any new facts for us to consider. DHS does assert legal error, arguing that our decision failed to properly defer to its interpretation of the Memorandum which it relied upon to demonstrate that the Secretary designated Mr. McAleenan to serve as Acting Secretary. The memorandum to which DHS refers is the April 9, 2019 Memorandum to Secretary Nielsen from the then-General Counsel requesting the Secretary's approval of the revised order of succession for Annex A. DHS letter, at 5-6.

In our decision, we addressed DHS's focus on the Memorandum. Decision, at 8-9. DHS argues that the Memorandum introduces ambiguity and that this requires us to defer to its interpretation of the order of succession. However, given that the plain language of the April Delegation is clear, there is no need to refer to the Memorandum. Any contrary interpretation of the April Delegation by DHS would not be entitled to any deference given its clarity. An agency's interpretation is not entitled to deference unless the controlling language is ambiguous, nor is deference available to an agency's "*post hoc* rationalization advanced [to] defend past agency action." *See, generally*, *Kisor v. Wilkie*, 139 S. Ct. 2400, 2415, 2417 (2019) (a court should not afford deference unless the regulation is genuinely ambiguous).

In addition to its insistence on deference, DHS accused this office of political partisanship. In our oversight role, GAO produces hundreds of written products annually, including legal decisions, that examine agency programs and operations throughout the government. DHS's demand for deference in these circumstances is not

---

[1] The Secretary also changed the order of succession for Deputy Secretary pursuant to her general management authorities under 6 U.S.C. § 112.

only legally unsupported but also ignores the public and Constitutional imperative of oversight to ensure transparency and accountability of governmental actions.

Our August 14, 2020, decision and all of our written products represent the work of numerous professionals, each taking care to remain independent and mindful of GAO's obligation to provide nonpartisan service to the American people. All GAO products also undergo a multi-level review to assure they are intellectually sound and free from bias. Rather than trying to reach a particular conclusion, our legal decisions, this one included, are the result of a dispassionate application of the relevant law to facts, not advocacy, and are subject to rigorous legal review and signature of GAO's General Counsel.

CONCLUSION

GAO will modify or reverse a prior decision or opinion only if it contains a material error of fact or law.  DHS has not demonstrated that our prior decision contains errors of either fact or law, nor has DHS presented information not previously considered that warrants reversal or modification of our decision.  Therefore, we decline to reverse or modify the decision.

Thomas H. Armstrong
General Counsel

# EXHIBIT 25



Donald J. Trump
@realDonaldTrump

I am pleased to inform the American Public that Acting Secretary Chad Wolf will be nominated to be the Secretary of Homeland Security. Chad has done an outstanding job and we greatly appreciate his service!

12:30 PM · Aug 25, 2020 · Twitter for iPhone

# EXHIBIT 26

Case 1:20-cv-03815-BAH Document 25-4 Filed 06/09/21 Page 306 of 349

# PN2235 — Chad F. Wolf — Department of Homeland Security

116th Congress (2019-2020)

**Description**

Chad F. Wolf, of Virginia, to be Secretary of Homeland Security, vice Kirstjen Nielsen, resigned.

**Organization**

Department of Homeland Security

**Latest Action**

01/03/2021 - Returned to the President under the provisions of Senate Rule XXXI, paragraph 6 of the Standing Rules of the Senate.

**Committee**

Senate Homeland Security and Governmental Affairs

Sort by Newest to Oldest

| Date | Senate Actions |
|---|---|
| 01/03/2021 | Returned to the President under the provisions of Senate Rule XXXI, paragraph 6 of the Standing Rules of the Senate. |
| 09/30/2020 | Placed on Senate Executive Calendar. Calendar No. 888. Subject to nominee's commitment to respond to requests to appear and testify before any duly constituted committee of the Senate. |
| 09/30/2020 | Reported by Senator Johnson, Committee on Homeland Security and Governmental Affairs, without printed report. |
| 09/30/2020 | Committee on Homeland Security and Governmental Affairs. Ordered to be reported favorably. |
| 09/23/2020 | Committee on Homeland Security and Governmental Affairs. Hearings held. |
| 09/10/2020 | Received in the Senate and referred to the Committee on Homeland Security and Governmental Affairs. |

# EXHIBIT 27

Order Designating the Order of Succession
for the Secretary of Homeland Security

(a) By any authority vested in me as Acting Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), and notwithstanding any Department of Homeland Security (DHS) prior delegation, directive, instruction, policy, or other document of any kind, including without limitation DHS Delegation No. 00106, I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Order of Succession for the Secretary of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of the U.S. Customs and Border Protection

4. Under Secretary for Strategy, Policy, and Plans;

5. Administrator and Assistant Secretary of the Transportation Security Administration; and

6. Administrator of the Federal Emergency Management Agency.

(b) No individual who is serving in an office listed in paragraph (a) in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this order.

(c) I am issuing this Order out of an abundance of caution and to minimize any disruption occasioned by a recent Government Accountability Office (GAO) opinion (B-331650 (Comp. Gen., Aug. 14, 2020)) and recent challenges filed in Federal court alleging that the November 8, 2019, order of succession issued by then-Acting Secretary Kevin McAleenan was not valid. I believe that the GAO's opinion and the plaintiff's arguments in those court cases are incorrect and present an unnecessary distraction to the mission of the Department of Homeland Security. Nevertheless, under GAO's view, no Secretary has ever properly invoked 6 U.S.C. § 113(g)(2) "[to] designate such other officers of the Department in further order of succession to serve as Acting Secretary." In that case, the Federal Vacancies Reform Act (FVRA) would provide an alternative basis for an official to exercise the functions and duties of the Secretary temporarily in an acting capacity. As the most senior successor listed in Executive Order 13753, 81 Fed. Reg. 90667 (Dec. 9, 2016), in accordance with the President's advance exercise of his authority to name an Acting Secretary under the FVRA, and without casting doubt on the continued validity of the Amendment to the Order of Succession for the Secretary of Homeland Security issued by Acting Secretary McAleenan on November 8, 2019, I am relying on any authority I may have been granted by the FVRA to designate the order of succession for the Secretary of Homeland Security pursuant to 6 U.S.C. § 113(g)(2), as specified and directed in paragraph (a) of this Order. Upon my signature, any authority that I may have been granted by the FVRA will terminate because 6 U.S.C. § 113(g)(2) applies "[n]otwithstanding chapter 33 of title 5."

(d) This Order Designating the Order of Succession for the Secretary of Homeland Security shall be effective immediately upon the affixing of the signature of the undersigned.

Dated: 10 SEPT 2020

Peter T. Gaynor
Department of Homeland Security

# EXHIBIT 28



**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

November 13, 2020

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *State of New York, et al. v. Trump, et al.*, No. 17-cv-5228 (NGG) (VMS)
*Batalla Vidal, et al. v. Wolf, et al.*, No. 16-cv-4756 (NGG) (VMS)

Dear Judge Garaufis:

Defendants write to inform the Plaintiffs and the Court about what appears to be an inadvertent factual inaccuracy regarding the ratification of the Wolf Memorandum, made in their Reply in Support of their Motion for Summary Judgment (*Batalla Vidal* ECF No. 335).

As the basis for Defendants' ratification argument, *see* Defs.' Reply at 15-19, Defendants explained that, in the event that Chad F. Wolf had not been properly designated Acting Secretary of Homeland Secretary in the first instance, then under Plaintiffs' theory, "when Mr. Wolf was nominated by the President to serve as Secretary of Homeland Security on September 10, 2020," Federal Emergency Management Agency Administrator Peter Gaynor "became the President's designated Acting Secretary under the FVRA as the senior-most successor" under Executive Order 13753, *id.* at 15. Defendants further explained that on that same day, "[i]n that capacity and 'out of an abundance of caution," Mr. Gaynor "exercised 'any authority' he might have as Acting Secretary" under the FVRA and Executive Order 13753 and "designated an order of succession for the office under [6 U.S.C. §] 113(g)(2)." *Id.* at 15; *see also, e.g.*, *id.* at 18 ("Under Plaintiffs' theory, Mr. Gaynor became Acting Secretary under the FVRA and E.O. 13753. Invoking § 113(g)(2), Mr. Gaynor then set a new order of succession under the HSA.") (emphases omitted); *Batalla Vidal* ECF No. 324-1, Ex. 6.

Late yesterday evening (Thursday, November 12, 2020), however, the Department of Homeland Security (DHS) conveyed to the Department of Justice that it had learned that Mr. Gaynor's September 10, 2020 succession order may have been signed approximately one hour before Mr. Wolf's nomination was formally submitted to the Senate. Counsel for Defendants do not yet know the precise timing of events, and Department of Justice counsel are working expeditiously with DHS to verify the exact timing. But it now appears likely, based on the facts known to counsel for Defendants at this time, that Mr. Gaynor's succession order was signed on September 10, 2020, but *before* Mr. Wolf's nomination for the office of Secretary of Homeland Security was submitted to the Senate later that day, which (if true) would be inconsistent with counsel for Defendants' prior factual understanding, and with the most natural reading of some of the language in Defendants' reply brief. *See* Defs.' Reply at 1, 18.

Defendants also continue to evaluate the legal effect, if any, of this apparent sequence of events on their ratification argument, and intend to provide a further update no later than November 20, 2020. Under the circumstances, however, Defendants concluded it was necessary to notify the Court of this potential inaccuracy as quickly as possible.

