UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASYLUMWORKS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 2020-cv-03815-BAH |

**PLAINTIFFS' SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

Any disputes identified in Defendants' Response to Plaintiffs' Statement of Material Facts, Dkt. 29-3, are immaterial, and there are no material disputed facts before this Court. However, Defendants have argued that (1) Delegation Order 00106, the "DHS Orders of Succession and Delegations of Authorities for Named Positions," was only revised "as an administrative matter for internal purposes"; and (2) "[t]his case [] does not present the spectral example of Executive overreach that the Plaintiffs suggest." Dkt. 28-1 at 18, 27. Accordingly Plaintiffs submit the following supplemental statement of undisputed material facts pursuant to Federal Rule of Civil Procedure 56(c)(1) to provide an accurate record of facts relevant to the status of Delegation Order 00106 and to address Executive overreach. Nothing in this supplemental statement should be read to contradict or dispute Plaintiffs' initial statement of undisputed material facts. Dkt. 25-3.

**I.   THE DIRECTIVES SYSTEM DIRECTIVE**

1. On September 26, 2011, then Under Secretary for Management Rafael Borras issued the Directives System Directive. *See* Ex. 1 to Supplemental Declaration of Brian McGrail

("Supp. McGrail Decl."), DHS Directive Number 112-02, Rev. 1 (Sept. 26, 2011) ("Directives System Directive"), https://bit.ly/3AJ3mNC. This Directive "establishes the policy, authorities, and responsibilities for preparing, coordinating, and submitting Directives for approval and issuance by the Department of Homeland Security (DHS)." *Id*. at 1.

2. The Directive further states that "[t]he DHS Directives System is an official means of communicating to DHS employees the delegations of authority, policies, and procedures necessary for DHS to comply with public law, statutes, Executive Orders, regulations, and policies." Ex. 1 at 2. The DHS Directives System "consists of Delegations, Designations, Directives, Instructions, and Other Implementing Documents that are systematically prepared and revised to meet the needs of DHS." *Id*.

3. The Directives System Directive provides that "Delegations specify who is authorized to act on behalf of the Secretary, Office of the Secretary, Component heads, or other officials invested with authority within the Department." Ex. 1 at 2.

4. Delegation Order 00106, the "DHS Orders of Succession and Delegations of Authorities for Named Positions," is a "Delegation" within the meaning of the Directives System Directive because (1) it is labeled "DHS Delegation Number[] 00106"; and (2) it specifies who is authorized to act on behalf of the Secretary and other DHS officials "in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices." *See* Dkt. 25-4 at 105.

5. The Directives System Directive provides that "[a]ll DHS officers and employees are responsible for acting in accordance with the applicable policies and procedures as established in the Directives System." Ex. 1 at 2.

II.     ADDITIONAL FACTS RELEVANT TO EXECUTIVE OVERREACH

    A.     **President Trump's Statements Concerning Acting Officials**

6.     On January 6, 2019, the President made the following statements regarding the formal nomination of candidates to fill vacant administration positions: "I'm in no hurry … I have 'acting' [sic]. And my 'actings' are doing really great . . . . I sort of like 'acting.' It gives me more flexibility." *See* Ex. 2 to Supp. McGrail Decl., Remarks by President Trump Before Marine One Departure, Jan. 6, 2019, https://bit.ly/3APikl5.

7.     On February 3, 2019, President Trump remarked, "It's OK" to have acting officials filling the offices of Attorney General, Secretary of Defense, Chief of Staff, and Secretary of the Interior, and added, "It's easier to make moves when they're acting. … I like acting [officials] because I can move so quickly. It gives me more flexibility." *See* Ex. 2 to Supp. McGrail Decl., "Transcript: President Trump on 'Face the Nation,' February 3, 2019," CBS News (Feb. 3, 2019), available at: https://cbsn.ws/3CQAGnQ.

