UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASYLUMWORKS, *et al.*,

            Plaintiffs,

    v.

ALEJANDRO N. MAYORKAS, *Secretary, United States Department of Homeland Security*, *et al.*,

            Defendants.

Civil Action No. 20-cv-3815 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiffs' Motion for Partial Summary Judgment, ECF No. 25, defendants' Cross-Motion for Partial Summary Judgment, ECF No. 28, the memoranda, declarations, and exhibits submitted in support and opposition, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the plaintiffs' Motion is GRANTED; and it is further

**ORDERED** that the defendants' Cross-Motion is DENIED; and it is further

**ORDERED** that judgment is entered in favor of the plaintiffs; and it is further

**ORDERED** that the U.S. Department of Homeland Security's Final Rules, *Removal of 30-Day Processing Provision for Asylum Applicant-Related Form I-765 Employment Authorization Applicants*, 85 Fed. Reg. 37,502 (June 22, 2020), and *Asylum Application, Interview, and Employment Authorization for Applicants*, 85 Fed. Reg. 38,532 (June 26, 2020), are hereby VACATED and SET ASIDE; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

1

**SO ORDERED.**

Date: February 7, 2022

*This is a final and appealable order.*

                                                                                     _____
BERYL A. HOWELL
Chief Judge