## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASYLUMWORKS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 2020-cv-03815-BAH |

### PLAINTIFFS' CONSENT MOTION TO EXTEND
### TIME TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES

Plaintiffs respectfully move to extend their time to file a motion for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA") (28 U.S.C. § 2412) to May 31, 2022 and in support of their motion state as follows:

1. Plaintiffs filed a motion for partial summary judgment in this action on June 9, 2021. Dkt. 25.

2. The Court granted Plaintiffs' motion for partial summary judgment on February 7, 2022. Dkt. 41.

3. Defendants elected not to appeal the Court's order, and thus the Court's order on Plaintiffs' motion for partial summary judgment became a final judgment on April 9, 2022.

4. Pursuant to the EAJA, "[a] party seeking an award of fees and other expenses shall, within thirty days of final judgment in the action, submit to the court an application for fees and other expenses which shows that the party is a prevailing party and is eligible to receive an award under this subsection, and the amount sought, including an itemized statement from any

attorney or expert witness representing or appearing in behalf of the party stating the actual time expended and the rate at which fees and other expenses were computed." 28 U.S.C. 2412(d)(1)(B).

5. The current deadline for Plaintiffs to file a motion for an award of attorneys' fees pursuant to the EAJA is May 9, 2022.

6. On May 3, 2022, Plaintiffs informed Defendants of their intent to file a motion for an award of attorneys' fees and requested Defendants' consent to extend the deadline for Plaintiffs' motion until May 31, 2022 in order to provide the parties with additional time to negotiate a fee award.

7. Plaintiffs have conferred with Defendants regarding Plaintiffs' request for an extension, and Defendants consent to the requested extension.

8. Granting the requested extension serves the interests of judicial efficiency by providing the parties with additional time to negotiate a stipulated fee award that would allow the parties to avoid the need for a contested motion. This is Plaintiffs' first request to extend this deadline. No other case deadlines will be affected if the requested extension is granted.

9. In light the foregoing, Plaintiffs respectfully seek an extension of the deadline for a motion for an award of attorneys' fees to May 31, 2022. A proposed order granting Plaintiffs' request has been filed concurrently with this motion.

Dated: May 4, 2022                                              Respectfully submitted,

                                                          By:   */s/ Deepa Acharya*

| | |
|---|---|
| Keren Zwick (D.D.C. Bar. No. IL0055) | Deepa Acharya (D.C. Bar No. 996412) |
| Mark Fleming* | Carl Spilly (D.C. Bar No. 230830) |
| NATIONAL IMMIGRANT JUSTICE CENTER | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 224 S. Michigan Ave., Suite 600 | 1300 I St. NW, Suite 900 |
| Chicago, IL 60604 | Washington, DC 20005 |
| 312-660-1370 | 202-538-8000 |
| kzwick@heartlandalliance.org | deepaacharya@quinnemanuel.com |
| mfleming@heartlandalliance.org | carlspilly@quinnemanuel.com |
| | |
| Nicholas A. S. Hoy | Annie Daher |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CENTER FOR GENDER & REFUGEE STUDIES |
| 51 Madison Ave., 22nd Floor | 200 McAllister St. |
| New York, NY 10010 | San Francisco, CA 94102 |
| 212-849-7000 | 415-565-4877 |
| nicholashoy@quinnemanuel.com | crookjamie@uchastings.edu |
| | daherannie@uchastings.edu |
| | |
| Richard Caldarone*** | Wendy Wylegala** |
| TAHIRIH JUSTICE CENTER | KIDS IN NEED OF DEFENSE |
| 6400 Arlington Blvd., Suite 400 | 252 West 37th Street, Floor 15 |
| Falls Church, VA 22042 | New York, NY 10018 |
| 571-282-6161 | 646-970-2913 |
| richardc@tahirih.org | wwylegala@supportkind.org |
| juliec@tahirih.org | |
| | *Counsel for Plaintiffs* |

*\* Certification to practice pursuant to LCvR 83.2(g) to be submitted*

*\*\* Counsel for Individual Plaintiffs only*

*\*\*\* Counsel for Tahirih Justice Center only*