**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASYLUMWORKS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 2020-cv-03815-BAH |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES**

Upon consideration of Plaintiffs' consent motion to extend time, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that Plaintiffs shall file any motion for an award of attorneys' fees by May 31, 2022.

Dated: May 4, 2022

Respectfully submitted,

By: _____
BERYL A. HOWELL
Chief Judge