UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASYLUMWORKS, *et al.*,

        Plaintiffs,

    v.

ALEJANDRO N. MAYORKAS, *et al.*,

        Defendants.

Civil Action No. 20-cv-3815 (BAH)

Judge Beryl A. Howell

**ORDER**

Upon consideration of plaintiffs' Motion to Enforce Judgment or for Additional Injunctive Relief, ECF No. 47, plaintiffs' Motion for Award of Attorneys' Fees and Expenses Pursuant to the Equal Access to Justice Act, ECF No. 48, the memoranda, declarations, and exhibits submitted in support and opposition, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby—

**ORDERED** that plaintiffs' Motion to Enforce Judgment or for Additional Injunctive Relief, ECF No. 47, is DENIED; it is further

**ORDERED** that plaintiffs' Motion for Award of Attorneys' Fees and Expenses Pursuant to the Equal Access to Justice Act, ECF No. 48, is GRANTED IN PART and DENIED IN PART; and it is further

**ORDERED** that defendants promptly pay plaintiffs $296,564.39 in attorneys' fees and, if such fees remain unpaid by May 15, 2023, to submit an explanation on that date to the Court for the reason for any delay and the date by which payment will be made.

**SO ORDERED.**

*This is a final and appealable Order.*

Date: March 31, 2023

                                                                                                           _____

                                                                                                            BERYL A. HOWELL  
                                                                                                            District Judge