UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASYLUMWORKS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, <br> Secretary of Homeland Security, et al., <br><br> *Defendants*. | Civil Action No. 20-3815 (BAH) |

## NOTICE

Pursuant to this Court's Order, ECF No. 61, Defendants Alejandro Mayorkas, Secretary of Homeland Security, Jonathan Meyer, General Counsel, and the Department of Homeland Security, by and through the undersigned counsel, respectfully notify the Court of the status of their payment of attorney's fees. After the Court resolved Plaintiffs' motion for attorney's fees, ECF No. 48, the parties agreed that Defendants would (1) reduce by $16,425.01 the $296,564.39 that the Court had awarded, for a total amount of $280,139.39, and (2) not seek reconsideration of certain aspects of the Court's ruling. Defendants received complete payment information from Plaintiffs on May 1, 2023, and submitted the payment information for processing to U.S. Citizenship and Immigration Services' Office of the Chief Financial Officer the next day, on May 2, 2023. The Chief Financial Officer completed internal review and sent payment instructions regarding this matter on May 9, 2023. Payment generally issues from the Dallas Finance Center, which U.S. Immigration and Customs Enforcement manages. While Defendants do not know whether Plaintiffs have received payment yet, they are aware of no reason why there would be any delay in processing the payment, and expect that Plaintiffs should receive payment in the very near future if they have not already.

Dated: May 15, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: <u>/s/ Bradley G. Silverman</u>
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States*