Dated: November 13, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SETH D. DUCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

/s/ *Stephen M. Pezzi*
GALEN N. THORP
Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Phone: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Attorneys for Defendants*

# EXHIBIT 29

Order Designating the Order of Succession
for the Secretary of Homeland Security

(a) By any authority vested in me as Acting Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), and notwithstanding any Department of Homeland Security (DHS) prior delegation, directive, instruction, policy, or other document of any kind, including without limitation DHS Delegation No. 00106, I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Order of Succession for the Secretary of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of the U.S. Customs and Border Protection

4. Under Secretary for Strategy, Policy, and Plans;

5. Administrator and Assistant Secretary of the Transportation Security Administration; and

6. Administrator of the Federal Emergency Management Agency.

(b) No individual who is serving in an office listed in paragraph (a) in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this order.

(c) I am issuing this Order out of an abundance of caution and to minimize any disruption occasioned by a recent Government Accountability Office (GAO) opinion (B-331650 (Comp. Gen., Aug. 14, 2020)) and recent challenges filed in Federal court alleging that the November 8, 2019, order of succession issued by then-Acting Secretary Kevin McAleenan was not valid.   I believe that the GAO's opinion and the plaintiff's arguments in those court cases are incorrect and present an unnecessary distraction to the mission of the Department of Homeland Security.   Nevertheless, under GAO's view, no Secretary has ever properly invoked 6 U.S.C. § 113(g)(2) "[to] designate such other officers of the Department in further order of succession to serve as Acting Secretary."   In that case, the Federal Vacancies Reform Act (FVRA) would provide an alternative basis for an official to exercise the functions and duties of the Secretary temporarily in an acting capacity.   As the most senior successor listed in Executive Order 13753, 81 Fed. Reg. 90667 (Dec. 9, 2016), in accordance with the President's advance exercise of his authority to name an Acting Secretary under the FVRA, and without casting doubt on the continued validity of the Amendment to the Order of Succession for the Secretary of Homeland Security issued by Acting Secretary McAleenan on November 8, 2019, I am relying on any authority I may have been granted by the FVRA to designate the order of succession for the Secretary of Homeland Security pursuant to 6 U.S.C. § 113(g)(2), as specified and directed in paragraph (a) of this Order.   Upon my signature, any authority that I may have been granted by the FVRA will terminate because 6 U.S.C. § 113(g)(2) applies "[n]otwithstanding chapter 33 of title 5."

(d) This Order Designating the Order of Succession for the Secretary of Homeland Security shall be effective immediately upon the affixing of the signature of the undersigned.

Dated:

Peter T. Gaynor
Department of Homeland Security

14 NOV 2020
1745

# EXHIBIT 30

# Rules and Regulations

Federal Register

Vol. 85, No. 185

Wednesday, September 23, 2020

This section of the FEDERAL REGISTER contains regulatory documents having general applicability and legal effect, most of which are keyed to and codified in the Code of Federal Regulations, which is published under 50 titles pursuant to 44 U.S.C. 1510.

The Code of Federal Regulations is sold by the Superintendent of Documents.

## DEPARTMENT OF HOMELAND SECURITY

### 6 CFR Chapter I

### 8 CFR Chapter I

### 19 CFR Chapters I and IV

### Ratification of Department Actions

**AGENCY:** Department of Homeland Security (DHS).

**ACTION:** Ratification.

**SUMMARY:** The Department of Homeland Security, through its Acting Secretary, is publishing notification of the ratification of a number of previous actions by the Department. The attached ratification provides the public with certainty, by resolving any potential defect in the validity of those actions.

**DATES:** The ratification was signed on September 17, 2020, and relates back to the original date of each action that it ratifies.

**FOR FURTHER INFORMATION CONTACT:** Leo (Chip) Boucher, Assistant General Counsel, Administrative Law, Office of the General Counsel, Department of Homeland Security, Washington, DC 20528, (202) 447–3623.

**SUPPLEMENTARY INFORMATION:** The Department of Homeland Security, through its Acting Secretary, is ratifying a number of previous actions by the Department. The Department continues to maintain that prior succession orders designating Chad Wolf as Acting Secretary are valid and that Acting Secretary Wolf had the authority to take the actions being ratified in the attached appendix. The Department issued this ratification and is now publishing it in the **Federal Register** out of an abundance of caution. Neither the ratification nor the publication is a statement that the ratified actions would be invalid absent the ratification.

**Ian Brekke, Deputy**

*General Counsel, U.S. Department of Homeland Security.*

## Appendix

BILLING CODE 9112–FP–P

U.S. Department of Homeland Security
Washington, DC 20528

RATIFICATION OF ACTIONS TAKEN BY THE ACTING SECRETARY OF HOMELAND SECURITY

I am affirming and ratifying each of my delegable prior actions as Acting Secretary, *see* 5 U.S.C. § 3348(a)(2), (d)(2), out of an abundance of caution because of a recent Government Accountability Office (GAO) opinion, *see* B-331650 (Comp. Gen., Aug. 14, 2020), and recent actions filed in federal court alleging that the November 8, 2019, order of succession issued by former Acting Secretary Kevin McAleenan was not valid. *See, e.g.*, *Guedes v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 920 F.3d 1, (D.C. Cir. 2019) ("We have repeatedly held that a properly appointed official's ratification of an allegedly improper official's prior action . . . resolves the claim on the merits by remedy[ing] the defect (if any) from the initial appointment" (quote marks omitted) (second alteration in original)).

When former Acting Secretary McAleenan resigned on November 13, 2019, I began serving as Acting Secretary in accordance with the order of succession former Acting Secretary McAleenan designated on November 8, 2019, under the Homeland Security Act (HSA), 6 U.S.C. § 113(g)(2) (enacted on Dec. 23, 2016, Pub. L. 114–328, div. A, title XIX, § 1903(a), 130 Stat. 2672). That designation of the order of succession followed former Secretary Kirstjen Nielsen's April 9, 2019, designation of the order of succession, also pursuant to section 113(g)(2), which resulted in Mr. McAleenan serving as Acting Secretary when former Secretary Nielsen resigned.

The Secretary of Homeland Security's authority to designate the order of succession under section 113(g)(2) is an alternative means to the authority of the Federal Vacancies Reform Act (FVRA) to designate an Acting Secretary of Homeland Security. Section 113(g)(2) provides that it applies "notwithstanding" the FVRA; thus, when there is an operative section 113(g)(2) order of succession, it alone governs which official shall serve as Acting Secretary. Accordingly, I properly began serving as Acting Secretary on November 13, 2019. Because section 113(g)(2) authorizes the designation of an Acting Secretary "notwithstanding chapter 33 of title 5" in its entirety, section 113(g)(2) orders addressing the line of succession for the Secretary of Homeland Security are subject to neither the FVRA provisions governing which officials may serve in an acting position, *see* 5 U.S.C. § 3345, nor FVRA time constraints, *see id.* § 3346.

On September 10, 2020, President Donald J. Trump nominated me to serve as Secretary of Homeland Security. Because I have been serving as the Acting Secretary pursuant to a section 113(g)(2) order of succession, the FVRA's prohibition on a nominee's acting service while his or her nomination is pending does not apply, and I remain the Acting Secretary notwithstanding my nomination. *Compare* 6 U.S.C. § 113(a)(1)(A) (cross-referencing the FVRA without the "notwithstanding" caveat), *with id.* § 113(g)(1)–(2) (noting the FVRA

provisions and specifying, in contrast, that section 113(g) provides for acting secretary service "notwithstanding" those provisions); *see also* 5 U.S.C. § 3345(b)(1)(B) (restricting acting officer service under section 3345(a) by an official whose nomination has been submitted to the Senate for permanent service in that position).

That said, there have been recent challenges to whether my service is invalid, which rest on the erroneous contentions that the orders of succession issued by former Secretary Nielsen and former Acting Secretary McAleenan were invalid. If those contentions were legally correct—meaning that neither former Secretary Nielsen nor former Acting Secretary McAleenan would have issued a valid section 113(g)(2) order of succession—then the FVRA would apply and Executive Order 13753 (published on December 14, 2016, under the FVRA) would continue to govern the order of succession for the Secretary of Homeland Security.

The FVRA provides an alternative basis for an official to exercise the functions and duties of the Secretary temporarily in an acting capacity. In that alternate scenario, under the authority of the FVRA, 5 U.S.C. § 3345(a)(2), when the President submitted my nomination, Peter Gaynor, the Administrator of the Federal Emergency Management Agency (FEMA), would have become eligible to exercise the authority of the Secretary temporarily in an acting capacity. This is because Executive Order 13753 pre-established the President's succession order for the Department when the FVRA applies.[1] Mr. Gaynor would be the most senior official eligible to serve as the Acting Secretary under that succession order, and my nomination restarted the FVRA's time limits, 5 U.S.C. § 3346(a)(2).

Out of an abundance of caution and to minimize any disruption to the Department of Homeland Security and to the Administration's Homeland Security mission, on September 10, 2020, Mr. Gaynor exercised any authority of the position of Acting Secretary that he had to designate an order of succession under 6 U.S.C. § 113(g)(2) (the "Gaynor Order"). Mr. Gaynor re-issued the order of succession established by former Acting Secretary McAleenan on November 8, 2019, and placed the Under Secretary for Strategy, Policy, and Plans above the FEMA Administrator in the order of succession. Once the Gaynor Order was executed, it superseded any authority Mr. Gaynor may have had under the FVRA and confirmed my authority to continue to serve as the Acting Secretary. Thus, in addition to the authority I possess pursuant to the November 8, 2019, order of succession effectuated by former Acting Secretary McAleenan, the Gaynor Order alternatively removes any doubt that I am currently serving as the Acting Secretary.