    B.     **DHS's Response to the GAO Report**

8.     On August 14, 2020, the GAO concluded that Mr. Wolf was unlawfully appointed. See Dkt. 25-4 at 82-93.

9.     On August 17, 2020, Chad Mizelle sent a letter to the GAO that objected to the GAO's August 14th Report and conclusions, and called upon the GAO to rescind its report. *See* Dkt. 25-4 at 291-298. In that letter, Mr. Mizelle wrote that "the timing of the Report," "GAO's staffing of this Report," and "GAO's recent history" were all "suspect" and "could cause an objective observer to question [the GAO's] motivations." *Id*. at 296-97. Mr. Mizelle concluded his letter with the following statement: "The Report takes the reader on a march through a marsh. At each refusal to rely on key evidence, the morass thickens and the water deepens, as crucial questions lurking just underneath the surface begin to emerge: Is the ignored evidence and failure

to afford DHS deference more than just a good faith disagreement? Does the timing of this Report suggest that something else is motivating this opinion? Does the GAO's unfortunate recent history of issuing partisan and inaccurate reports perhaps explain what is going on? As the reader reaches the Report's conclusion, he is left with the sinking and inescapable feeling that something is afoot in the swamp." *Id*. at 297.

10. The GAO declined to reverse or modify its report. *See* Dkt. 25-4 at 300-302.

C. **DHS's Response to the *Batalla Vidal* Decision**

11. On November 14, 2020, the Eastern District of New York concluded that Mr. Wolf was not lawfully acting as DHS Secretary. *See Batalla Vidal v. Wolf*, 501 F. Supp. 3d 117 (E.D.N.Y. 2020).

12. On November 15, 2020, DHS made the following statement to CBS News about the Eastern District of New York's ruling: "Judge Garaufis' ruling is another example of an activist judge substituting his own policy preference for those of the Trump Administration. His reasoning has already been thoroughly discredited, and his unwillingness to seriously engage on the facts or the law is disappointing." *See* Ex. 4 to Supp. McGrail Decl., Camilo Montoya-Galvez, "Chad Wolf did not have the authority to restrict DACA program, federal judge rules," CBS News (Nov. 16, 2020), https://cbsn.ws/3iPGHco.

Dated: August 18, 2021

Respectfully submitted,

By: /s/ Keren Zwick

Deepa Acharya (D.C. Bar No. 996412)
Carl Spilly (D.C. Bar No. 230830)
Brian McGrail (D.C. Bar No. 1672349)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I St. NW, Suite 900
Washington, DC 20005
202-538-8000
deepaacharya@quinnemanuel.com
carlspilly@quinnemanuel.com
brianmcgrail@quinnemanuel.com

Nicholas A. S. Hoy
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
212-849-7000
nicholashoy@quinnemanuel.com

Richard Caldarone***
TAHIRIH JUSTICE CENTER
6400 Arlington Blvd., Suite 400
Falls Church, VA 22042
571-282-6161
richardc@tahirih.org

*Certification to practice pursuant to LCvR 83.2(g) to be submitted*

**Counsel for Individual Plaintiffs only*

***Counsel for Tahirih Justice Center only*

Keren Zwick (D.D.C. Bar. No. IL0055)
Mark Fleming*
Drew Heckman
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
kzwick@heartlandalliance.org
mfleming@heartlandalliance.org
dheckman@heartlandalliance.org

Jamie Crook (D.C. Bar No. 1002504)
Annie Daher
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
415-565-4877
crookjamie@uchastings.edu
daherannie@uchastings.edu

Scott Shuchart (D.C. Bar No. 1531377)**
KIDS IN NEED OF DEFENSE
1201 L St., NW, Floor 2
Washington, DC 20005
202-318-0595
sshuchart@supportkind.org

Wendy Wylegala**
KIDS IN NEED OF DEFENSE
252 West 37th Street, Floor 15
New York, NY 10018
646-970-2913
wwylegala@supportkind.org

*Counsel for Plaintiffs*

5