I have full and complete knowledge of the contents and purpose of any and all actions taken by me since November 13, 2019. Among my prior actions that I am ratifying is a Final Rule I approved and issued in the Federal Register at 85 Fed. Reg. 46,788 (Aug. 3, 2020). Former Acting Secretary McAleenan issued a Notice of Proposed Rulemaking (NPRM) for that Final Rule at 84 Fed. Reg. 62,280 (Nov. 14, 2019), and I am familiar with that NPRM having previously approved the Final Rule. I believe that all of the aforementioned actions as Acting

[1] Executive Order 13753, Amending the Order of Succession in the Department of Homeland Security, 81 Fed. Reg. 90667 (Dec. 14, 2016).

59654 **Federal Register** / Vol. 85, No. 185 / Wednesday, September 23, 2020 / Rules and Regulations

RATIFICATION OF ACTIONS TAKEN BY THE ACTING SECRETARY OF HOMELAND SECURITY
Page 3 of 3

Secretary since November 13, 2019, were legally authorized and entirely proper. However, to avoid any possible uncertainty and out of an abundance of caution, pursuant to the Secretary of Homeland Security's authorities under, *inter alia*, the Homeland Security Act of 2002, Pub. L. No 207-296, as amended, and 5 U.S.C. §§ 301-302, I hereby affirm and ratify any and all actions involving delegable duties that I have taken from November 13, 2019, through September 10, 2020, the date of the execution of the Gaynor Order, and I hereby affirm and ratify the above noted November 14, 2019 NPRM originally approved by former Acting Secretary McAleenan.

Chad F. Wolf
Acting Secretary

September 17, 2020
Date

3

[FR Doc. 2020–21055 Filed 9–21–20; 11:15 am]

BILLING CODE 9112–FP–C

# EXHIBIT 31

(2) To create serious inconsistency or otherwise interfere with an action taken or planned by another Federal agency;

(3) To alter materially the budgetary impact of entitlements, grants, user fees, or loan programs or the rights and obligations of recipients thereof; or

(4) To raise novel legal or policy issues arising out of legal mandates, the President's priorities, or the principles set forth in E.O. 12866.

(b) The term significant guidance document does not include the categories of documents excluded by § 120.2 or any other category of guidance documents exempted in writing by OPM in consultation with OIRA.

**§ 120.6 Procedure for guidance documents identified as "significant."**

(a) OPM will make an initial, preliminary determination about a guidance document's significance. Thereafter, OPM must submit the guidance document to OIRA for its determination whether guidance is significant guidance, unless the guidance is otherwise exempted from such a determination by the Administrator of OIRA.

(b) Significant guidance documents, as determined by the Administrator of OIRA, must be reviewed by OIRA under E.O. 12866 before issuance; and must demonstrate compliance with the applicable requirements for regulations or rules, including significant regulatory actions, set forth in E.O. 12866, E.O. 13563, E.O. 13609, E.O. 13771, and E.O. 13777.

(c) Significant guidance documents must be signed by the Director of OPM.

**§ 120.7 Notice-and-comment procedures.**

(a) Except as provided in paragraph (b) of this section, all proposed OPM guidance documents determined to be a "significant guidance document" within the meaning of § 120.5 shall be subject to the following informal notice-and-comment procedures. OPM shall publish notification in the **Federal Register** announcing that a draft of the proposed guidance document is publicly available, shall post a link to the **Federal Register** notice and the draft guidance document on its guidance portal, shall invite public comment on the draft document for a minimum of 30 days, and shall prepare and post a public response to major concerns raised in the comments, as appropriate, on its guidance Web portal, either before or when the guidance document is finalized and issued.

(b) The requirements of paragraph (a) of this section will not apply to any significant guidance document or categories of significant guidance documents for which OPM finds good cause that notice and public procedure thereon are impracticable, unnecessary, or contrary to the public interest (and incorporates the finding of good cause and a brief statement of reasons therefore in the guidance issued).

(c) Where appropriate, the originating office may recommend to the Director of OPM that a particular guidance document that is otherwise of importance to OPM's interests shall also be subject to the informal notice-and-comment procedures described in paragraph (a) of this section.

**§ 120.8 Petitions to withdraw or modify guidance.**

(a) Any person may petition OPM to withdraw or modify a particular guidance document as specified by § 120.4(b)(5).

(b) Any person may submit a petition to OPM requesting withdrawal or modification of any effective guidance document by writing to OPM Office of the Executive Secretariat at: *OPMExecSec@opm.gov,* or U.S. Office of Personnel Management Attn: Executive Secretariat 1900 E Street NW, Washington, DC 20415.

(c) OPM will respond to all requests in a timely manner, but no later than 90 days after receipt of the request.

**§ 120.9 Rescinded guidance.**

(a) In the absence of a petition, OPM may rescind a guidance document on grounds that it is no longer accurate or necessary.

(b) If OPM rescinds a guidance document, the hyperlink to the guidance document will be removed. The name, title, unique identifier, and date of rescission will be listed on the guidance portal for at least one year after rescission.

(c) No employee of OPM may cite, use, or rely on rescinded guidance documents, except to establish historical facts, unless OMB makes an exception for particular guidance documents or categories of guidance documents.

**§ 120.10 Exceptional circumstances.**

(a) A guidance document may be exempted from the requirements of section 120.6(b) or 120.7(a) by agreement of OPM and OIRA for reasons of exigency, safety, health, or other compelling cause.

(b) In emergency situations or when OPM is required by statutory deadline or court order to act more quickly than normal review procedures allow, OPM will notify OIRA as soon as possible and, to the extent practicable, shall comply with the requirements of this part at the earliest opportunity. Wherever practicable, OPM should schedule its proceedings to permit sufficient time to comply with the procedures set forth in this part.

**§ 120.11 Reports to Congress and GAO.**

When OPM adopts final guidance constituting a "rule" under 5 U.S.C. 804, OPM will submit the reports to Congress and GAO and comply with the procedures specified by 5 U.S.C. 801 (commonly known as the Congressional Review Act).

**§ 120.12 No judicial review or enforceable rights.**

This part is intended to improve the internal management of OPM. As such, it is for the use of OPM personnel only and is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its agencies or other entities, its officers or employees, or any other person.

[FR Doc. 2020–21393 Filed 10–15–20; 8:45 am]

BILLING CODE 6325–38–P

## DEPARTMENT OF HOMELAND SECURITY

### 8 CFR Chapter I

### Ratification of Department Actions

**AGENCY:** Department of Homeland Security (DHS).

**ACTION:** Ratification.

**SUMMARY:** The Department of Homeland Security, through its Acting Secretary, is publishing a notice of the ratification of a number of previous actions by the Department. The ratification provides the public with certainty, by resolving any potential defect in the validity of those actions.

**DATES:** The ratification was signed on October 7, 2020, and relates back to the original date of each action that it ratifies.

**FOR FURTHER INFORMATION CONTACT:** Leo (Chip) Boucher, Assistant General Counsel, Administrative Law, Office of the General Counsel, Department of Homeland Security Washington, DC 20528, (202) 282–9822.

**SUPPLEMENTARY INFORMATION:** The Department of Homeland Security, through its Acting Secretary, is ratifying a number of previous actions by former Acting Secretary Kevin K. McAleenan and one previous action by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph

Edlow. The Department continues to maintain that the prior succession order designating Kevin K. McAleenan as Acting Secretary was valid and that Acting Secretary McAleenan had the authority to take the actions being ratified in the appendix. The Department issued this ratification and is now publishing it in the **Federal Register** out of an abundance of caution. Neither the ratification nor the publication is a statement that the ratified actions would be invalid absent the ratification.

**Ian Brekke,**

*Deputy General Counsel, U.S. Department of Homeland Security.*

APPENDIX

BILLING CODE 9112–FP–P

U.S. Department of Homeland Security
Washington, DC 20528

**Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow**

I am affirming and ratifying certain delegable actions taken by Acting Secretary McAleenan, *see* 5 U.S.C. § 3348(a)(2), (d)(2), and one delegable action taken by U.S. Citizenship and Immigration Services (USCIS) Deputy Director for Policy, Edlow, as listed below, out of an abundance of caution because of a recent Government Accountability Office (GAO) opinion, *see* B-331650 (Comp. Gen., Aug. 14, 2020), and recent actions filed in federal court alleging that the November 8, 2019, order of succession issued by former Acting Secretary Kevin McAleenan was not valid. *See, e.g.*, *Guedes v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 920 F.3d 1, 13 (D.C. Cir. 2019) ("We have repeatedly held that a properly appointed official's ratification of an allegedly improper official's prior action . . . resolves the claim on the merits by remedy[ing] the defect (if any) from the initial appointment.") (internal quotation marks and citation omitted).

When former Acting Secretary McAleenan resigned on November 13, 2019, I began serving as Acting Secretary in accordance with the order of succession former Acting Secretary McAleenan had designated on November 8, 2019, under the Homeland Security Act (HSA), 6 U.S.C. § 113(g)(2) (enacted on Dec. 23, 2016, Pub. L. 114–328, div. A, title XIX, § 1903(a), 130 Stat. 2672). That designation of the order of succession followed former Secretary Kirstjen Nielsen's April 9, 2019, designation of the order of succession, also pursuant to § 113(g)(2), which resulted in Mr. McAleenan's serving as Acting Secretary when former Secretary Nielsen resigned.

The Secretary of Homeland Security's authority to designate the order of succession under § 113(g)(2) is an alternative means to the authority of the Federal Vacancies Reform Act (FVRA) to designate an Acting Secretary of Homeland Security. Section 113(g)(2) provides that it applies "notwithstanding" the FVRA; thus, when there is an operative § 113(g)(2) order of succession, it alone governs which official shall serve as Acting Secretary. Accordingly, I properly began serving as Acting Secretary on November 13, 2019. Because § 113(g)(2) authorizes the designation of an Acting Secretary "notwithstanding chapter 33 of title 5" in its entirety, § 113(g)(2) orders addressing the line of succession for the Secretary of Homeland Security are subject to neither the FVRA provisions governing which officials may serve in an acting position, *see* 5 U.S.C. § 3345, nor FVRA time constraints, *see id.* § 3346.

On September 10, 2020, President Donald J. Trump nominated me to serve as Secretary of Homeland Security. Because I have been serving as the Acting Secretary pursuant to a § 113(g)(2) order of succession, the FVRA's prohibition on a nominee's acting service while his or her nomination is pending does not apply, and I remain the Acting Secretary notwithstanding my nomination. *Compare* 6 U.S.C. § 113(a)(1)(A) (cross-referencing the FVRA without the "notwithstanding" caveat), *with id.* § 113(g)(1)–(2) (noting the FVRA provisions and specifying,

Federal Register / Vol. 85, No. 201 / Friday, October 16, 2020 / Rules and Regulations 65655

Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow
Page **2** of **3**

in contrast, that § 113(g) provides for acting secretary service "notwithstanding" those provisions); *see also* 5 U.S.C. § 3345(b)(1)(B) (restricting acting officer service under § 3345(a) by an official whose nomination has been submitted to the Senate for permanent service in that position).

That said, there have been recent challenges that my service is invalid, resting on the erroneous contentions that the orders of succession issued by former Secretary Nielsen and former Acting Secretary McAleenan were invalid. If those contentions were legally correct—meaning that neither former Secretary Nielsen nor former Acting Secretary McAleenan issued a valid § 113(g)(2) order of succession—then the FVRA would have applied and Executive Order 13753 (published on December 14, 2016, under the FVRA) would have governed the order of succession for the Secretary of Homeland Security from the date of Nielsen's resignation.

The FVRA provides an alternative basis for an official to exercise the functions and duties of the Secretary temporarily in an acting capacity. In that alternate scenario, under the authority of the FVRA, 5 U.S.C. § 3345(a)(2), when the President submitted my nomination, Peter Gaynor, the Administrator of the Federal Emergency Management Agency (FEMA), would have become eligible to exercise the functions and duties of the Secretary temporarily in an acting capacity. This is because Executive Order 13753 pre-established the President's succession order for the Department when the FVRA applies,[1] Mr. Gaynor would have been the most senior official eligible to exercise the functions and duties of the Secretary under that succession order, and my nomination would have restarted the FVRA's time limits, 5 U.S.C. § 3346(a)(2).

Out of an abundance of caution and to minimize any disruption to the Department of Homeland Security and to the Administration's Homeland Security mission, on September 10, 2020, Mr. Gaynor exercised any authority of the position of Acting Secretary that he had to designate an order of succession under 6 U.S.C. § 113(g)(2) (the "Gaynor Order"). Mr. Gaynor re-issued the order of succession established by former Acting Secretary McAleenan on November 8, 2019, and placed the Under Secretary for Strategy, Policy, and Plans above the FEMA Administrator in the order of succession. Once the Gaynor Order was executed, it superseded any authority Mr. Gaynor may have had under the FVRA and confirmed my authority to continue to serve as the Acting Secretary. Thus, in addition to the authority I possess pursuant to the November 8, 2019, order of succession effectuated by former Acting Secretary McAleenan, the Gaynor Order alternatively removes any doubt that I am currently serving as the Acting Secretary.

I have full knowledge of the following actions taken by former Acting Secretary McAleenan and USCIS Deputy Director for Policy Edlow, and believe that these actions were legally authorized and entirely proper:

[1] Executive Order 13753, Amending the Order of Succession in the Department of Homeland Security, 81 Fed. Reg. 90667 (Dec. 14, 2016).

2

65656 Federal Register / Vol. 85, No. 201 / Friday, October 16, 2020 / Rules and Regulations

Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow
Page **3** of **3**

1. Asylum Eligibility. Interim Final Rule. 84 Fed. Reg. 33,829 (July 16, 2019) issued by Former Acting Secretary McAleenan.
2. U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements. Notice of Proposed Rulemaking. 84 Fed. Reg. 62,280 (November 14, 2019) issued by Former Acting Secretary McAleenan.
3. Designating Aliens for Expedited Removal. Federal Register Notice. 84 Fed. Reg. 35,409 (July 23, 2019) issued by Former Acting Secretary McAleenan.
4. Removal of 30-Day Processing Provision for Asylum Applicant-Related Form I-765 Employment Authorization Applications. Notice of Proposed Rulemaking. 84 Fed. Reg. 47,148 (Sept. 9, 2019) issued by Former Acting Secretary McAleenan.
5. Asylum Application, Interview, and Employment Authorization for Applicants. Notice of Proposed Rulemaking. 84 Fed. Reg. 62,374 (Nov. 14, 2019) issued by Former Acting Secretary McAleenan.
6. Inadmissibility on Public Charge Grounds. Final Rule. 84 Fed. Reg. 41,292 (Aug. 14, 2019) issued by Former Acting Secretary McAleenan. Final rule correction. 84 Fed. Reg. 52,357 (Oct. 2, 2019) issued by Former Acting Secretary McAleenan.
7. Guatemala Refugee Protection. Former Acting Secretary McAleenan's October 16, 2019 determination issued by Former Acting Secretary McAleenan.
8. USCIS Deputy Director for Policy, Joseph Edlow's memorandum "Implementing Acting Secretary Chad Wolf's July 28, 2020 Memorandum" (August 21, 2020) issued by USCIS Deputy Director for Policy, Joseph Edlow.
9. Acting Secretary Kevin McAleenan's memorandum, "Information Regarding First Amendment Protected Activities" (May 17, 2019) issued by Former Acting Secretary McAleenan.

To avoid any possible uncertainty and out of an abundance of caution, pursuant to the Secretary of Homeland Security's authorities under, *inter alia*, the Homeland Security Act of 2002, Pub. L. No 207-296, as amended, and 5 U.S.C. §§ 301-302, I hereby make a detached and considered affirmation and ratification of the above noted actions originally taken and approved by former Acting Secretary McAleenan and USCIS Deputy Director for Policy Edlow.

Chad F. Wolf
Acting Secretary

10/7/2020
Date

3

[FR Doc. 2020–23067 Filed 10–14–20; 4:15 pm]
BILLING CODE 9112–FP–C

## NUCLEAR REGULATORY COMMISSION

**10 CFR Chapter I**

**[NRC–2020–0125]**

**RIN 3150–AK48**

## Miscellaneous Corrections

**AGENCY:** Nuclear Regulatory Commission.

**ACTION:** Final rule.

**SUMMARY:** The U.S. Nuclear Regulatory Commission (NRC) is amending its regulations to make miscellaneous corrections. These changes include redesignating footnotes, correcting references, typographical errors, nomenclature, titles, email addresses, and contact information. This document is necessary to inform the public of these non-substantive amendments to the NRC's regulations.

**DATES:** This final rule is effective on November 16, 2020.

# EXHIBIT 32

# Rules and Regulations

Federal Register
Vol. 85, No. 228
Wednesday, November 25, 2020

This section of the FEDERAL REGISTER contains regulatory documents having general applicability and legal effect, most of which are keyed to and codified in the Code of Federal Regulations, which is published under 50 titles pursuant to 44 U.S.C. 1510.

The Code of Federal Regulations is sold by the Superintendent of Documents.

## DEPARTMENT OF HOMELAND SECURITY

### 8 CFR Chapter I

### Ratification of Department Actions

**AGENCY:** Department of Homeland Security (DHS).

**ACTION:** Ratification.

**SUMMARY:** The Department of Homeland Security, through its Acting Secretary, is publishing a notice of two ratification documents regarding a number of previous actions by the Department. The ratifications provide the public with certainty, by resolving any potential defect in the validity of those actions.

**DATES:** The ratification documents were signed on November 16, 2020 and relate back to the original date of each action ratified.

**FOR FURTHER INFORMATION CONTACT:** Leo (Chip) Boucher, Assistant General Counsel, Administrative Law, Office of the General Counsel, Department of Homeland Security, Washington, DC 20528, (202) 282–9822.

**SUPPLEMENTARY INFORMATION:** The Department of Homeland Security, through its Acting Secretary, is ratifying a number of previous actions by the Acting Secretary and by former Acting Secretary Kevin K. McAleenan, and one previous action by U. S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow. The Department continues to maintain that the November 8, 2019, succession order designating Chad Wolf as Acting Secretary is valid and that Acting Secretary Wolf had the authority to take the actions being ratified in the attached appendix. And the Department continues to maintain that the April 9, 2019, succession order designating Kevin K. McAleenan as Acting Secretary was valid and that Acting Secretary McAleenan had the authority to take the actions being ratified in the appendix. The Department issued these ratifications and is now publishing them in the **Federal Register** out of an abundance of caution. Neither the ratifications nor the publication is a statement that the ratified actions would be invalid absent the ratification.

**Ian Brekke,**

*Deputy General Counsel, U.S. Department of Homeland Security.*

## Appendix

BILLING CODE 9112–FP–P

U.S. Department of Homeland Security
Washington, DC 20528

RATIFICATION OF ACTIONS TAKEN BY THE ACTING SECRETARY OF HOMELAND SECURITY

I am affirming and ratifying each of my delegable prior actions as Acting Secretary, *see* 5 U.S.C. § 3348(a)(2), (d)(2), out of an abundance of caution because of a recent Government Accountability Office (GAO) opinion, *see* B-331650 (Comp. Gen., Aug. 14, 2020), and recent actions filed in federal court alleging that the November 8, 2019, order of succession issued by former Acting Secretary Kevin McAleenan was not valid. *See, e.g., Guedes v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 920 F.3d 1, (D.C. Cir. 2019) ("We have repeatedly held that a properly appointed official's ratification of an allegedly improper official's prior action . . . resolves the claim on the merits by remedy[ing] the defect (if any) from the initial appointment" (quote marks omitted) (second alteration in original)).

When former Acting Secretary McAleenan resigned on November 13, 2019, I began serving as Acting Secretary in accordance with the order of succession former Acting Secretary McAleenan designated on November 8, 2019, under the Homeland Security Act (HSA), 6 U.S.C. § 113(g)(2) (enacted on Dec. 23, 2016, Pub. L. 114–328, div. A, title XIX, § 1903(a), 130 Stat. 2672). That designation of the order of succession followed former Secretary Kirstjen Nielsen's April 9, 2019, designation of the order of succession, also pursuant to section 113(g)(2), which resulted in Mr. McAleenan serving as Acting Secretary when former Secretary Nielsen resigned.

The Secretary of Homeland Security's authority to designate the order of succession under section 113(g)(2) is an alternative means to the authority of the Federal Vacancies Reform Act (FVRA) to designate an Acting Secretary of Homeland Security. Section 113(g)(2) provides that it applies "notwithstanding" the FVRA; thus, when there is an operative section 113(g)(2) order of succession, it alone governs which official shall serve as Acting Secretary. Accordingly, I properly began serving as Acting Secretary on November 13, 2019. Because section 113(g)(2) authorizes the designation of an Acting Secretary "notwithstanding chapter 33 of title 5" in its entirety, section 113(g)(2) orders addressing the line of succession for the Secretary of Homeland Security are subject to neither the FVRA provisions governing which officials may serve in an acting position, *see* 5 U.S.C. § 3345, nor FVRA time constraints, *see id.* § 3346.

On September 10, 2020, President Donald J. Trump nominated me to serve as Secretary of Homeland Security. Because I have been serving as the Acting Secretary pursuant to a section 113(g)(2) order of succession, the FVRA's prohibition on a nominee's acting service while his or her nomination is pending does not apply, and I remain the Acting Secretary notwithstanding my nomination. *Compare* 6 U.S.C. § 113(a)(1)(A) (cross-referencing the FVRA without the "notwithstanding" caveat), *with id.* § 113(g)(1)–(2) (noting the FVRA

provisions and specifying, in contrast, that section 113(g) provides for acting secretary service "notwithstanding" those provisions); *see also* 5 U.S.C. § 3345(b)(1)(B) (restricting acting officer service under section 3345(a) by an official whose nomination has been submitted to the Senate for permanent service in that position).

That said, there have been recent challenges contending that my service is invalid, resting on the erroneous contentions that the orders of succession issued by former Secretary Nielsen and former Acting Secretary McAleenan were invalid. If those contentions were legally correct—meaning that neither former Secretary Nielsen nor former Acting Secretary McAleenan would have issued a valid section 113(g)(2) order of succession—then the FVRA would apply and Executive Order 13753 (published on December 14, 2016, under the FVRA) would continue to govern the order of succession for the Secretary of Homeland Security.

The FVRA provides an alternative basis for an official to exercise the functions and duties of the Secretary temporarily in an acting capacity. In that alternate scenario, under the authority of the FVRA, 5 U.S.C. § 3345(a)(2), when the President submitted my nomination, Peter Gaynor, the Administrator of the Federal Emergency Management Agency (FEMA), would have become eligible to exercise the authority of the Secretary temporarily in an acting capacity. This is because Executive Order 13753 pre-established the President's succession order for the Department when the FVRA applies,[1] Mr. Gaynor would be the most senior official eligible to serve as the Acting Secretary under that succession order, and my nomination restarted the FVRA's time limits, 5 U.S.C. § 3346(a)(2).

Out of an abundance of caution and to minimize any disruption to the Department of Homeland Security and to the Administration's Homeland Security mission, on November 14, 2020, after the President submitted my nomination to the Senate on September 10, 2020, Mr. Gaynor exercised any authority of the position of Acting Secretary that he had to designate an order of succession under 6 U.S.C. § 113(g)(2) (the "Gaynor Order").[2] Mr. Gaynor re-issued the order of succession established by former Acting Secretary McAleenan on November 8, 2019, and placed the Under Secretary for Strategy, Policy, and Plans above the FEMA Administrator in the order of succession. Once the Gaynor Order was executed, it superseded any authority Mr. Gaynor may have had under the FVRA and confirmed my authority to continue to serve as the Acting Secretary. Thus, in addition to the authority I possess pursuant to the November 8, 2019, order

[1] Executive Order 13753, Amending the Order of Succession in the Department of Homeland Security, 81 Fed. Reg. 90667 (Dec. 14, 2016).

[2] Mr. Gaynor signed an initial succession order to this effect on September 10, 2020. Out of caution, due to uncertainties related to the timing of the signing of that order on the date of my nomination to the U.S. Senate, Administrator Gaynor has issued the November 14, 2020, order. Further, I previously issued a ratification order on September 17, 2020, similar to this present order, *see* Ratification, 85 Fed. Reg. 59651 (Sept. 23, 2020), but I am issuing this order today to eliminate any potential question about whether, assuming that the orders issued by Secretary Nielsen and Acting Secretary McAleenan were insufficient to make me Acting Secretary under section 113(g)(2), my ratification has occurred subsequent to the proper signing and issuance of a succession order that has the effect of making me Acting Secretary.

of succession effectuated by former Acting Secretary McAleenan, the Gaynor Order alternatively removes any doubt that I am currently serving as the Acting Secretary.

I have full and complete knowledge of the contents and purpose of any and all actions taken by me since November 13, 2019. Among my prior actions that I am ratifying is a Final Rule I approved and issued in the Federal Register at 85 Fed. Reg. 46,788 (Aug. 3, 2020). Former Acting Secretary McAleenan issued a Notice of Proposed Rulemaking (NPRM) for that Final Rule at 84 Fed. Reg. 62,280 (Nov. 14, 2019), and I am familiar with that NPRM having previously approved the Final Rule. I believe that all of the aforementioned actions as Acting Secretary since November 13, 2019, were legally authorized and entirely proper. However, to avoid any possible uncertainty and out of an abundance of caution, pursuant to the Secretary of Homeland Security's authorities under, *inter alia*, the Homeland Security Act of 2002, Pub. L. No 207-296, as amended, and 5 U.S.C. §§ 301-302, I hereby affirm and ratify any and all actions involving delegable duties that I have taken from November 13, 2019, through November 14, 2020, the date of the execution of the Gaynor Order, and I hereby affirm and ratify the above noted November 14, 2019 NPRM originally approved by former Acting Secretary McAleenan.

Chad F. Wolf
Acting Secretary

11/16/2020
Date

U.S. Department of Homeland Security
Washington, DC 20528

**Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow**

I am affirming and ratifying certain delegable actions taken by Acting Secretary McAleenan, *see* 5 U.S.C. § 3348(a)(2), (d)(2), and one delegable action taken by U.S. Citizenship and Immigration Services (USCIS) Deputy Director for Policy, Edlow, as listed below, out of an abundance of caution because of a recent Government Accountability Office (GAO) opinion, *see* B-331650 (Comp. Gen., Aug. 14, 2020), and recent actions filed in federal court alleging that the November 8, 2019, order of succession issued by former Acting Secretary Kevin McAleenan was not valid. *See, e.g.*, *Guedes v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 920 F.3d 1, 13 (D.C. Cir. 2019) ("We have repeatedly held that a properly appointed official's ratification of an allegedly improper official's prior action . . . resolves the claim on the merits by remedy[ing] the defect (if any) from the initial appointment.") (internal quotation marks and citation omitted).

When former Acting Secretary McAleenan resigned on November 13, 2019, I began serving as Acting Secretary in accordance with the order of succession former Acting Secretary McAleenan had designated on November 8, 2019, under the Homeland Security Act (HSA), 6 U.S.C. § 113(g)(2) (enacted on Dec. 23, 2016, Pub. L. 114–328, div. A, title XIX, § 1903(a), 130 Stat. 2672). That designation of the order of succession followed former Secretary Kirstjen Nielsen's April 9, 2019, designation of the order of succession, also pursuant to § 113(g)(2), which resulted in Mr. McAleenan's serving as Acting Secretary when former Secretary Nielsen resigned.

The Secretary of Homeland Security's authority to designate the order of succession under § 113(g)(2) is an alternative means to the authority of the Federal Vacancies Reform Act (FVRA) to designate an Acting Secretary of Homeland Security. Section 113(g)(2) provides that it applies "notwithstanding" the FVRA; thus, when there is an operative § 113(g)(2) order of succession, it alone governs which official shall serve as Acting Secretary. Accordingly, I properly began serving as Acting Secretary on November 13, 2019. Because § 113(g)(2) authorizes the designation of an Acting Secretary "notwithstanding chapter 33 of title 5" in its entirety, § 113(g)(2) orders addressing the line of succession for the Secretary of Homeland Security are subject to neither the FVRA provisions governing which officials may serve in an acting position, *see* 5 U.S.C. § 3345, nor FVRA time constraints, *see id.* § 3346.

On September 10, 2020, President Donald J. Trump nominated me to serve as Secretary of Homeland Security. Because I have been serving as the Acting Secretary pursuant to a

75228 Federal Register / Vol. 85, No. 228 / Wednesday, November 25, 2020 / Rules and Regulations

Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow
Page **2** of **4**

§ 113(g)(2) order of succession, the FVRA's prohibition on a nominee's acting service while his or her nomination is pending does not apply, and I remain the Acting Secretary notwithstanding my nomination. *Compare* 6 U.S.C. § 113(a)(1)(A) (cross-referencing the FVRA without the "notwithstanding" caveat), *with id.* § 113(g)(1)–(2) (noting the FVRA provisions and specifying, in contrast, that § 113(g) provides for acting secretary service "notwithstanding" those provisions); *see also* 5 U.S.C. § 3345(b)(1)(B) (restricting acting officer service under § 3345(a) by an official whose nomination has been submitted to the Senate for permanent service in that position).

That said, there have been recent challenges contending that my service is invalid, resting on the erroneous contentions that the orders of succession issued by former Secretary Nielsen and former Acting Secretary McAleenan were invalid. If those contentions were legally correct—meaning that neither former Secretary Nielsen nor former Acting Secretary McAleenan issued a valid § 113(g)(2) order of succession—then the FVRA would have applied and Executive Order 13753 (published on December 14, 2016, under the FVRA)[1] would have governed the order of succession for the Secretary of Homeland Security from the date of Nielsen's resignation.

The FVRA provides an alternative basis for an official to exercise the functions and duties of the Secretary temporarily in an acting capacity. In that alternate scenario, under the authority of the FVRA, 5 U.S.C. § 3345(a)(2), when the President submitted my nomination, Peter Gaynor, the Administrator of the Federal Emergency Management Agency (FEMA), would have become eligible to exercise the functions and duties of the Secretary temporarily in an acting capacity. This is because Executive Order 13753 pre-established the President's succession order for the Department when the FVRA applies, Mr. Gaynor would have been the most senior official eligible to exercise the functions and duties of the Secretary under that succession order, and my nomination would have restarted the FVRA's time limits, 5 U.S.C. § 3346(a)(2).

Out of an abundance of caution and to minimize any disruption to the Department of Homeland Security and to the Administration's Homeland Security mission, on November 14, 2020, after the President submitted my nomination to the Senate on September 10, 2020, Mr. Gaynor exercised any authority of the position of Acting Secretary that he had to designate an order of succession under 6 U.S.C. § 113(g)(2) (the "Gaynor Order").[2] Mr. Gaynor re-issued the order of succession established by former Acting Secretary McAleenan on November 8, 2019, and placed

[1] Executive Order 13753, Amending the Order of Succession in the Department of Homeland Security, 81 Fed. Reg. 90667 (Dec. 14, 2016).

[2] Mr. Gaynor signed an initial succession order to this effect on September 10, 2020. Out of caution, due to uncertainties related to the timing of the signing of that order on the date of my nomination to the U.S. Senate, Administrator Gaynor has issued the November 14, 2020, order. Further, I previously issued a ratification order on October 7, 2020, similar to this present order, *see* Ratification, 85 Fed. Reg. 65653 (Oct. 16, 2020), but I am issuing this order today to eliminate any potential question about whether, assuming that the orders issued by Secretary Nielsen and Acting Secretary McAleenan were insufficient to make me Acting Secretary under section 113(g)(2), my ratification has occurred subsequent to the proper signing and issuance of a succession order that has the effect of making me Acting Secretary.

2

Federal Register / Vol. 85, No. 228 / Wednesday, November 25, 2020 / Rules and Regulations 75229

Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow
Page **3** of **4**

the Under Secretary for Strategy, Policy, and Plans above the FEMA Administrator in the order of succession. Once the Gaynor Order was executed, it superseded any authority Mr. Gaynor may have had under the FVRA and confirmed my authority to continue to serve as the Acting Secretary. Thus, in addition to the authority I possess pursuant to the November 8, 2019, order of succession effectuated by former Acting Secretary McAleenan, the Gaynor Order alternatively removes any doubt that I am currently serving as the Acting Secretary.

I have full knowledge of the following actions taken by former Acting Secretary McAleenan and USCIS Deputy Director for Policy Edlow, and believe that these actions were legally authorized and entirely proper:

1. Asylum Eligibility. Interim Final Rule. 84 Fed. Reg. 33,829 (July 16, 2019) issued by Former Acting Secretary McAleenan.

2. U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements. Notice of Proposed Rulemaking. 84 Fed. Reg. 62,280 (November 14, 2019) issued by Former Acting Secretary McAleenan.

3. Designating Aliens for Expedited Removal. Federal Register Notice. 84 Fed. Reg. 35,409 (July 23, 2019) issued by Former Acting Secretary McAleenan.

4. Removal of 30-Day Processing Provision for Asylum Applicant-Related Form I-765 Employment Authorization Applications. Notice of Proposed Rulemaking. 84 Fed. Reg. 47,148 (Sept. 9, 2019) issued by Former Acting Secretary McAleenan.

5. Asylum Application, Interview, and Employment Authorization for Applicants. Notice of Proposed Rulemaking. 84 Fed. Reg. 62,374 (Nov. 14, 2019) issued by Former Acting Secretary McAleenan.

6. Inadmissibility on Public Charge Grounds. Final Rule. 84 Fed. Reg. 41,292 (Aug. 14, 2019) issued by Former Acting Secretary McAleenan. Final rule correction. 84 Fed. Reg. 52,357 (Oct. 2, 2019) issued by Former Acting Secretary McAleenan.

7. Guatemala Refugee Protection. Former Acting Secretary McAleenan's October 16, 2019 determination issued by Former Acting Secretary McAleenan.

8. USCIS Deputy Director for Policy, Joseph Edlow's memorandum "Implementing Acting Secretary Chad Wolf's July 28, 2020 Memorandum" (August 21, 2020) issued by USCIS Deputy Director for Policy, Joseph Edlow.

9. Acting Secretary Kevin McAleenan's memorandum, "Information Regarding First Amendment Protected Activities" (May 17, 2019) issued by Former Acting Secretary McAleenan.

3

Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow
Page **4** of **4**

To avoid any possible uncertainty and out of an abundance of caution, pursuant to the Secretary of Homeland Security's authorities under, *inter alia*, the Homeland Security Act of 2002, Pub. L. No 207-296, as amended, and 5 U.S.C. §§ 301-302, I hereby make a detached and considered affirmation and ratification of the above noted actions originally taken and approved by former Acting Secretary McAleenan and USCIS Deputy Director for Policy Edlow.

Chad F. Wolf
Acting Secretary

11/16/2020
Date

[FR Doc. 2020–26060 Filed 11–23–20; 11:15 am]

**BILLING CODE 9112–FP–C**

## NUCLEAR REGULATORY COMMISSION

**10 CFR Chapter I**

**[NRC–2020–0125]**

**RIN 3150–AK48**

### Miscellaneous Corrections; Correction

**AGENCY:** Nuclear Regulatory Commission.

**ACTION:** Final rule, correcting amendment.

**SUMMARY:** The U.S. Nuclear Regulatory Commission (NRC) is correcting a final rule that appeared in the **Federal Register** on October 16, 2020, and became effective on November 16, 2020. That document inadvertently replaced an outdated Executive Order with an incorrect reference. This document corrects the reference to the Executive Order in the final rule.

**DATES:** This correction is effective on November 25, 2020.

**ADDRESSES:** Please refer to Docket ID NRC–2020–0125 when contacting the NRC about the availability of information for this action. You may obtain publicly-available information related to this action by any of the following methods:

- *Federal Rulemaking Website:* Go to *https://www.regulations.gov* and search for Docket ID NRC–2020–0125. Address questions about NRC dockets to Dawn Forder; telephone: 301–415–3407; email: *Dawn.Forder@nrc.gov.*
- *NRC's Agencywide Documents Access and Management System (ADAMS):* You may obtain publicly-available documents online in the ADAMS Public Documents Collection at *https://www.nrc.gov/reading-rm/adams.html.* To begin the search, select "*Begin Web-based ADAMS Search.*" For problems with ADAMS, please contact the NRC's Public Document Room (PDR) reference staff at 1–800–397–4209, 301–415–4737, or by email to *PDR.Resource@nrc.gov.*
- *Attention:* The Public Document Room (PDR), where you may examine and order copies of public documents is currently closed. You may submit your request to the PDR via email at *PDR.Resource@nrc.gov* or call 1–800–397–4209 between 8:00 a.m. and 4:00 p.m. (EST), Monday through Friday, except Federal holidays.

**FOR FURTHER INFORMATION CONTACT:** Jill Shepherd, Office of Nuclear Material Safety and Safeguards, U.S. Nuclear Regulatory Commission, Washington, DC 20555–0001; telephone: 301–415–1230, email: *Jill.Shepherd@nrc.gov.*

**SUPPLEMENTARY INFORMATION:** The NRC is correcting FR Doc. 20–21148, a final rule that was published in the **Federal Register** on October 16, 2020 (85 FR 65656), and became effective on November 16, 2020. That document inadvertently replaced an outdated Executive Order with an incorrect reference. This document corrects the reference to the Executive Order in the final rule.

On page 65657, third column, under the heading "10 CFR part 73," correct the paragraph "*Correct Reference.* This final rule corrects the reference in § 73.57(b)(2)(iii) to read "Executive Order 13767, as amended by Executive Order 13764," which replaced Executive Order 10450." to read "*Correct Reference.* This final rule corrects the reference in § 73.57(b)(2)(iii) to read "Executive Order 13467, as amended by Executive Order 13764," which replaced Executive Order 10450."

**List of Subjects In 10 CFR Part 73**

Criminal penalties, Exports, Hazardous materials transportation, Incorporation by reference, Imports, Nuclear energy, Nuclear materials, Nuclear power plants and reactors, Penalties, Reporting and recordkeeping requirements, Security measures.

Accordingly, 10 CFR part 73 is corrected by making the following correcting amendments:

### PART 73—PHYSICAL PROTECTION OF PLANTS AND MATERIALS

■ 1. The authority citation for part 73 continues to read as follows:

**Authority:** Atomic Energy Act of 1954, secs. 53, 147, 149, 161, 170D, 170E, 170H, 170I, 223, 229, 234, 1701 (42 U.S.C. 2073, 2167, 2169, 2201, 2210d, 2210e, 2210h, 2210i, 2273, 2278a, 2282, 2297f); Energy Reorganization Act of 1974, secs. 201, 202 (42 U.S.C. 5841, 5842); Nuclear Waste Policy Act of 1982, secs. 135, 141 (42 U.S.C. 10155, 10161); 44 U.S.C. 3504 note.

Section 73.1 also issued under Nuclear Waste Policy Act secs. 135, 141 (42 U.S.C. 10155, 10161).

Section 73.37(b)(2) also issued under Sec. 301, Public Law 96–295, 94 Stat. 789 (42 U.S.C. 5841 note).

Section 73.37(f) also issued under Sec. 301, Pub. L. 96–295, 94 Stat. 789 (42 U.S.C. 5841 note).

**§ 73.57 [Amended]**

■ 2. In § 73.57(b)(2)(iii), remove "Executive Order 13767" and add in its place "Executive Order 13467".

Dated November 18, 2020.

# EXHIBIT 33

Order Designating the Order of Succession for the Secretary of Homeland Security

(a) By the authority vested in me as Acting Secretary of Homeland Security, including the Homeland Security Act, 6 U.S.C. § 113(g)(2), and notwithstanding any Department of Homeland Security (DHS) prior delegation, directive, instruction, policy, or any other document of any kind, including without limitation DHS Delegation No. 00106, I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Order of Succession for the Secretary of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Administrator of the Federal Emergency Management Agency;

4. Administrator, Transportation Security Administration;

5. Under Secretary for Strategy, Policy, and Plans;

6. Commissioner of the U.S. Customs and Border Protection.

(b) No individual who is serving in an office listed above in paragraph (a) in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this order.

(c) DHS Orders of Succession and Delegations of Authorities for Named Positions, Delegation No. 00106, Annex A, is hereby amended to reflect the officials listed in order in the above designated order of succession for the Secretary of Homeland Security.   Further the title for Annex A shall be amended to state as follows:

"Order of Succession for the Secretary of Homeland Security"
"*Pursuant to Title 6, United States Code, Section 113(g)(2)*"

(d) This order designating the order of succession for the Secretary of Homeland Security is effective on January 11, 2021, at 11:59 p.m. Eastern Standard Time.

Dated: January 11, 2021 4 p.m.

Chad F. Wolf
Acting Secretary of Homeland Security

# EXHIBIT 34

**U.S. Department of Homeland Security**
Washington, DC 20528



RATIFICATION

I am affirming and ratifying each of my delegable prior actions as Acting Secretary (*see* 5 U.S.C. § 3348(a)(2), (d)(2)), as limited below, and I am affirming and ratifying certain delegable actions taken by former Acting Secretary Kevin McAleenan (*see id.*) and one delegable action taken by U.S. Citizenship and Immigration Services (USCIS) Deputy Director for Policy, Joseph Edlow, as listed below, out of an abundance of caution because of a Government Accountability Office (GAO) opinion, *see* B-331650 (Comp. Gen., Aug. 14, 2020), and recent actions filed in federal court alleging that the November 8, 2019, order of succession issued by former Acting Secretary McAleenan was not valid. *See, e.g.*, *Guedes v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 920 F.3d 1, (D.C. Cir. 2019) ("We have repeatedly held that a properly appointed official's ratification of an allegedly improper official's prior action . . . resolves the claim on the merits by remedy[ing] the defect (if any) from the initial appointment" (quote marks omitted) (second alteration in original)).

When former Acting Secretary McAleenan resigned on November 13, 2019, I began serving as Acting Secretary in accordance with the order of succession former Acting Secretary McAleenan designated on November 8, 2019, under the Homeland Security Act (HSA), 6 U.S.C. § 113(g)(2) (enacted on Dec. 23, 2016, Pub. L. 114–328, div. A, title XIX, § 1903(a), 130 Stat. 2672). That designation of the order of succession followed former Secretary Kirstjen Nielsen's April 9, 2019, designation of the order of succession, also pursuant to § 113(g)(2), which resulted in Mr. McAleenan serving as Acting Secretary when former Secretary Nielsen resigned.

The Secretary of Homeland Security's authority to designate the order of succession under § 113(g)(2) is an alternative means to the authority of the Federal Vacancies Reform Act (FVRA) to designate an Acting Secretary of Homeland Security. Section 113(g)(2) provides that it applies "notwithstanding" the FVRA; thus, when there is an operative § 113(g)(2) order of succession, it alone governs which official shall serve as Acting Secretary. Accordingly, I properly began serving as Acting Secretary on November 13, 2019. Because § 113(g)(2) authorizes the designation of an Acting Secretary "notwithstanding chapter 33 of title 5" in its entirety, § 113(g)(2) orders addressing the line of succession for the Secretary of Homeland Security are subject to neither the FVRA provisions governing which officials may serve in an acting position, *see* 5 U.S.C. § 3345, nor FVRA time constraints, *see id.* § 3346.

On September 10, 2020, President Donald J. Trump nominated me to serve as Secretary of Homeland Security. Because I have been serving as the Acting Secretary pursuant to a § 113(g)(2) order of succession, the FVRA's prohibition on a nominee's acting service while his or her nomination is pending does not apply, and I remained the Acting Secretary

notwithstanding my nomination. *Compare* 6 U.S.C. § 113(a)(1)(A) (cross-referencing the FVRA without the "notwithstanding" caveat), *with id.* § 113(g)(1)–(2) (noting the FVRA provisions and specifying, in contrast, that section 113(g) provides for acting secretary service "notwithstanding" those provisions); *see also* 5 U.S.C. § 3345(b)(1)(B) (restricting acting officer service under section 3345(a) by an official whose nomination has been submitted to the Senate for permanent service in that position).

After the President withdrew my second nomination for the Secretary of Homeland Security on January 6, 2021, pursuant to my authority in § 113(g)(2), I designated a new order of succession for the Secretary of Homeland Security, effective January 11, 2021 at 11:59 p.m. Eastern Standard Time. This January 11 order of succession designated the Administrator of FEMA as the most senior eligible successor for the Secretary of Homeland Security. Accordingly, upon the effectiveness of that order of succession, my authority as the Acting Secretary terminated and the Administrator of FEMA began serving as the Acting Secretary. At that time, I returned to my duties as the Under Secretary for Strategy, Policy, and Plans. Moreover, Executive Order No. 13753 preestablished the President's succession order for the Secretary when the FVRA applies, and under that Executive Order, the Administrator of FEMA serves as Acting Secretary.

Accordingly, on January 12, 2021, Mr. Gaynor, exercising his authority as the Acting Secretary, pursuant to the HSA, 6 U.S.C. § 113(g)(2), and the FVRA, 5 U.S.C. § 3345(a)(2), delegated to me the authority to approve regulatory actions, establish and issue policies, and to ratify my past policy actions as Acting Secretary, and to ratify specified actions taken by Mr. McAleenan and Mr. Edlow.

I have full and complete knowledge of the contents and purpose of any and all actions taken by me since November 13, 2019.[1] Among my prior actions that I am ratifying is a Final Rule I approved and issued in the Federal Register at 85 Fed. Reg. 46,788 (Aug. 3, 2020). Former Acting Secretary McAleenan issued a Notice of Proposed Rulemaking (NPRM) for that Final Rule at 84 Fed. Reg. 62,280 (Nov. 14, 2019), and I am familiar with that NPRM having previously approved the Final Rule. I believe that all of the aforementioned actions as Acting Secretary since November 13, 2019, were legally authorized and entirely proper. To avoid any possible uncertainty, however, and out of an abundance of caution, pursuant to the authorities delegated to me in DHS Del. No. 23028, Delegation to the Under Secretary for Strategy, Policy, and Plans (January 12, 2021) by Acting Secretary Gaynor, I hereby affirm and ratify any and all prior regulatory actions involving delegable duties that I have taken from November 13, 2019, through January 11, 2021, I hereby affirm and ratify the above noted November 14, 2019 NPRM originally approved by former Acting Secretary McAleenan and any and all prior actions that I approved since November 13, 2019 through January 11, 2021 that are within the scope of Delegation No 23028.

[1] I previously issued ratification orders on September 17, 2020, similar to this present order, *see* Ratification, 85 Fed. Reg. 59651 (Sept. 23, 2020), and Ratification, 85 Fed. Reg. 65653 (Oct. 16, 2020), and on November 16, 2020, similar to this present order, *see* Ratification, 85 Fed. Reg. 75223 (Nov. 25, 2020). I am issuing this order today, however, to eliminate any potential question about whether the succession orders issued by former Secretary Nielsen and former Acting Secretary McAleenan were insufficient to authorize the actions I took while I served as Acting Secretary.

Further, I have full knowledge of the following actions taken by former Acting Secretary McAleenan and USCIS Deputy Director for Policy Edlow,[2] and believe that these actions were legally authorized and entirely proper:

1. Asylum Eligibility. Interim Final Rule. 84 Fed. Reg. 33,829 (July 16, 2019) issued by Former Acting Secretary McAleenan.

2. U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements. Notice of Proposed Rulemaking. 84 Fed. Reg. 62,280 (November 14, 2019) issued by Former Acting Secretary McAleenan.

3. Designating Aliens for Expedited Removal. Federal Register Notice. 84 Fed. Reg. 35,409 (July 23, 2019) issued by Former Acting Secretary McAleenan.

4. Removal of 30-Day Processing Provision for Asylum Applicant-Related Form I-765 Employment Authorization Applications. Notice of Proposed Rulemaking. 84 Fed. Reg. 47,148 (Sept. 9, 2019) issued by Former Acting Secretary McAleenan.

5. Asylum Application, Interview, and Employment Authorization for Applicants. Notice of Proposed Rulemaking. 84 Fed. Reg. 62,374 (Nov. 14, 2019) issued by Former Acting Secretary McAleenan.

6. Inadmissibility on Public Charge Grounds. Final Rule. 84 Fed. Reg. 41,292 (Aug. 14, 2019) issued by Former Acting Secretary McAleenan. Final rule correction. 84 Fed. Reg. 52,357 (Oct. 2, 2019) issued by Former Acting Secretary McAleenan.

7. Guatemala Refugee Protection. Former Acting Secretary McAleenan's October 16, 2019 determination issued by Former Acting Secretary McAleenan.

8. USCIS Deputy Director for Policy, Joseph Edlow's memorandum "Implementing Acting Secretary Chad Wolf's July 28, 2020 Memorandum" (August 21, 2020) issued by USCIS Deputy Director for Policy, Joseph Edlow.

9. Acting Secretary Kevin McAleenan's memorandum, "Information Regarding First Amendment Protected Activities" (May 17, 2019) issued by Former Acting Secretary McAleenan.

To avoid any possible uncertainty and out of an abundance of caution, pursuant to the authorities delegated to me in DHS Del. No. 23028, Delegation to the Under Secretary for Strategy, Policy, and Plans (January 12, 2021) by Acting Secretary Gaynor, and based on my prior reviews of these specific actions, I hereby make a detached and considered affirmation and ratification of

[2] The ratification orders I previous issued on November 16, 2020 and on October 7, 2020, ratified these matters as well. *See supra* fn. 4.

the above noted actions originally taken and approved by former Acting Secretary McAleenan and USCIS Deputy Director for Policy Edlow.

Chad F. Wolf
Under Secretary for Strategy, Policy, and Plans

January 14, 2021
Date

# EXHIBIT 35



January 11, 2021

**A Message from Acting Secretary Chad F. Wolf**

Dear Colleagues,

Effective at 11:59 p.m. today, I am stepping down as your Acting Secretary. I am saddened to take this step, as it was my intention to serve the Department until the end of this Administration. Unfortunately, this action is warranted by recent events, including the ongoing and meritless court rulings regarding the validity of my authority as Acting Secretary. These events and concerns increasingly serve to divert attention and resources away from the important work of the Department in this critical time of a transition of power.

Once I step down, Pete Gaynor, FEMA Administrator, will be the Acting Secretary.  Administrator Gaynor is a consummate professional and will lead the Department ably.

Serving the Department and leading the finest public servants in the federal government has been the honor of a lifetime. I did not seek this responsibility but answered the call to service as each of you have during your careers.

Working alongside you and supporting you is what motivated me every day. I have spent a considerable amount of my career within your ranks, and no one is a bigger advocate for all that you do to protect the Homeland. I went about making decisions with one simple question in mind: what is in the best interest of the Department? While that may sound elementary, it's true and sincere.

Decisions over the past several years have not been easy. Reforming broken systems or questioning long held beliefs is not for the faint of heart. But our job requires asking difficult questions and making the hard decisions. The American people deserve nothing less.

Together, we have strengthened border security, reformed our immigration system, stood up a world class cybersecurity agency, increased the worldwide aviation security baseline, enhanced US Coast Guard readiness, countered malign nation-state influence, responded to countless natural disasters, highlighted the vital work of the Federal Protective Service, supported the security of multiple federal and state elections, and continue to respond to a global pandemic. This Department is nothing short of amazing because of each of your contributions.

Be proud of what we have accomplished. The Homeland is safer and more secure because of your efforts.

I leave knowing that the Department has positioned itself for an orderly and smooth transition to President-elect Biden's DHS team. Welcome them, educate them, and learn from them. They are your leaders for the next four years – a time which undoubtedly will be full of challenges and opportunities to show the American public the value of DHS and why it is worth the investment.

You will remain an inspiration to me. And while I will be moving on, I look forward to staying involved in the issues we have spent our careers advancing.

Sincerely,

Chad F. Wolf
Acting Secretary of Homeland Security

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*

# EXHIBIT 36

**Department of Homeland Security**
**DHS Delegation Number: 23028**
**Revision Number: 00**
**Issue Date: 01/12/2021**

# DELEGATION TO THE UNDER SECRETARY FOR STRATEGY, POLICY, AND PLANS TO ACT ON FINAL RULES, REGULATIONS, AND OTHER MATTERS

## I. Purpose

This delegation vests authority in the Under Secretary for Strategy, Policy, and Plans as specified below.

## II. Delegation

By virtue of the authority vested in the Secretary of Homeland Security by law, including the Homeland Security Act of 2002, I hereby delegate to Chad F. Wolf, the Under Secretary for Strategy, Policy, and Plans, the authority of the Secretary:

A. To review, approve or disapprove, and sign any regulatory action, including proposed rules, final rules, and significant notices, and to ratify any prior regulatory actions of the Department of Homeland Security.

B. To approve waivers of laws, regulations, and other legal requirements to ensure expeditious construction of border barriers and roads.

C. To establish and issue written documents, including but not limited to guidance documents, bulletins, and manuals, furthering policy goals.

This delegation will remain in effect so long as Mr. Wolf is the Under Secretary for Strategy, Policy, and Plans, or until the earlier to occur of (1) the appointment of a Senate-confirmed Secretary for the Department of Homeland Security by the President of the United States; or (2) the express revocation of this delegation.

## III. Re-delegation

Only the authority to electronically sign documents for purposes of publication in the Federal Register is re-delegable, in writing, to an appropriate official. Subject to the above, the authorities herein delegated may not be re-delegated.

# IV. Authorities

A. Title 5, U.S.C. Section 301, "Departmental Regulations."

B. Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (2002), as amended (6 U.S.C. § 112).

C. Title 8, U.S.C. Section 1103, "Powers and duties of the Secretary, the Under Secretary, and the Attorney General" [Immigration and Nationality Act, § 103].

D. Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended ("IIRIRA"), Section 102 (Public Law 104-208, Div. C, 110 Stat. 3009-546, 3009-554 (Sept. 30, 1996) (codified at 8 U.S.C § 1103 note))

# V. Office of Primary Interest

The Office of the Under Secretary for Strategy, Policy, and Plans has the primary interest in this delegation.

12 JAN 2021

Peter T. Gaynor
Acting Secretary of Homeland Security

Date

# EXHIBIT 37

# PN78-13 — Alejandro Nicholas Mayorkas — Department of Homeland Security

117th Congress (2021-2022) | Get alerts

**Description**

Alejandro Nicholas Mayorkas, of the District of Columbia, to be Secretary of Homeland Security.

**Organization**

Department of Homeland Security

**Latest Action**

02/02/2021 - Confirmed by the Senate by Yea-Nay Vote. 56 - 43. Record Vote Number: 12.

**Committee**

Senate Homeland Security and Governmental Affairs

Sort by Newest to Oldest

| Date | Senate Actions |
|---|---|
| 02/02/2021 | Confirmed by the Senate by Yea-Nay Vote. 56 - 43. Record Vote Number: 12. |
| 02/02/2021 | Considered by Senate. |
| 02/01/2021 | By unanimous consent agreement, debate and vote 2/2/2021. |
| 02/01/2021 | Considered by Senate. |
| 01/28/2021 | By unanimous consent agreement, debate and vote 2/1/2021. |
| 01/28/2021 | Considered by Senate. |
| 01/28/2021 | Cloture invoked in Senate by Yea-Nay Vote. 55 - 42. Record Vote Number: 10. |
| 01/27/2021 | By unanimous consent agreement, vote 1/28/2021. |
| 01/27/2021 | By unanimous consent agreement, mandatory quorum required under Rule XXII waived. |
| 01/27/2021 | Cloture motion presented in Senate. |
| 01/27/2021 | Motion to proceed to executive session to consideration of nomination agreed to in Senate by Voice Vote. |
| 01/26/2021 | Placed on Senate Executive Calendar. Calendar No. 4. Subject to nominee's commitment to respond to requests to appear and testify before any duly constituted committee of the Senate. |
| 01/26/2021 | Reported by Senator Johnson, Committee on Homeland Security and Governmental Affairs, without printed report. |
| 01/26/2021 | Committee on Homeland Security and Governmental Affairs. Ordered to be reported favorably. |
| 01/20/2021 | Received in the Senate and referred to the Committee on Homeland Security and Governmental Affairs. |